PACHULSKI STANG ZIEHL & JONES LLP
Jeffrey N. Pomerantz (CA Bar No. 143717) (*admitted pro hac vice*)
John A. Morris (NY Bar No. 2405397) (*admitted pro hac vice)*
Gregory V. Demo (NY Bar No. 5371992) (*admitted pro hac vice*)
Hayley R. Winograd (NY Bar No. 5612569) (*admitted pro hac vice*)
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: (310) 277-6910
Facsimile: (310) 201-0760

HAYWARD PLLC
Melissa S. Hayward
Texas Bar No. 24044908
MHayward@HaywardFirm.com
Zachery Z. Annable
Texas Bar No. 24053075
ZAnnable@HaywardFirm.com
10501 N. Central Expy, Ste. 106
Dallas, Texas 75231
Tel: (972) 755-7100
Fax: (972) 755-7110

*Counsel for Highland Capital Management, L.P.*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| In re: | § § § | Chapter 11 |
| HIGHLAND CAPITAL MANAGEMENT, L.P.,[1] | § § § | Case No. 19-34054-sgj11 |
| Reorganized Debtor. | § § | |
| HIGHLAND CAPITAL MANAGEMENT, L.P., | § § | |
| Plaintiff, | § § | Adversary Proceeding No. 25-03055-sgj |
| v. | § § § | |
| PATRICK HAGAMAN DAUGHERTY, | § § § | |
| Defendant. | § | |

**STIPULATION CONCERNING SCHEDULING ORDER**

---

[1] Highland's last four digits of its taxpayer identification number are (8357). The headquarters and service address for Highland is 100 Crescent Court, Suite 1850, Dallas, TX 75201.

4904-7801-7613.2 36027.003                         1

This stipulation (the "Stipulation") is made by and between Highland Capital Management, L.P., the reorganized debtor ("Highland") in the above-captioned chapter 11 case ("Bankruptcy Case") and the plaintiff in the above-captioned adversary proceeding (the "Adversary Proceeding"), and Patrick Hagaman Daugherty ("Mr. Daugherty", and together with Highland, the "Parties") by and through their respective undersigned counsel.

## RECITALS

**WHEREAS**, on May 2, 2025, Highland filed its *Complaint for (1) Disallowance of Claim No. 205 in Its Entirety, (2) Estimation of Claim No. 205 for Allowance Purposes, or (3) Subordination of Any Allowed Portion of Claim No. 205 of Patrick Hagaman Daugherty* [Docket No. 1] (the "Complaint");

**WHEREAS**, on May 5, 2025, the United States Bankruptcy Court for the Northern District of Texas, Dallas Division (the "Court"), issued the *Summons in an Adversary Proceeding* [Docket No. 4] (the "Summons") related to the Complaint;

**WHEREAS**, on May 5, 2025, the Court entered its *Order Regarding Adversary Proceedings Trial Setting and Alternative Scheduling Order* [Docket No. 3] (the "Scheduling Order");

**WHEREAS**, on May 6, 2025, Highland filed its proof of service of the Complaint and the Summons on Mr. Daugherty [Docket No. 4];

**WHEREAS**, on June 4, 2025, Mr. Daugherty filed his *Motion to Dismiss* [Docket No. 5] (the "Motion"); and

**WHEREAS**, subject to the Court's approval, the Parties have conferred in good faith to establish a schedule for the adjudication of the Motion.

**NOW, WHEREFORE, IT IS HEREBY JOINTLY STIPULATED AND AGREED** as follows:

1. The Parties agree that, subject to the Court's approval, the schedule set forth herein satisfies Parts II(2) & (3) of the Scheduling Order.

2. Highland shall file its opposition to the Motion on or before July 18, 2025.

3. Mr. Daugherty shall file his reply on or before August 8, 2025.

4. In the event the Motion is denied by the Court, the Parties agree that, within ten (10) days of the entry of the Court's order denying the Motion (the "Scheduling Order Deadline"), they will submit for the Court's consideration an agreed scheduling order governing the Adversary Proceeding (the "AP Scheduling Order"). If the Parties are unable to agree on a form of AP Scheduling Order by the Scheduling Order Deadline, either Party may promptly request a status conference with the Court to discuss scheduling of trial and pre-trial matters in the Adversary Proceeding.

5. This Stipulation shall not be amended or modified except by written agreement between the Parties or upon entry of an order by the Court entered after reasonable notice and a showing of good cause.

[*Remainder of Page Intentionally Blank*]

Dated: June 16, 2025

**PACHULSKI STANG ZIEHL & JONES LLP**

Jeffrey N. Pomerantz (CA Bar No. 143717)
John A. Morris (NY Bar No. 2405397)
Gregory V. Demo (NY Bar No. 5371992)
Hayley R. Winograd (NY Bar No. 5612569)
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: (310) 277-6910
Facsimile: (310) 201-0760
Email: jpomerantz@pszjlaw.com
       jmorris@pszjlaw.com
       gdemo@pszjlaw.com
       hwinograd@pszjlaw.com

-and-

**HAYWARD PLLC**

*/s/ Zachery Z. Annable*
Melissa S. Hayward
Texas Bar No. 24044908
MHayward@HaywardFirm.com
Zachery Z. Annable
Texas Bar No. 24053075
ZAnnable@HaywardFirm.com
10501 N. Central Expy, Ste. 106
Dallas, Texas 75231
Tel: (972) 755-7100
Fax: (972) 755-7110

*Counsel for Highland Capital Management, L.P.*

**GRAY REED**

By: /s/ *Andrew K. York*
Jason S. Brookner (Texas Bar No. 24033684)
Andrew K. York (Texas Bar No. 24051554)
Joshua D. Smeltzer (Texas Bar No. 24113859)
Drake M. Rayshell (Texas Bar No. 24118507)
1601 Elm Street, Suite 4600
Dallas, Texas 75201
Telephone: (469) 320-6050
Facsimile: (469) 320-6886
Email: jbrookner@grayreed.com
　　　dyork@grayreed.com
　　　jsmeltzer@grayreed.com
　　　draysehll@grayreed.com

*Counsel to Patrick Daugherty*