

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed June 18, 2025**

**United States Bankruptcy Judge**

---

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| HIGHLAND CAPITAL MANAGEMENT, L.P.,[1] | § | Case No. 19-34054-sgj11 |
| | § | |
| Reorganized Debtor. | § | |
| | § | |
| HIGHLAND CAPITAL MANAGEMENT, L.P., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Adversary Proceeding No. 25-03055-sgj |
| | § | |
| PATRICK HAGAMAN DAUGHERTY, | § | |
| | § | |
| Defendant. | § | |

### ORDER APPROVING STIPULATION CONCERNING SCHEDULING ORDER

Upon consideration of the *Stipulation Concerning Scheduling Order* [Docket No. 6] (the

"Stipulation")[2] by and between Highland Capital Management, L.P. ("Highland"), the reorganized

---

[1] Highland's last four digits of its taxpayer identification number are (8357). The headquarters and service address for Highland is 100 Crescent Court, Suite 1850, Dallas, TX 75201.

[2] Capitalized terms not otherwise defined in this Order shall have the meanings set forth in the Stipulation.

debtor in the above-captioned chapter 11 case (the "Bankruptcy Case") and the plaintiff in the above-captioned adversary proceeding (the "Adversary Proceeding"), and Patrick Hagaman Daugherty ("Mr. Daugherty," and together with Highland, the "Parties"), it is **HEREBY**

**ORDERED THAT:**

1.      The Stipulation, a copy of which is attached hereto as **Exhibit A**, is **APPROVED**.

2.      The briefing schedule set forth in the Stipulation satisfies Parts II(2) & (3) of the Court's *Order Regarding Adversary Proceedings Trial Setting and Alternative Scheduling Order* [Docket No. 3].

3.      Highland shall file its opposition to the *Motion to Dismiss* [Docket No. 5] (the "Motion") on or before July 18, 2025.

4.      Mr. Daugherty shall file his reply on or before August 8, 2025.

5.      In the event the Motion is denied by the Court, within ten (10) days of the entry of the Court's order denying the Motion (the "Scheduling Order Deadline"), the Parties will submit for the Court's consideration an agreed scheduling order governing the Adversary Proceeding (the "AP Scheduling Order").  If the Parties are unable to agree on a form of AP Scheduling Order by the Scheduling Order Deadline, either Party may promptly request a status conference with the Court to discuss scheduling of trial and pre-trial matters in the Adversary Proceeding.

6.      The Stipulation shall not be amended or modified except by written agreement between the Parties or upon entry of an order by the Court entered after reasonable notice and a showing of good cause.

7.      The Court shall retain jurisdiction over all disputes arising out of or otherwise concerning the interpretation and enforcement of the Stipulation.

**###END OF ORDER###**

APPROVED AS TO FORM AND
SUBSTANCE:

**PACHULSKI STANG ZIEHL & JONES LLP**

Jeffrey N. Pomerantz (CA Bar No. 143717)
John A. Morris (NY Bar No. 2405397)
Gregory V. Demo (NY Bar No. 5371992)
Hayley R. Winograd (NY Bar No. 5612569)
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: (310) 277-6910
Facsimile: (310) 201-0760
Email: jpomerantz@pszjlaw.com
        jmorris@pszjlaw.com
        gdemo@pszjlaw.com
        hwinograd@pszjlaw.com

-and-

**HAYWARD PLLC**

*/s/ Zachery Z. Annable*

Melissa S. Hayward
Texas Bar No. 24044908
MHayward@HaywardFirm.com
Zachery Z. Annable
Texas Bar No. 24053075
ZAnnable@HaywardFirm.com
10501 N. Central Expy, Ste. 106
Dallas, Texas 75231
Tel: (972) 755-7100
Fax: (972) 755-7110

*Counsel for Highland Capital Management, L.P.*

3

**GRAY REED**

By: */s/ Andrew K. York*
Jason S. Brookner (Texas Bar No. 24033684)
Andrew K. York (Texas Bar No. 24051554)
Joshua D. Smeltzer (Texas Bar No. 24113859)
Drake M. Rayshell (Texas Bar No. 24118507)
1601 Elm Street, Suite 4600
Dallas, Texas 75201
Telephone: (469) 320-6050
Facsimile: (469) 320-6886
Email: jbrookner@grayreed.com
       dyork@grayreed.com
       jsmeltzer@grayreed.com
       draysehll@grayreed.com

