**EXHIBIT 3**

Page 1 of 4

| Form 886-Z (June 2016) | Department of the Treasury - Internal Revenue Service **TEFRA Partners' Shares of Income** | Schedule Number 1065 |
|---|---|---|
| Name of Partnership Highland Capital Management | TIN of Partnership 75-2716725 | Taxable Year Ended 12/31/2008 |

| Name and Address of Each Partner (1) | TIN of Partner (2) | Percentage of Profit (3) | Portfolio income (loss) net short-term gain (loss) (4) | (5) |
|---|---|---|---|---|
| | | | | |

Continuation

| TIN of Partner (6) | (7) | (8) | (9) | (10) | (11) |
|---|---|---|---|---|---|
| | | | | | |
| Totals | | | | | |

This form only reflects Schedule K-1 items adjusted by the report dated: _____

Catalog Number 61113Q
RGS Version 18.20.00

www.irs.gov

Form **886-Z** (Rev. 6-2016)

Page 2 of 4

| Form 886-Z (June 2016) | Department of the Treasury - Internal Revenue Service **TEFRA Partners' Shares of Income** | | Schedule Number 1065 |
|---|---|---|---|
| Name of Partnership Highland Capital Management | | TIN of Partnership 75-2716725 | Taxable Year Ended 12/31/2008 |

| Name and Address of Each Partner (1) | TIN of Partner (2) | Percentage of Profit (3) | Portfolio income (loss) net short-term gain (loss) (4) | (5) |
|---|---|---|---|---|
| ■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■ | ■■■■■■ | ■■■■■■ | ■■■■■■ | ■■■■■■ |
| Daugherty, Patrick 3621 Cornell Ave. Dallas, TX 75205 | 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 | 0.74030000% | 1,257,792.00 | |
| ■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■ | ■■■■■■ | ■■■■■■ | ■■■■■■ | ■■■■■■ |

Continuation

| ■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■ | ■■■■■■ | ■■■■■■ | ■■■■■■ | ■■■■■■ |
|---|---|---|---|---|
| Totals | | | | |

This form only reflects Schedule K-1 items adjusted by the report dated: _____

Catalog Number 61113Q
RGS Version 18.20.00
www.irs.gov
Form 886-Z (Rev. 6-2016)

Page 3 of 4

| Form **886-Z** (June 2016) | Department of the Treasury - Internal Revenue Service **TEFRA Partners' Shares of Income** | Schedule Number 1065 |
|---|---|---|
| Name of Partnership Highland Capital Management | TIN of Partnership 75-2716725 | Taxable Year Ended 12/31/2008 |

| Name and Address of Each Partner (1) | TIN of Partner (2) | Percentage of Profit (3) | Portfolio Income (loss) net short-term gain (loss) (4) | (5) |
|---|---|---|---|---|
| | | | | |

Continuation



| Totals | | | | | |
|---|---|---|---|---|---|

This form only reflects Schedule K-1 items adjusted by the report dated: _____

Catalog Number 61113Q
RGS Version 18.20.00

www.irs.gov

Form **886-Z** (Rev. 6-2016)

| Form **886-Z** (June 2016) | Department of the Treasury - Internal Revenue Service **TEFRA Partners' Shares of Income** | Schedule Number 1065 |
|---|---|---|
| Name of Partnership Highland Capital Management | TIN of Partnership 75-2716725 | Taxable Year Ended 12/31/2008 |

| Name and Address of Each Partner (1) | TIN of Partner (2) | Percentage of Profit (3) | Portfolio Income (loss) net short-term gain (loss) (4) | (5) |
|---|---|---|---|---|
| | Totals | 100.00000000% | 169,902,949.00 | |

Continuation

This form only reflects Schedule K-1 items adjusted by the report dated: _____

Catalog Number 61113Q
RGS Version 18.20.00

www.irs.gov

Form **886-Z** (Rev. 6-2016)