Jason S. Brookner (Texas Bar No. 24033684)
Andrew K. York (Texas Bar No. 24051554)
Joshua D. Smeltzer (Texas Bar No. 24113859)
Drake M. Rayshell (Texas Bar No. 24118507)
GRAY REED
1601 Elm Street, Suite 4600
Dallas, Texas 75201
Telephone:  (214) 954-4135
Facsimile:  (214) 953-1332
Email:   jbrookner@grayreed.com
    dyork@grayreed.com
    jsmeltzer@grayreed.com
    drayshell@grayreed.com

COUNSEL TO PATRICK DAUGHERTY

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| In re: <br><br> HIGHLAND CAPITAL MANAGEMENT, L.P.,[1] <br><br> Reorganized Debtor. | § § § § § § § | Chapter 11 <br><br> Case No. 19-34054 (SGJ) |
| HIGHLAND CAPITAL MANAGEMENT, L.P., <br><br> Plaintiff, <br><br> v. <br><br> PATRICK HAGAMAN DAUGHERTY, <br><br> Defendant. | § § § § § § § § § § § § § | Adversary No. 25-03055 |

**NOTICE OF HEARING ON (A) PATRICK DAUGHERTY'S MOTION TO DISMISS, AND (B) HIGHLAND CAPITAL MANAGEMENT, L.P.'S RELATED CROSS MOTION**

---

[1] Highland's last four digits of its taxpayer identification number are (8357). The headquarters and service address for Highland is 100 Crescent Court, Suite 1850, Dallas, Texas 75201.

-1-

**PLEASE TAKE NOTICE** that the following matters have been scheduled for hearing on **Thursday, September 4, 2025, at 9:30 a.m. (Central Time)** (the "Hearing") in the above-captioned adversary proceeding (the "Adversary Proceeding"):

1. *Patrick Daugherty's Motion to Dismiss [Docket No. 5]* (the "Motion").

2. *Highland Capital Management, L.P.'s (A) Objection to Patrick Daugherty's Motion to Dismiss and (B) Cross Motion for Relief from a Final Order Pursuant to Bankruptcy Rule 9024 [Docket No. 10]* (the "Cross Motion" and together with the Motion, the "Motions").

A Hearing on the Motions will be held via WebEx videoconference before The Honorable Stacey G. C. Jernigan, United States Bankruptcy Judge. The WebEx video participation/attendance link for the Hearing is: https://uscourts.webex.com/meet/jerniga.

A copy of the WebEx Hearing Instructions for the Hearing is attached hereto as **Exhibit A**; alternatively, the WebEx Hearing Instructions for the Hearing may be obtained from Judge Jernigan's hearing/calendar site at https://www.txnb.uscourts.gov/judges-info/hearing-dates/chief-judge-jernigans-hearing-dates.

Respectfully submitted this 30th day of July, 2025.

        GRAY REED

        By:   */s/ Andrew K. York*
              Jason S. Brookner
              Texas Bar No. 24033684
              Andrew K. York
              Texas Bar No. 24051554
              Joshua D. Smeltzer
              Texas Bar No. 24113859
              Drake M. Rayshell
              Texas Bar No. 24118507

        1601 Elm Street, Suite 4600
        Dallas, Texas 75201
        Telephone:   (214) 954-4135
        Facsimile:    (214) 953-1332
        Email:        jbrookner@grayreed.com
                       dyork@grayreed.com
                       jsmeltzer@grayreed.com
                       draysehll@grayreed.com

        COUNSEL TO PATRICK DAUGHERTY

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing instrument was served on all parties or counsel of record herein on this 30th day of July, 2025, via the CM/ECF system and/or email.

        */s/ Andrew K. York*
        ANDREW K. YORK