Melissa S. Hayward
Texas Bar No. 24044908
MHayward@HaywardFirm.com
Zachery Z. Annable
Texas Bar No. 24053075
ZAnnable@HaywardFirm.com
HAYWARD PLLC
10501 N. Central Expy, Ste. 106
Dallas, Texas 75231
Telephone/Fax: (972) 755-7100

*Counsel for Highland Capital Management, L.P.*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| In re:<br><br>HIGHLAND CAPITAL MANAGEMENT, L.P.,[1]<br><br>Reorganized Debtor. | Chapter 11<br><br>Case No. 19-34054-sgj11 |
| HIGHLAND CAPITAL MANAGEMENT, L.P.<br><br>Plaintiff,<br><br>v.<br><br>PATRICK HAGAMAN DAUGHERTY,<br><br>Defendant. | Adversary No. 25-03055 |

**NOTICE OF APPEARANCE AND REQUEST FOR
SERVICE OF NOTICES AND OTHER PAPERS**

PLEASE TAKE NOTICE that Melissa S. Hayward of Hayward PLLC, as counsel for Highland Capital Management, L.P., appears in the above-captioned adversary proceeding (the "Adversary Proceeding"). Pursuant to Rules 2002 and 9007 of the Federal Rules of Bankruptcy Procedure, Ms. Hayward requests that all notices, motions, pleadings, orders, and other documents

---

[1] The Reorganized Debtor's last four digits of its taxpayer identification number are (8357). The headquarters and service address for the above-captioned Reorganized Debtor is 100 Crescent Court, Suite 1850, Dallas, TX 75201.

NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF NOTICES AND OTHER PAPERS          PAGE 1 OF 3

filed, served, or entered in this Adversary Proceeding to be served upon the undersigned at the following address:

> Hayward PLLC
> 10501 N. Central Expy, Ste. 106
> Dallas, Texas 75231
> Attn: Melissa S. Hayward
> Telephone/Facsimile: (972) 755-7100
> Email: MHayward@HaywardFirm.com

This Notice of Appearance and Request for Service of Notices and Other Papers (the "Notice of Appearance") is not a waiver of any rights, including, without limitation, the right: (i) to have final orders in non-core matters entered only after de novo review by a judge of the appropriate United States District Court; (ii) to trial by jury in any proceeding so triable in this Adversary Proceeding or any case, controversy, or proceeding related to this Adversary Proceeding; and (iii) to have the United States District Court withdraw the reference in any matters subject to mandatory or discretionary withdrawal.

DATED: August 18, 2025.

Respectfully submitted,

**HAYWARD PLLC**

By: */s/ Melissa S. Hayward*
   Melissa S. Hayward
   Texas Bar No. 24044908
   MHayward@HaywardFirm.com
   Zachery Z. Annable
   Texas Bar No. 24053075
   ZAnnable@HaywardFirm.com
10501 N. Central Expy, Ste. 106
Dallas, Texas 75231
Telephone/Fax: (972) 755-7100

**COUNSEL FOR HIGHLAND CAPITAL MANAGEMENT, L.P.**

## CERTIFICATE OF SERVICE

  I hereby certify that, on August 18, 2025, a true and correct copy of the foregoing *Notice of Appearance* was served electronically via the Court's CM/ECF system upon all parties receiving electronic notice in this case.

            */s/ Melissa S. Hayward*
            Melissa S. Hayward