Jason S. Brookner (Texas Bar No. 24033684)
Andrew K. York (Texas Bar No. 24051554)
Joshua D. Smeltzer (Texas Bar No. 24113859)
Drake M. Rayshell (Texas Bar No. 24118507)
GRAY REED
1601 Elm Street, Suite 4600
Dallas, Texas 75201
Telephone: (214) 954-4135
Facsimile:  (214) 953-1332
Email:    jbrookner@grayreed.com
          dyork@grayreed.com
          jsmeltzer@grayreed.com
          drayshell@grayreed.com

*Counsel to Patrick Daugherty*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| HIGHLAND CAPITAL MANAGEMENT, L.P.,[1] | § § § | Case No. 19-34054 (SGJ) |
| Reorganized Debtor. | § § § | |
| | § § | |
| HIGHLAND CAPITAL MANAGEMENT, L.P., | § § § | |
| Plaintiff, | § § | |
| v. | § § | Adversary No. 25-03055 |
| PATRICK HAGAMAN DAUGHERTY, | § § § | |
| Defendant. | § § § § | |

## PATRICK DAUGHERTY'S WITNESS AND EXHIBIT LIST
## FOR HEARING SCHEDULED FOR SEPTEMBER 4, 2025 AT 9:30 A.M.

---

[1] Highland's last four digits of its taxpayer identification number are (8357). The headquarters and service address for Highland is 100 Crescent Court, Suite 1850, Dallas, Texas 75201.

Patrick Daugherty, ("Daugherty") hereby files this Witness and Exhibit List for the hearing scheduled for September 4, 2025, at 9:30 a.m. (Central Time) in connection with Daugherty's *Motion to Dismiss* [Docket No. 5] and Highland Capital Management, L.P.'s *(A) Objection to Patrick Daugherty's Motion to Dismiss and (B) Cross Motion for Relief from a Final Order Pursuant to Bankruptcy Rule 9024* [Docket Nos. 9 and 10] and Patrick Daugherty's *(A) Reply in Support of His Motion to Dismiss and (B) Response to Plaintiff's Cross Motion for Relief from a Final Order Pursuant to Bankruptcy Rule 9024* [Docket No. 15].

## I. WITNESSES

Daugherty does not intend to call any witnesses at the hearing at this time. Daugherty reserves the right to cross-examine any witness called by any other party.

## II. EXHIBITS

Daugherty designates the following exhibits:

| EXHIBIT NUMBER | DESCRIPTION | MARKED | OFFERED | OBJECT | ADMITTED |
|---|---|---|---|---|---|
| PD-1 | Settlement Agreement between Highland Capital Management, L.P. and Patrick Daugherty.<br>(Main Case Docket No. 3089-1 in Case 19-34054-sgj) | | | | |
| PD-2 | Complaint for (1) Disallowance of Claim No. 205 In Its Entirety, (2) Estimation of Claim No. 205 For Allowance Purposes, Or (3) Subordination of Any Allowed Portion of Claim No. 205 of Patrick Hagaman Daugherty in Adversary Proceeding No. 25-03055-sgj, *Highland Capital Management, L.P. v. Patrick Hagaman Daugherty* (Docket No. 1) | | | | |

4917-1397-5906

| EXHIBIT NUMBER | DESCRIPTION | MARKED | OFFERED | OBJECT | ADMITTED |
|---|---|---|---|---|---|
| PD-3 | Reorganized Debtor's Motion for Entry of an Order Approving Settlement with Patrick Hagaman Daugherty (Claim No. 205) and Authorizing Actions Consistent Therewith (Main Case Docket No. 3088 in Case 19-34054-sgj) | | | | |
| PD-4 | Patrick Hagaman Daugherty's Motion for Temporary Allowance of Claim for Voting Purposes Pursuant to Bankruptcy Rule 3018 (Main Case Docket No. 1281 in Case 19-34054-sgj) | | | | |
| PD-5 | Transcript Regarding Hearing Held 11/17/2020 Regarding Motion for Temporary Allowance of Claim (Main Case Docket No. 1426 in Case 19-34054-sgj) | | | | |
| PD-6 | Tolling Agreement Extending Claim Objection Deadline (Main Case Docket No. 4255-60 in Case 19-34054-sgj) | | | | |
| PD-7 | Amendment No. 1 to Tolling Agreement Extending Claim Objection Deadline (Main Case Docket No. 4255-61 in Case 19-34054-sgj) | | | | |
| PD-8 | Amendment No. 2 to Tolling Agreement Extending Claim Objection Deadline (Main Case Docket No. 4255-62 in Case 19-34054-sgj) | | | | |
| PD-9 | Amendment No. 3 to Tolling Agreement Extending Claim Objection Deadline (Main Case Docket No. 4255-63 in Case 19-34054-sgj) | | | | |
| PD-10 | Patrick Daugherty's Motion to Dismiss (Docket No. 5) | | | | |

4917-1397-5906

| EXHIBIT NUMBER | DESCRIPTION | MARKED | OFFERED | OBJECT | ADMITTED |
|---|---|---|---|---|---|
| PD-11 | Patrick Daugherty's (A) Reply in Support of His Motion to Dismiss and (B) Response to Plaintiff's Cross Motion for Relief from a Final Order Pursuant to Bankruptcy Rule 9024 (Docket No. 15) | | | | |
| PD- | Any document entered or filed in the Debtor's chapter 11 bankruptcy case, including any exhibits thereto | | | | |
| PD- | Any exhibits identified by or offered by any other party at the hearing | | | | |
| PD- | Any exhibits offered for impeachment and/or rebuttal purposes | | | | |

Daugherty reserves the right to supplement or amend this Witness and Exhibit List any time prior to the hearing. This Witness and Exhibit List is not intended to limit Daugherty at the hearing or to imply that Daugherty may not seek introduction of evidence that is not on this list. Daugherty reserves the right to use any of the exhibits designated by any other party in this case.

4917-1397-5906

Respectfully submitted this 29th day of August 2025.

        GRAY REED

        By:  */s/ Andrew K. York*
            Jason S. Brookner
            Texas Bar No. 24033684
            Andrew K. York
            Texas Bar No. 24051554
            Joshua D. Smeltzer
            Texas Bar No. 24113859
            Drake M. Rayshell
            Texas Bar No. 24118507
        1601 Elm Street, Suite 4600
        Dallas, Texas 75201
        Telephone:  (214) 954-4135
        Facsimile:  (214) 953-1332
        Email:      jbrookner@grayreed.com
                      dyork@grayreed.com
                      jsmeltzer@grayreed.com
                      draysehll@grayreed.com
        *Counsel to Patrick Daugherty*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the foregoing instrument was served on all Parties or counsel of record herein on this 29th day of August 2025, via the CM/ECF system and/or email.

PACHULSKI STANG ZIEHL & JONES LLP
Jeffrey N. Pomerantz
jpomerantz@pszjlaw.com
John A. Morris
jmorris@pszjlaw.com
Gregory V. Demo
gdemo@pszjlaw.com
Hayley R. Winograd
hwinograd@pszjlaw.com
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067

HAYWORD PLLC
Melissa S. Hayward
MHayward@HaywardFirm.com
Zachery Z. Annable
ZAnnable@HaywardFirm.com
10501 N. Central Expy, Suite 106
Dallas, Texas 75231

*Counsel for Highland Capital Management, L.P.*

                                                    */s/ Andrew K. York*
                                                    ANDREW K. YORK

4917-1397-5906