PACHULSKI STANG ZIEHL & JONES LLP
Jeffrey N. Pomerantz (admitted *pro hac vice*)
John A. Morris (admitted *pro hac vice*)
Gregory V. Demo (admitted *pro hac vice*)
Jordan A. Kroop (admitted *pro hac vice*)
Hayley R. Winograd (admitted *pro hac vice*)
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Tel: (310) 277-6910

HAYWARD PLLC
Melissa S. Hayward
Texas Bar No. 24044908
MHayward@HaywardFirm.com
Zachery Z. Annable
Texas Bar No. 24053075
ZAnnable@HaywardFirm.com
10501 N. Central Expy, Ste. 106
Dallas, Texas 75231
Tel: (972) 755-7100

*Counsel for Highland Capital Management, L.P.*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| In re: § § | Chapter 11 |
| HIGHLAND CAPITAL MANAGEMENT, L.P.,1 § § | Case No. 19-34054-sgj11 |
| Reorganized Debtor. § § | |
| HIGHLAND CAPITAL MANAGEMENT, L.P., § § | |
| Plaintiff, § § | Adv. Proc. No. 25-03055-sgj |
| v. § § | |
| PATRICK HAGAMAN DAUGHERTY, § § | |
| Defendant. § | |

---

1 Highland's last four digits of its taxpayer identification number are (8357). The headquarters and service address for Highland is 100 Crescent Court, Suite 1850, Dallas, TX 75201.

WITNESS AND EXHIBIT LIST FOR HEARING ON SEPTEMBER 4, 2025 (TRUSTS)     PAGE 1 OF 4
SF 4917-8780-1958.1 36027.002  DOCS_NY:42648.1 36027/002

**HIGHLAND CAPITAL MANAGEMENT, L.P.'S WITNESS AND EXHIBIT LIST WITH RESPECT TO HEARING TO BE HELD ON SEPTEMBER 4, 2025**

Highland Capital Management, L.P., the reorganized debtor ("Highland" or the "Debtor" as applicable) in the above-captioned chapter 11 case (the "Bankruptcy Case") and the plaintiff in the above-captioned adversary proceeding (the "Adversary Proceeding"), by and through its undersigned counsel, submits the following witness and exhibit list with respect to *Patrick Daugherty's Motion to Dismiss* [Adv. Docket No. 5] and *Highland Capital Management, L.P.'s (A) Objection to Patrick Daugherty's Motion to Dismiss and (B) Cross Motion for Relief from a Final Order Pursuant to Bankruptcy Rule 9024* [Adv. Docket No. 10], which the Court has set for hearing at 9:30 a.m. (Central Time) on September 4, 2025 (the "Hearing") in the Adversary Proceeding.

A. **Witnesses:**

1. Any witness identified by or called by any other party; and

2. Any witness necessary for rebuttal.

B. **Exhibits:**

| Number | Exhibit | Offered | Admitted |
|---|---|---|---|
| 1. | Declaration of John A. Morris in Support of Highland Capital Management, L.P.'s (A) Objection to Patrick Daugherty's Motion to Dismiss and (B) Cross Motion for Relief from a Final Order Pursuant to Bankruptcy Rule 9024 [Adv. Docket No. 11] | | |
| 2. | Any document entered or filed in the Debtor's chapter 11 bankruptcy case, including any exhibits thereto | | |
| 3. | All exhibits necessary for impeachment and/or rebuttal purposes | | |
| 4. | All exhibits identified by or offered by any other party at the Hearing | | |

Dated: September 4, 2025.

**PACHULSKI STANG ZIEHL & JONES LLP**
Jeffrey N. Pomerantz (CA Bar No. 143717)
John A. Morris (NY Bar No. 2405397)
Gregory V. Demo (NY Bar No. 5371992)
Hayley R. Winograd (NY Bar No. 5612569)
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: (310) 277-6910
Facsimile: (310) 201-0760
Email: jpomerantz@pszjlaw.com
    jmorris@pszjlaw.com
    gdemo@pszjlaw.com
    hwinograd@pszjlaw.com

-and-

**HAYWARD PLLC**

*/s/ Zachery Z. Annable*
Melissa S. Hayward
Texas Bar No. 24044908
MHayward@HaywardFirm.com
Zachery Z. Annable
Texas Bar No. 24053075
ZAnnable@HaywardFirm.com
10501 N. Central Expy, Ste. 106
Dallas, Texas 75231
Tel: (972) 755-7100
Fax: (972) 755-7110

*Counsel for Highland Capital Management, L.P.*

## **CERTIFICATE OF SERVICE**

    I hereby certify that, on September 4, 2025, a true and correct copy of the foregoing document was served electronically via the Court's CM/ECF system upon all parties receiving electronic notice in this case.

                                  */s/ Zachery Z. Annable*
                                  Zachery Z. Annable