BTXN 049 (rev. 03/15)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| In Re:<br>Highland Capital Management, L.P.<br>　　　　　　　　　　　Debtor(s)<br>Highland Capital Management, L.P.<br>　　　　　　　　　　　Plaintiff(s)<br>　vs.<br>Patrick Hagaman Daugherty<br>　　　　　　　　　　　Defendant(s)<br>Patrick Daugherty<br>　　　　　　　　　　　Appellant(s)<br>　vs.<br>Highland Capital Management, L.P. et al<br>　　　　　　　　　　　Appellee(s) | § § § § § § § § § § § § § § § § § § | Case No.:   19−34054−sgj11<br>Chapter No.:   11<br><br>Adversary No.:   25−03055−sgj<br><br>Civil Case No.: |

## NOTICE OF TRANSMITTAL

I am transmitting:

- ☐ The Motion for leave to Appeal 28 U.S.C. § (USDC Civil Action No. DNC Case).

- ☐ The Motion for Stay Pending Appeal (USDC Action No. − DNC Case).

- ☐ The Proposed Findings of Fact and Conclusions of Law.

- ☐ The Motion to Extend Time To File Designation (USDC Civil Action No DNC Case).

- ☐ On , the Record on Appeal was transmitted. The designation of record or item(s) designated by were not filed when the record was transmitted. The item(s) were filed on awaiting instructions from the assigned district judge.

- ☑ Other Filing fee has been paid

- ☑ Copies of: Notice of appeal and related documents

**TO ALL ATTORNEYS**: File all subsequent papers captioned and numbered with the appropriate division of the United States District Clerk's Office. Any questions concerning this proceeding should be directed to the U.S. District Clerk's Office at (214) 753−2200.

DATED:  9/23/25

FOR THE COURT:
Stephen J Manz, Clerk of Court

by: /s/Jeanette Almaraz, Deputy Clerk

BTXN 150 (rev. 11/10)

| | | |
|---|---|---|
| In Re:<br>Highland Capital Management, L.P. | §<br>§<br>§ | |
| | Debtor(s) § | Case No.: 19−34054−sgj11<br>Chapter No.: 11 |
| Highland Capital Management, L.P. | §<br>§ | |
| | Plaintiff(s) §<br>§ | Adversary No.: 25−03055−sgj |
| vs.<br>Patrick Hagaman Daugherty | §<br>§ | |
| | Defendant(s) § | |

# CIVIL CASE COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.

**I. (a) APPELLANT**
Patrick Hagaman Daugherty

**APPELLEE**
Highland Capital Management, L.P. et al

(b) County of Residence of First Listed Party:
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Party:
(IN U.S. PLAINTIFF CASES ONLY)

(c) Attorney's (Firm Name, Address, and Telephone Number)
Jason S. Brookner
Gray Reed & McGraw LLP
1601 Elm Street
Suite 4600
Dallas, TX 75201
214−954−4135
Fax : 214−953−1332
jbrookner@grayreed.com

Andrew K. York
Gray Reed & McGraw LLP
1601 Elm Street
Suite 4600
Dallas, TX 75201
214−954−4135
Fax : 214−953−1332
dyork@grayreed.com
Joshua D. Smeltzer
Gray Reed & McGraw LLP
1601 Elm Street
Suite 4600
Dallas, TX 75201
214−954−4135
Fax : 214−953−1332
jsmeltzer@grayreed.com
Drake M. Rayshell
Gray Reed & McGraw LLP
1601 Elm Street
Suite 4600
Dallas, TX 75201
214−954−4135
Fax : 214−953−1332
draysehll@grayreed.com

Attorney's (If Known)
Jeffrey N. Pomerantz
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
310−277−6910
310−201−0760 (fax)
jpomerantz@pszjlaw.com
John A Morris
Pachulski Stang Ziehl & Jones LLP
1700 Broadway
Ste 36th Floor
New York, NY 10019
212−561−7760
212−561−7777 (fax)
jmorris@pszjlaw.com

Gregory V. Demo
Pachulski Stang Ziehl & Jones LLP
1700 Broadway
Ste 36th Floor
New York, NY 10019
212−561−7700
212−561−7777 (fax)
gdemo@pszjlaw.com

Hayley R Winograd
Pachulski Stang Ziehl & Jones LLP
1700 Broadway
Ste 36th Floor
New York, NY 10019
212−561−7732
hayleywinograd@gmail.com

Melissa S. Hayward
Hayward PLLC
10501 N. Central Expry, Ste. 106
Dallas, TX 75231
972−755−7104
972−755−7104 (fax)
MHayward@HaywardFirm.com

Zachery Z. Annable
Hayward PLLC
10501 N. Central Expressway
Suite 106
Dallas, TX 75231
(972) 755−7108
(972) 755−7108 (fax)
zannable@haywardfirm.com

**II. BASIS OF JURISDICTION**

○ 1  U.S. Government Plaintiff
○ 2  U.S. Government Defendant
⦿ 3  Federal Question (U.S. Government Not a Party)
○ 4  Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES**

| | | | | |
|---|---|---|---|---|
| Citizen of This State | ○ 1 | ○ 1 | Incorporated *or* Principal Place of Business In This State | ○ 4  ○ 4 |
| Citizen of Another State | ○ 2 | ○ 2 | Incorporated *and* Principal Place of Business In Another State | ○ 5  ○ 5 |

| | | | |
|---|---|---|---|
| Citizen or Subject of a Foreign Country | ○ 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

