Jason S. Brookner (Texas Bar No. 24033684)
Andrew K. York (Texas Bar No. 24051554)
Joshua D. Smeltzer (Texas Bar No. 24113859)
J. Reid Burley (Texas Bar No. 24109675)
Drake M. Rayshell (Texas Bar No. 24118507)
GRAY REED
1601 Elm Street, Suite 4600
Dallas, Texas 75201
Telephone: (214) 954-4135
Facsimile:  (214) 953-1332
Email:      jbrookner@grayreed.com
            dyork@grayreed.com
            jsmeltzer@grayreed.com
            rburley@grayreed.com
            drayshell@grayreed.com

*Counsel to Patrick Daugherty*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| In re:<br><br>HIGHLAND CAPITAL MANAGEMENT, L.P.,[1]<br><br>Reorganized Debtor. | § § § § § § § | Chapter 11<br><br>Case No. 19-34054 (SGJ) |
| HIGHLAND CAPITAL MANAGEMENT, L.P.,<br><br>Plaintiff,<br><br>v.<br><br>PATRICK HAGAMAN DAUGHERTY,<br><br>Defendant. | § § § § § § § § § § § § § | Adversary No. 25-03055 |

---

[1] Highland's last four digits of its taxpayer identification number are (8357). The headquarters and service address for Highland is 100 Crescent Court, Suite 1850, Dallas, TX 75201.

-1-

4917-5549-0926.1

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the following counsel from the law firm of Gray Reed & McGraw LLP hereby enters his appearance as additional counsel of record for Defendant Patrick Hagaman Daugherty:

    J. Reid Burley
    State Bar No. 24109675
    Email: rburley@grayreed.com

The address, telephone number, and facsimile number for Daugherty's counsel are provided below.

Dated: October 3, 2025.

                Respectfully submitted,

                GRAY REED

                By:  */s/ J. Reid Burley*
                        Jason S. Brookner
                        Texas Bar No. 24033684
                        Andrew K. York
                        Texas Bar No. 24051554
                        Joshua D. Smeltzer
                        Texas Bar No. 24113859
                        J. Reid Burley
                        Texas Bar No. 24109675
                        Drake M. Rayshell
                        Texas Bar No. 24118507

                1601 Elm Street, Suite 4600
                Dallas, Texas 75201
                Telephone:  (214) 954-4135
                Facsimile:   (214) 953-1332
                Email:        jbrookner@grayreed.com
                                dyork@grayreed.com
                                jsmeltzer@grayreed.com
                                rburley@grayreed.com
                                drayshell@grayreed.com

                *Counsel to Patrick Daugherty*

4917-5549-0926.1

# CERTIFICATE OF SERVICE

      I hereby certify that a true and accurate copy of the foregoing instrument was served on all Parties or counsel of record herein on this 3rd day of October 2025, via the CM/ECF system and/or email.

PACHULSKI STANG ZIEHL & JONES LLP
Jeffrey N. Pomerantz
jpomerantz@pszjlaw.com
John A. Morris
jmorris@pszjlaw.com
Gregory V. Demo
gdemo@pszjlaw.com
Hayley R. Winograd
hwinograd@pszjlaw.com

HAYWARD PLLC
Melissa S. Hayward
MHayward@HaywardFirm.com
Zachery Z. Annable
ZAnnable@HaywardFirm.com
10501 N. Central Expy, Suite 106
Dallas, Texas 75231
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067

*Counsel for Highland Capital Management, L.P.*

                                              */s/ J. Reid Burley*
                                              J. REID BURLEY