Jason S. Brookner (Texas Bar No. 240033684)
Andrew K. York (Texas Bar No. 24051554)
Joshua D. Smeltzer (Texas Bar No. 24113859)
J. Reid Burley (Texas Bar No. 24109675)
Drake M. Rayshell (Texas Bar No. 24118507)
GRAY REED
1601 Elm Street, Suite 4600
Dallas, Texas 75201
Telephone: (214) 954-4135
Facsimile:  (214) 953-1332
Email:     jbrookner@grayreed.com
           dyork@grayreed.com
           jsmeltzer@grayreed.com
           rburley@grayreed.com
           drayshell@grayreed.com

*Counsel to Patrick Daugherty*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| In re:<br><br>HIGHLAND CAPITAL MANAGEMENT, L.P.,[1]<br><br>Reorganized Debtor. | § § § § § § § § | Chapter 11<br><br>Case No. 19-34054 (SGJ) |
| HIGHLAND CAPITAL MANAGEMENT, L.P.,<br><br>Plaintiff,<br><br>v.<br><br>PATRICK HAGAMAN DAUGHERTY,<br><br>Defendant. | § § § § § § § § § § § § § § | Adversary No. 25-03055 |

---

[1] Highland's last four digits of its taxpayer identification number are (8357). The headquarters and service address for Highland is 100 Crescent Court, Suite 1850, Dallas, TX 75201.

4937-2223-3710

# APPELLANT'S DESIGNATION OF ITEMS
# TO BE INCLUDED IN THE RECORD ON APPEAL
# AND STATEMENT OF THE ISSUES PRESENTED

Pursuant to Fed. R. Bankr. P. 8009(a), Appellant Patrick Daugherty ("Daugherty") hereby submits his designation of items to be included in the record on appeal and statement of issues to be presented in connection with his appeal from the *Order (A) Denying Patrick Daugherty's Motion to Dismiss and (B) Granting Highland Capital Management, L.P.'s Cross Motion for Relief from a Final Order Pursuant to Bankruptcy Rule 9024* [Docket No. 23 in Adversary No. 25-03055], to the extent it granted relief under Federal Rule of Bankruptcy Procedure 9024 and Federal Rule of Civil Procedure 60(b). *See Notice of Appeal* [Docket No. 25 in Adversary No. 25-03055].

## Statement of Issues on Appeal

1. Whether the Bankruptcy Court abused its discretion by granting Highland Capital Management, L.P.'s Cross Motion pursuant to Fed. R. Civ. P. 60(b)(6) when Highland failed to make a showing of manifest injustice and exceptional circumstances required to rewrite a term of the parties' bargained-for, court-approved settlement agreement that Highland Capital Management, L.P. entered on a free, deliberate, calculated, and counseled basis.

2. Whether the Bankruptcy Court abused its discretion by granting Highland Capital Management, L.P.'s Cross Motion pursuant to Fed. R. Civ. P. 60(b)(6) when Highland was estopped from seeking such relief after it obtained the benefits of the tolling provision in the settlement agreement, including, *inter alia*, the parties' negotiation and execution of a series of tolling agreements to the benefit of Highland Capital Management, L.P. regarding its certain claim-objection deadline.

## Designation of Record

Daugherty respectfully designates the following items to be included in the appellate record pursuant to Bankruptcy Rule 8009(a):

1. Notice of Appeal for Adversary No. 25-03055 [Docket No. 25].

2. The Judgment Order or Decree appealed from: *Order (a) Denying Patrick Daugherty's Motion to Dismiss and (b) Granting Highland Capital Management, L.P.'s Cross Motion for Relief from a Final Order Pursuant to Bankruptcy Rule 9024* [Docket No. 23 in Adversary No. 25-03055].

4937-2223-3710

3. Any opinion, findings of fact and conclusions of law of the bankruptcy court relating to the issues on appeal, including transcripts of all oral rulings: Transcript regarding hearing held September 4, 2025 before Judge Stacey C.G. Jernigan re: Patrick Daugherty's Motion to Dismiss; Highland's Cross Motion for Relief from Final Order [Docket No. 35].

