

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed October 1, 2025**

**United States Bankruptcy Judge**

---

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| HIGHLAND CAPITAL MANAGEMENT, L.P.,[1] | § | Case No. 19-34054-sgj11 |
| | § | |
| Reorganized Debtor. | § | |
| | § | |
| HIGHLAND CAPITAL MANAGEMENT, L.P., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Adversary Proceeding No. 25-03055-sgj |
| | § | |
| PATRICK HAGAMAN DAUGHERTY, | § | |
| | § | |
| Defendant. | § | |

### ORDER APPROVING STIPULATION REGARDING HIGHLAND CAPITAL MANAGEMENT, L.P.'S DEADLINE TO FILE RESPONSE TO PATRICK DAUGHERTY'S MOTION FOR STAY PENDING APPEAL

Upon consideration of the *Stipulation Regarding Highland Capital Management, L.P.'s*

---

[1] Highland's last four digits of its taxpayer identification number are (8357). The headquarters and service address for Highland is 100 Crescent Court, Suite 1850, Dallas, TX 75201.

*Deadline to File Response to Patrick Daugherty's Motion for Stay Pending Appeal* [Adv. Proc. Docket No. 36] (the "Stipulation")[2] by and between Highland Capital Management, L.P. ("Highland"), plaintiff in the above-captioned adversary proceeding (the "Adversary Proceeding"), and Patrick Hagaman Daugherty ("Daugherty," and together with Highland, the "Parties"), it is **HEREBY ORDERED THAT:**

1.    The Stipulation, a copy of which is attached hereto as **Exhibit A**, is **APPROVED**.

2.    Highland's deadline to respond to the *Motion for Stay Pending Appeal* [Adv. Pro. Docket No. 33] (the "Stay Motion") is extended to **Monday, October 6, 2025**.

3.    The Parties agree that the Court shall retain jurisdiction with respect to all matters arising from or relating to the implementation, interpretation, and enforcement of the Stipulation and this Order.

**###END OF ORDER###**

---

[2] Capitalized terms not otherwise defined in this Order shall have the meanings set forth in the Stipulation.

APPROVED AS TO FORM AND
SUBSTANCE:

**PACHULSKI STANG ZIEHL & JONES LLP**

Jeffrey N. Pomerantz (CA Bar No. 143717)
John A. Morris (NY Bar No. 2405397)
Gregory V. Demo (NY Bar No. 5371992)
Hayley R. Winograd (NY Bar No. 5612569)
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: (310) 277-6910
Facsimile: (310) 201-0760
Email: jpomerantz@pszjlaw.com
        jmorris@pszjlaw.com
        gdemo@pszjlaw.com
        hwinograd@pszjlaw.com

-and-

**HAYWARD PLLC**

*/s/ Zachery Z. Annable*
Melissa S. Hayward
Texas Bar No. 24044908
MHayward@HaywardFirm.com
Zachery Z. Annable
Texas Bar No. 24053075
ZAnnable@HaywardFirm.com
10501 N. Central Expy, Ste. 106
Dallas, Texas 75231
Tel: (972) 755-7100
Fax: (972) 755-7110

*Counsel for Highland Capital Management, L.P.*

3

**GRAY REED**

By: */s/ Drake M. Rayshell*

Jason S. Brookner (Texas Bar No. 24033684)
Andrew K. York (Texas Bar No. 24051554)
Joshua D. Smeltzer (Texas Bar No. 24113859)
Drake M. Rayshell (Texas Bar No. 24118507)
1601 Elm Street, Suite 4600
Dallas, Texas 75201
Telephone: (469) 320-6050
Facsimile: (469) 320-6886
Email: jbrookner@grayreed.com
        dyork@grayreed.com
        jsmeltzer@grayreed.com
        drayshell@grayreed.com

*Counsel for Patrick Daugherty*

# EXHIBIT A

PACHULSKI STANG ZIEHL & JONES LLP
Jeffrey N. Pomerantz (CA Bar No.143717) (*admitted pro hac vice*)
John A. Morris (NY Bar No. 2405397) (*admitted pro hac vice*)
Gregory V. Demo (NY Bar No. 5371992) (*admitted pro hac vice*)
Hayley R. Winograd (NY Bar No. 5612569) (*admitted pro hac vice*)
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: (310) 277-6910
Facsimile: (310) 201-0760

HAYWARD PLLC
Melissa S. Hayward
Texas Bar No. 24044908
MHayward@HaywardFirm.com
Zachery Z. Annable
Texas Bar No. 24053075
ZAnnable@HaywardFirm.com
10501 N. Central Expy, Ste. 106
Dallas, Texas 75231
Tel: (972) 755-7100
Fax: (972) 755-7110

