PACHULSKI STANG ZIEHL & JONES LLP
Jeffrey N. Pomerantz (CA Bar No.143717) (*admitted pro hac vice*)
John A. Morris (NY Bar No. 2405397) (*admitted pro hac vice*)
Gregory V. Demo (NY Bar No. 5371992) (*admitted pro hac vice*)
Hayley R. Winograd (NY Bar No. 5612569) (*admitted pro hac vice*)
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: (310) 277-6910
Facsimile: (310) 201-0760

HAYWARD PLLC
Melissa S. Hayward
Texas Bar No. 24044908
MHayward@HaywardFirm.com
Zachery Z. Annable
Texas Bar No. 24053075
ZAnnable@HaywardFirm.com
10501 N. Central Expy, Ste. 106
Dallas, Texas 75231
Tel: (972) 755-7100
Fax: (972) 755-7110

*Counsel for Highland Capital Management, L.P.*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| In re: | § Chapter 11 |
| HIGHLAND CAPITAL MANAGEMENT, L.P.,[1] | § Case No. 19-34054-sgj11 |
| Reorganized Debtor. | § |
| HIGHLAND CAPITAL MANAGEMENT, L.P., | § |
| Plaintiff, | § Adv. Proc. No. 25-03055-sgj |
| v. | § |
| PATRICK HAGAMAN DAUGHERTY, | § |
| Defendant. | § |

---

[1] Highland's last four digits of its taxpayer identification number are (8357). The headquarters and service address for Highland is 100 Crescent Court, Suite 1850, Dallas, TX 75201.

**NOTICE OF APPEARANCE AND REQUEST FOR
SERVICE OF NOTICES AND OTHER PAPERS**

PLEASE TAKE NOTICE that Gregory V. Demo of Pachulski Stang Ziehl & Jones LLP appears as counsel on behalf of plaintiff Highland Capital Management, L.P. Any document or other information required to be served on counsel pursuant to the Federal Rules of Civil Procedure, the Federal Rules of Bankruptcy Procedure, this Court's local rules, or applicable orders of this Court should be sent to:

>Pachulski Stang Ziehl & Jones LLP
>1700 Broadway, 36th Floor
>New York, NY 10019
>Attn: Gregory V. Demo
>Telephone: (212) 561-7700
>Facsimile: (212) 561-7777
>Email: gdemo@pszjlaw.com

[*Remainder of Page Intentionally Blank*]

DATED: October 9, 2025        PACHULSKI STANG ZIEHL & JONES LLP

By: /s/ Gregory V. Demo
Jeffrey N. Pomerantz (admitted *pro hac vice*)
John A. Morris (admitted *pro hac vice*)
Gregory V. Demo (admitted *pro hac vice*)
Hayley R. Winograd (admitted *pro hac vice*)
10100 Santa Monica Boulevard, 13th Floor
Los Angeles, CA 90067
Tel: (310) 277-6910
Fax: (310) 201-0760
Email:    jpomerantz@pszjlaw.com
          jmorris@pszjlaw.com
          gdemo@pszjlaw.com
          hwinograd@pszjlaw.com

-and-

**HAYWARD PLLC**

Melissa S. Hayward
Texas Bar No. 24044908
MHayward@HaywardFirm.com
Zachery Z. Annable
Texas Bar No. 24053075
ZAnnable@HaywardFirm.com
10501 N. Central Expy, Ste. 106
Dallas, Texas 75231
Tel: (972) 755-7100
Fax: (972) 755-7110

*Counsel for Highland Capital Management, L.P.*

## CERTIFICATE OF SERVICE

I hereby certify that, on October 9, 2025, a true and correct copy of the foregoing *Notice of Appearance* was served electronically via the Court's CM/ECF system upon all parties receiving electronic notice in this case.

/s/ Gregory V. Demo
Gregory V. Demo