BTXN 099 (rev. 12/14)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| In Re: | § | |
| Highland Capital Management, L.P. | § | |
| | § | Case No.:    19–34054–sgj11 |
| Debtor(s) | § | Chapter No.:   11 |
| | § | |
| Patrick Daugherty, et al. | § | |
| Appellant(s) | § | Adversary No.:     25–03055–sgj |
| vs. | § | |
| Highland Capital Management, L.P., et al | § | Civil Action No.:        3:25–cv–02584–E |
| Appellee(s) | § | |
| | § | |
| | § | |
| | § | |
| | § | |

## TRANSMITTAL AND CERTIFICATION OF RECORD ON APPEAL

Pursuant to Federal Rules of Bankruptcy Procedure 8010, the appeal filed on 9/19/2025 regarding Order (a) Denying Patrick Duaghertys Motion to Dismiss and (b) Granting Highland Capital Management, L.P.s Cross Motion for Relief From a Final Order Pursuant to Bankruptcy Rule 9024 entered on 9/5/25 by Patrick Daugherty in the above styled bankruptcy case is hereby transmitted to the U.S. District Court for the Northern District of Texas.

This record on appeal contains all items listed on the attached index, and is in compliance with Rule 8010 of the Federal Rules of Bankruptcy Procedure.

All further pleadings or inquiries regarding this matter should be directed to the U.S. District Clerk's Office until such time as the appeal is fully processed in the U.S. District Court.

The above referenced record was delivered to the U.S. District Clerk's Office on October 22, 2025.


DATED:  10/22/25                    FOR THE COURT:
                                    Stephen J Manz, Clerk of Court

                                    by: /s/Jeanette Almaraz, Deputy Clerk