*Counsel to Patrick Daugherty*

## **EXHIBIT A**

PACHULSKI STANG ZIEHL & JONES LLP
Jeffrey N. Pomerantz (CA Bar No. 143717) (*admitted pro hac vice*)
John A. Morris (NY Bar No. 2405397) (*admitted pro hac vice*)
Gregory V. Demo (NY Bar No. 5371992) (*admitted pro hac vice*)
Hayley R. Winograd (NY Bar No. 5612569) (*admitted pro hac vice*)
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: (310) 277-6910
Facsimile: (310) 201-0760

HAYWARD PLLC
Melissa S. Hayward
Texas Bar No. 24044908
MHayward@HaywardFirm.com
Zachery Z. Annable
Texas Bar No. 24053075
ZAnnable@HaywardFirm.com
10501 N. Central Expy, Ste. 106
Dallas, Texas 75231
Tel: (972) 755-7100
Fax: (972) 755-7110

*Counsel for Highland Capital Management, L.P.*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| HIGHLAND CAPITAL MANAGEMENT, L.P.,[1] | § | Case No. 19-34054-sgj11 |
| | § | |
| Reorganized Debtor. | § | |
| | § | |
| HIGHLAND CAPITAL MANAGEMENT, L.P., | § | |
| | § | |
| Plaintiff, | § | Adversary Proceeding No. 25-03055-sgj |
| | § | |
| v. | § | |
| | § | |
| PATRICK HAGAMAN DAUGHERTY, | § | |
| | § | |
| Defendant. | § | |

## STIPULATION CONCERNING SCHEDULING ORDER

---

[1] Highland's last four digits of its taxpayer identification number are (8357). The headquarters and service address for Highland is 100 Crescent Court, Suite 1850, Dallas, TX 75201.

This stipulation (the "Stipulation") is made by and between Highland Capital Management, L.P., the reorganized debtor ("Highland") in the above-captioned chapter 11 case ("Bankruptcy Case") and the plaintiff in the above-captioned adversary proceeding (the "Adversary Proceeding"), and Patrick Hagaman Daugherty ("Mr. Daugherty", and together with Highland, the "Parties") by and through their respective undersigned counsel.

## RECITALS

**WHEREAS**, on May 2, 2025, Highland filed its *Complaint for (1) Disallowance of Claim No. 205 in Its Entirety, (2) Estimation of Claim No. 205 for Allowance Purposes, or (3) Subordination of Any Allowed Portion of Claim No. 205 of Patrick Hagaman Daugherty* [Docket No. 1] (the "Complaint");

**WHEREAS**, on May 5, 2025, the United States Bankruptcy Court for the Northern District of Texas, Dallas Division (the "Court"), issued the *Summons in an Adversary Proceeding* [Docket No. 4] (the "Summons") related to the Complaint;

**WHEREAS**, on May 5, 2025, the Court entered its *Order Regarding Adversary Proceedings Trial Setting and Alternative Scheduling Order* [Docket No. 3] (the "Scheduling Order");

**WHEREAS**, on May 6, 2025, Highland filed its proof of service of the Complaint and the Summons on Mr. Daugherty [Docket No. 4];

**WHEREAS**, on June 4, 2025, Mr. Daugherty filed his *Motion to Dismiss* [Docket No. 5] (the "Motion"); and

**WHEREAS**, subject to the Court's approval, the Parties have conferred in good faith to establish a schedule for the adjudication of the Motion.

**NOW, WHEREFORE, IT IS HEREBY JOINTLY STIPULATED AND AGREED** as follows:

4904-7801-7613.2 36027.003                2

1.    The Parties agree that, subject to the Court's approval, the schedule set forth herein satisfies Parts II(2) & (3) of the Scheduling Order.