## IV. NATURE OF SUIT

- ⦿ 422 Appeal 28 USC 158
- ○ 423 Withdrawal 28 USC 157
- ○ 890 Other Statutory Actions

## V. ORIGIN

- ⦿ 1 Original Proceeding
- ○ 2 Removed from State Court
- ○ 3 Remanded from Appellate Court
- ○ 4 Reinstated or Reopened
- ○ 5 Transferred from another district
- ○ 6 Multidistrict Litigation
- ○ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing **(Do not cite jurisdictional statutes unless diversity)**:
422 Appeal 28 USC 158

Brief description of cause:
Notice of Appeal on Order (a) Denying Patrick Duaghertys Motion to Dismiss and (b) Granting Highland Capital Management, L.P.s Cross Motion for Relief From a Final Order Pursuant to Bankruptcy Rule 9024 entered on 9/5/25

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A **CLASS ACTION** UNDER F.R.C.P. 23    DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:  ☐ Yes  ☐ No

## VIII. RELATED CASE(S) IF ANY

Judge:                                             Docket Number:

DATED: 9/23/25

FOR THE COURT:
Stephen J Manz, Clerk of Court
by: /s/Jeanette Almaraz, Deputy Clerk

BTXN 116 (rev. 07/08)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# APPEAL SERVICE LIST

## Transmission of the Record

BK Case No.:  19–34054–sgj11

Adversary No.:  25–03055–sgj

Received in District Court by: _____

Date: _____

Volume Number(s): _____

cc: Stacey G Jernigan
    Courtney Lauer
    Michael Edmond
    Attorney(s) for Appellant
    Jason S. Brookner

**Appellant**  Patrick Daugherty

Jason S. Brookner
Gray Reed & McGraw LLP
1601 Elm Street
Suite 4600
Dallas, TX 75201
214–954–4135
Fax : 214–953–1332
jbrookner@grayreed.com

Andrew K. York
Gray Reed & McGraw LLP
1601 Elm Street
Suite 4600
Dallas, TX 75201
214–954–4135
Fax : 214–953–1332
dyork@grayreed.com
Joshua D. Smeltzer
Gray Reed & McGraw LLP
1601 Elm Street
Suite 4600
Dallas, TX 75201
214–954–4135
Fax : 214–953–1332
jsmeltzer@grayreed.com
Drake M. Rayshell
Gray Reed & McGraw LLP
1601 Elm Street
Suite 4600
Dallas, TX 75201
214–954–4135
Fax : 214–953–1332

draysehll@grayreed.com

**Appellee**   Highland Capital Management, L.P.

Jeffrey N. Pomerantz
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
310–277–6910
310–201–0760 (fax)
jpomerantz@pszjlaw.com
John A Morris
Pachulski Stang Ziehl & Jones LLP
1700 Broadway
Ste 36th Floor
New York, NY 10019
212–561–7760
212–561–7777 (fax)
jmorris@pszjlaw.com

Gregory V. Demo
Pachulski Stang Ziehl & Jones LLP
1700 Broadway
Ste 36th Floor
New York, NY 10019
212–561–7700
212–561–7777 (fax)
gdemo@pszjlaw.com

Hayley R Winograd
Pachulski Stang Ziehl & Jones LLP
1700 Broadway
Ste 36th Floor
New York, NY 10019
212–561–7732
hayleywinograd@gmail.com

Melissa S. Hayward
Hayward PLLC
10501 N. Central Expry, Ste. 106
Dallas, TX 75231
972–755–7104
972–755–7104 (fax)
MHayward@HaywardFirm.com

Zachery Z. Annable
Hayward PLLC
10501 N. Central Expressway
Suite 106
Dallas, TX 75231
(972) 755–7108
(972) 755–7108 (fax)
zannable@haywardfirm.com

**Appellee**   Highland Claimant Trust

Jeffrey N. Pomerantz
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
310–277–6910

310–201–0760 (fax)
jpomerantz@pszjlaw.com
John A Morris
Pachulski Stang Ziehl & Jones LLP
1700 Broadway
Ste 36th Floor
New York, NY 10019
212–561–7760
212–561–7777 (fax)
jmorris@pszjlaw.com

Gregory V. Demo
Pachulski Stang Ziehl & Jones LLP
1700 Broadway
Ste 36th Floor
New York, NY 10019
212–561–7700
212–561–7777 (fax)
gdemo@pszjlaw.com

Hayley R Winograd
Pachulski Stang Ziehl & Jones LLP
1700 Broadway
Ste 36th Floor
New York, NY 10019
212–561–7732
hayleywinograd@gmail.com

Melissa S. Hayward
Hayward PLLC
10501 N. Central Expry, Ste. 106
Dallas, TX 75231
972–755–7104
972–755–7104 (fax)
MHayward@HaywardFirm.com

Zachery Z. Annable
Hayward PLLC
10501 N. Central Expressway
Suite 106
Dallas, TX 75231
(972) 755–7108
(972) 755–7108 (fax)
zannable@haywardfirm.com