4. Docket Sheet for Adversary Case No. 25-03055 kept by the Bankruptcy Clerk.

5. Documents listed below for Bankruptcy Case No. 19-34054-sgj11:

| Date | Docket | Description |
| --- | --- | --- |
| 05/02/2025 | **1** | Adversary case 25-03055. Complaint by Highland Capital Management, L.P. against Patrick Hagaman Daugherty. Fee Amount $350 (Attachments: # **1** Exhibit A # **2** Adversary Proceeding Cover Sheet). |
| 06/04/2025 | **5** | Motion to dismiss adversary proceeding filed by Defendant Patrick Hagaman Daugherty (Attachments: # **1** Proposed Order) |
| 07/18/2025 | **9** | Response opposed to (related document(s): **5** Motion to dismiss adversary proceeding filed by Defendant Patrick Hagaman Daugherty) filed by Plaintiff Highland Capital Management, L.P.. (Attachments: # **1** Proposed Order) |
| 07/18/2025 | **10** | Highland Capital Management, L.P.'s CROSS MOTION FOR RELIEF FROM A FINAL ORDER PURSUANT TO BANKRUPTCY RULE 9024 filed by Plaintiff Highland Capital Management, L.P. (Attachments: # **1** Proposed Order) |
| 07/18/2025 | **11** | Declaration re: *(Declaration of John A. Morris in Support of Highland Capital Management, L.P.'s (A) Objection to Patrick Daugherty's Motion to Dismiss and (B) Cross Motion for Relief from a Final Order Pursuant to Bankruptcy Rule 9024)* filed by Plaintiff Highland Capital Management, L.P. (RE: related document(s) **9** Response, **10** Motion for leave *(Highland Capital Management, L.P.'s (A) Objection to Patrick Daugherty's Motion to Dismiss and (B) Cross Motion for Relief from a Final Order Pursuant to Bankruptcy Rule 9024)*). (Attachments: # **1** Exhibit 1 # **2** Exhibit 2 # **3** Exhibit 3 # **4** Exhibit 4) |
| 08/08/2025 | **15** | Reply to (related document(s): **9** Response filed by Plaintiff Highland Capital Management, L.P.) *and Response to Plaintiff's Cross Motion for Relief from a Final Order Pursuant to Bankruptcy Rule 9024* filed by Defendant Patrick Hagaman Daugherty. |
| 08/15/2025 | **16** | Reply to (related document(s): **15** Reply filed by Defendant Patrick Hagaman Daugherty) *(Highland Capital Management, L.P.'s Reply in Further Support of Its Cross Motion for Relief from a Final Order Pursuant to Bankruptcy Rule 9024)* filed by Plaintiff Highland Capital Management, L.P.. |
| 08/29/2025 | **19** | Witness and Exhibit List *for Hearing Scheduled for September 4, 2025 at 9:30 a.m.* filed by Defendant Patrick Hagaman Daugherty (RE: related document(s) **5** Motion to dismiss adversary proceeding , **9** Response, **10** Motion for leave *(Highland Capital Management, L.P.'s (A) Objection to Patrick Daugherty's Motion to Dismiss and (B) Cross Motion for Relief from a Final Order Pursuant to Bankruptcy Rule 9024)*). (Attachments: # **1** Exhibit # **2** Exhibit # **3** Exhibit # **4** Exhibit # **5** Exhibit # **6** Exhibit # **7** Exhibit # **8** Exhibit # **9** Exhibit # **10** Exhibit # **11** Exhibit) |