*Counsel for Highland Capital Management, L.P.*

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | |
|---|---|
| In re: | § |
| | §    Chapter 11 |
| HIGHLAND CAPITAL MANAGEMENT, L.P.,[1] | § |
| | §    Case No. 19-34054-sgj11 |
| Reorganized Debtor. | § |
| | § |
| HIGHLAND CAPITAL MANAGEMENT, L.P., | § |
| | § |
| Plaintiff, | §    Adv. Proc. No. 25-03055-sgj |
| | § |
| v. | § |
| | § |
| PATRICK HAGAMAN DAUGHERTY, | § |
| | § |
| Defendant. | § |

---

[1] Highland's last four digits of its taxpayer identification number are (8357). The headquarters and service address for Highland is 100 Crescent Court, Suite 1850, Dallas, TX 75201.

**STIPULATION REGARDING HIGHLAND CAPITAL MANAGEMENT, L.P.'S
DEADLINE TO FILE RESPONSE TO PATRICK DAUGHERTY'S
MOTION FOR STAY PENDING APPEAL**

This stipulation (the "Stipulation") is made and entered into by and between plaintiff Highland Capital Management L.P. ("Highland") and defendant Patrick Daugherty ("Daugherty," and together with Highland, the "Parties"), by and through their respective undersigned counsel. Through this Stipulation, the Parties respectfully state and stipulate as follows:

**RECITALS**

WHEREAS, on May 2, 2025, Highland commenced the above-captioned adversary proceeding (the "Adversary Proceeding") by filing its *Complaint for (1) Disallowance of Claim No. 205 in Its Entirety, (2) Estimation of Claim No. 205 for Allowance Purposes, or (3) Subordination of Any Allowed Portion of Claim No. 205 of Patrick Hagaman Daugherty* [Adv. Pro. Docket No. 1] (the "Complaint").

WHEREAS, on June 4, 2025, Daugherty moved to dismiss the Complaint [Adv. Pro. Docket No. 5] (the "Motion to Dismiss") on the ground that it was to be stayed pursuant to the terms of that certain *Settlement Agreement* by and between Highland and Daugherty (the "Settlement Agreement") approved by the Bankruptcy Court in its *Order Approving Settlement Agreement with Patrick Hagaman Daugherty (Claim No. 205) and Authorizing Actions Consistent Therewith* [Bankr. Docket No. 3298] (the "Settlement Order").

WHEREAS, on July 18, 2025, Highland filed its opposition to the Motion to Dismiss and cross-moved for relief from the Settlement Order [Adv. Pro. Docket Nos. 9 and 10] (the "Cross Motion") seeking to strike the stay provision from paragraph 9 of the Settlement Agreement.

WHEREAS, on August 8, 2025, Daugherty filed his opposition to the Cross Motion [Adv. Pro. Docket No. 15].

2

WHEREAS, on September 5, 2025, the Bankruptcy Court entered its *Order (A) Denying Patrick Daugherty's Motion to Dismiss and (B) Granting Highland Capital Management, L.P.'s Cross Motion for Relief from a Final Order Pursuant to Bankruptcy Rule 9024* [Adv. Pro. Docket No. 23] (the "9024 Order") granting the Cross Motion and denying the Motion to Dismiss.

WHEREAS, on September 19, 2025, Daugherty commenced his appeal of the 9024 Order (the "Appeal") by filing his *Notice of Appeal* [Adv. Pro. Docket No. 25].

WHEREAS, the Appeal has been docketed as civil action no. 3:25-cv-02584-E in the United States District Court for the Northern District of Texas, Dallas Division.

WHEREAS, on September 26, 2025, Daugherty filed with the Bankruptcy Court his *Motion for Stay Pending Appeal* [Adv. Pro. Docket No. 33] (the "Stay Motion") seeking, among other things, stays of (i) the Adversary Proceeding and (ii) enforcement of the 9024 Order.

WHEREAS, pursuant to Federal Rule of Bankruptcy Procedure 8013(a)(3)(A), Highland's deadline to respond to the Stay Motion is October 3, 2025.

WHEREAS, the Parties have conferred and are executing this Stipulation to clarify that Highland's deadline to respond to the Stay Motion shall be extended to Monday, October 6, 2025.

**NOW, THEREFORE, IT IS HEREBY JOINTLY STIPULATED AND AGREED AS FOLLOWS**:

1.      Highland's deadline to respond to Daugherty's Stay Motion is extended to **Monday, October 6, 2025**.

2.      This Stipulation may be executed in counterparts. A facsimile, electronic, or photocopy of this Stipulation and the signatures hereto shall have the same effect and may be accepted with the same authority as if it were an original.