2.    Highland shall file its opposition to the Motion on or before July 18, 2025.

3.    Mr. Daugherty shall file his reply on or before August 8, 2025.

4.    In the event the Motion is denied by the Court, the Parties agree that, within ten (10) days of the entry of the Court's order denying the Motion (the "Scheduling Order Deadline"), they will submit for the Court's consideration an agreed scheduling order governing the Adversary Proceeding (the "AP Scheduling Order").  If the Parties are unable to agree on a form of AP Scheduling Order by the Scheduling Order Deadline, either Party may promptly request a status conference with the Court to discuss scheduling of trial and pre-trial matters in the Adversary Proceeding.

5.    This Stipulation shall not be amended or modified except by written agreement between the Parties or upon entry of an order by the Court entered after reasonable notice and a showing of good cause.

*[Remainder of Page Intentionally Blank]*

Dated: June 16, 2025

**PACHULSKI STANG ZIEHL & JONES LLP**

Jeffrey N. Pomerantz (CA Bar No. 143717)
John A. Morris (NY Bar No. 2405397)
Gregory V. Demo (NY Bar No. 5371992)
Hayley R. Winograd (NY Bar No. 5612569)
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: (310) 277-6910
Facsimile: (310) 201-0760
Email: jpomerantz@pszjlaw.com
 jmorris@pszjlaw.com
 gdemo@pszjlaw.com
 hwinograd@pszjlaw.com

-and-

**HAYWARD PLLC**

*/s/ Zachery Z. Annable*
Melissa S. Hayward
Texas Bar No. 24044908
MHayward@HaywardFirm.com
Zachery Z. Annable
Texas Bar No. 24053075
ZAnnable@HaywardFirm.com
10501 N. Central Expy, Ste. 106
Dallas, Texas 75231
Tel: (972) 755-7100
Fax: (972) 755-7110

*Counsel for Highland Capital Management, L.P.*

**GRAY REED**

By: */s/ Andrew K. York*
Jason S. Brookner (Texas Bar No. 24033684)
Andrew K. York (Texas Bar No. 24051554)
Joshua D. Smeltzer (Texas Bar No. 24113859)
Drake M. Rayshell (Texas Bar No. 24118507)
1601 Elm Street, Suite 4600
Dallas, Texas 75201
Telephone: (469) 320-6050
Facsimile: (469) 320-6886
Email: jbrookner@grayreed.com
      dyork@grayreed.com
      jsmeltzer@grayreed.com
      draysehll@grayreed.com

*Counsel to Patrick Daugherty*

United States Bankruptcy Court

Northern District of Texas

Highland Capital Management, L.P.,

    Plaintiff

                                              Adv. Proc. No. 25-03055-sgj

Daugherty,

    Defendant

# CERTIFICATE OF NOTICE

| District/off: 0539-3 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jun 20, 2025 | Form ID: pdf001 | Total Noticed: 4 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 22, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| dft | + | Patrick Hagaman Daugherty, 3621 Cornell Avenue, Suite 830, Dallas, TX 75205-2818 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| ust | + | Email/Text: ustpregion06.da.ecf@usdoj.gov | Jun 20 2025 23:42:00 | United States Trustee, 1100 Commerce Street, Room 976, Dallas, TX 75242-0996 |
| ust | + | Email/Text: ustpregion07.au.ecf@usdoj.gov | Jun 20 2025 23:42:00 | United States Trustee - AU12, United States Trustee, 903 San Jacinto Blvd, Suite 230, Austin, TX 78701-2450 |
| ust | + | Email/Text: USTPRegion07.SN.ECF@usdoj.gov | Jun 20 2025 23:42:00 | United States Trustee - SA12, US Trustee's Office, 615 E Houston, Suite 533, San Antonio, TX 78205-2055 |

TOTAL: 3

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 22, 2025            Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 20, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew K. York | |

District/off: 0539-3                          User: admin                              Page 2 of 2
Date Rcvd: Jun 20, 2025                  Form ID: pdf001                      Total Noticed: 4

on behalf of Defendant Patrick Hagaman Daugherty dyork@grayreed.com  slangley@grayreed.com

Zachery Z. Annable

on behalf of Plaintiff Highland Capital Management  L.P. zannable@haywardfirm.com, mholmes@haywardfirm.com

TOTAL: 2