4937-2223-3710

| Date | Docket | Description |
|---|---|---|
| 09/04/2025 | **20** | Witness and Exhibit List filed by Plaintiff Highland Capital Management, L.P. (RE: related document(s) **5** Motion to dismiss adversary proceeding , **10** Motion for leave *(Highland Capital Management, L.P.'s (A) Objection to Patrick Daugherty's Motion to Dismiss and (B) Cross Motion for Relief from a Final Order Pursuant to Bankruptcy Rule 9024)*). (Attachments: # **1** Exhibit 1) |
| 09/05/2025 | **23** | Order (A) denying Patrick Daugherty's motion to dismiss adversary proceeding (related document # **5**), and (B) granting Highland Capital Management's cross motion for relief from a final order. (related document # **10**). Pursuant to Bankruptcy Rule 9024(b)(6), the Settlement Order is hereby modified to provide that the Stay Provision is stricken from the Settlement Agreement. Entered on 9/5/2025. |
| 09/19/2025 | **25** | Notice of appeal . Fee Amount $298 filed by Defendant Patrick Hagaman Daugherty (RE: related document(s) **23** Order on motion to dismiss adversary proceeding, Order on motion for leave). Appellant Designation due by 10/3/2025. (Attachments: # **1** Exhibit A) |
| 09/30/2025 | **35** | Transcript regarding Hearing Held 09/04/2025 before Judge Stacey G.C. Jernigan (36 pages) RE: Motion to Dismiss Adversary Proceeding (5); Cross-Motion for Relief (10). THIS TRANSCRIPT WILL BE MADE ELECTRONICALLY AVAILABLE TO THE GENERAL PUBLIC 90 DAYS AFTER THE DATE OF FILING. TRANSCRIPT RELEASE DATE IS 12/29/2025. Until that time the transcript may be viewed at the Clerk's Office or a copy may be obtained from the official court transcriber. Court Reporter/Transcriber Kathy Rehling, kathyrehlingtranscripts@gmail.com, Telephone number 972-786-3063. (RE: related document(s) 21 Hearing held on 9/4/2025. (RE: related document(s) **5** Motion to dismiss adversary proceeding filed by Defendant Patrick Hagaman Daugherty (Attachments: # 1 Proposed Order)) (Appearances: A. York and J. Smeltzer for P. Daugherty; J. Morris for Reorganized Debtor. Evidentiary hearing. Motion denied for reasons stated orally. Counsel to upload order.), 22 Hearing held on 9/4/2025. (RE: related document(s) **10** Highland Capital Management, L.P.'s CROSS MOTION FOR RELIEF FROM A FINAL ORDER PURSUANT TO BANKRUPTCY RULE 9024 filed by Plaintiff Highland Capital Management, L.P. (Attachments: # 1 Proposed Order) (Annable, Zachery) Modified TEXT on 7/21/2025 (hsj).) (Appearances: A. York and J. Smeltzer for P. Daugherty; J. Morris for Reorganized Debtor. Evidentiary hearing. Motion granted for reasons stated orally. Counsel to upload order.)). Transcript to be made available to the public on 12/29/2025. (Rehling, Kathy) |

4937-2223-3710

**Reservation of Rights**

Daugherty expressly reserves the right to amend or supplement this Designation and/or to object, or otherwise supplement or move to strike or modify, some or all of any designations filed by any other party to this appeal. This filing is made expressly subject to, and without waiver, of any and all rights, remedies, challenges and objections.

Respectfully submitted this 3rd day of October 2025.

                GRAY REED

                By:  */s/ Andrew K. York*
                      Jason S. Brookner
                      Texas Bar No. 240033684
                      Andrew K. York
                      Texas Bar No. 24051554
                      Joshua D. Smeltzer
                      Texas Bar No. 24113859
                      J. Reid Burley
                      Texas Bar No. 24109675
                      Drake M. Rayshell
                      Texas Bar No. 24118507

                1601 Elm Street, Suite 4600
                Dallas, Texas 75201
                Telephone:  (214) 954-4135
                Facsimile:  (214) 953-1332
                Email:       jbrookner@grayreed.com
                                dyork@grayreed.com
                                jsmeltzer@grayreed.com
                                rburley@grayreed.com
                                drayshell@grayreed.com

                *Counsel to Patrick Daugherty*

4937-2223-3710

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and accurate copy of the foregoing instrument was served on all Parties or counsel of record herein on this 3rd day of October 2025, via the CM/ECF system and/or email.

                                                  */s/ Andrew K. York*
                                                  ANDREW K. YORK

4937-2223-3710