3

3.      The Parties agree that the Court shall retain jurisdiction with respect to all matters

arising from or relating to the implementation, interpretation, and enforcement of this Stipulation

and any order related thereto.

[*Remainder of Page Intentionally Blank*]

4

Dated: October 1, 2025.

**GRAY REED**

*/s/ Drake M. Rayshell*
Jason S. Brookner (Texas Bar No. 24033684)
Andrew K. York (Texas Bar No. 24051554)
Joshua D Smeltzer (Texas Bar No. 24113859)
Drake M. Rayshell (Texas Bar No. 24118507)
1601 Elm Street, Suite 4600
Dallas, Texas 75201
Telephone: (214) 954-4135
Facsimile: (214) 953-1332

*Counsel for Patrick Daugherty*

**- and -**

**PACHULSKI STANG ZIEHL & JONES LLP**

Jeffrey N. Pomerantz (CA Bar No. 143717)
John A. Morris (NY Bar No. 2405397)
Gregory V. Demo (NY Bar No. 5371992)
Hayley R. Winograd (NY Bar No. 5612569)
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: (310) 277-6910
Facsimile:  (310) 201-0760
E-mail: jpomerantz@pszjlaw.com
jmorris@pszjlaw.com
gdemo@pszjlaw.com
hwinograd@pszjlaw.com

**- and -**

**HAYWARD PLLC**

*/s/ Zachery Z. Annable*
Melissa S. Hayward
Texas Bar No. 24044908
MHayward@HaywardFirm.com
Zachery Z. Annable
Texas Bar No. 24053075
ZAnnable@HaywardFirm.com
10501 N. Central Expy, Ste. 106
Dallas, Texas 75231
Telephone: (972) 755-7100
Facsimile:  (972) 755-7110

*Counsel for Highland Capital Management, L.P.*


## CERTIFICATE OF SERVICE

I hereby certify that, on October 1, 2025, a true and correct copy of the foregoing Stipulation was served electronically via the Court's CM/ECF system upon all parties receiving electronic notice in this Adversary Proceeding.


*/s/ Zachery Z. Annable*
Zachery Z. Annable

United States Bankruptcy Court
Northern District of Texas

Highland Capital Management, L.P.,

    Plaintiff                                                                                    Adv. Proc. No. 25-03055-sgj

Daugherty,

    Defendant

# CERTIFICATE OF NOTICE

District/off: 0539-3                            User: admin                                        Page 1 of 2
Date Rcvd: Oct 02, 2025                    Form ID: pdf001                            Total Noticed: 5

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 04, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| dft | + Patrick Hagaman Daugherty, 3621 Cornell Avenue, Suite 830, Dallas, TX 75205-2818 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| ust | + Email/Text: ustpregion06.da.ecf@usdoj.gov | Oct 02 2025 21:57:00 | United States Trustee, 1100 Commerce Street, Room 976, Dallas, TX 75242-0996 |
| ust | + Email/Text: ustpregion07.au.ecf@usdoj.gov | Oct 02 2025 21:57:00 | United States Trustee - AU12, United States Trustee, 903 San Jacinto Blvd, Suite 230, Austin, TX 78701-2450 |
| ust | + Email/Text: USTPRegion07.SN.ECF@usdoj.gov | Oct 02 2025 21:57:00 | United States Trustee - SA12, US Trustee's Office, 615 E Houston, Suite 533, San Antonio, TX 78205-2055 |
| ust | + Email/Text: ustpregion07.au.ecf@usdoj.gov | Oct 02 2025 21:57:00 | United States Trustee - WA12, United States Trustee, 903 San Jacinto Blvd, Suite 230, Austin, TX 78701-2450 |

TOTAL: 4

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 04, 2025                        Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

District/off: 0539-3
Date Rcvd: Oct 02, 2025
User: admin
Form ID: pdf001
Page 2 of 2
Total Noticed: 5

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 1, 2025 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Andrew K. York | on behalf of Defendant Patrick Hagaman Daugherty dyork@grayreed.com  slangley@grayreed.com |
| Melissa S. Hayward | on behalf of Plaintiff Highland Capital Management  L.P. MHayward@HaywardFirm.com, mholmes@HaywardFirm.com |
| Zachery Z. Annable | on behalf of Plaintiff Highland Capital Management  L.P. zannable@haywardfirm.com, mholmes@haywardfirm.com |

TOTAL: 3