IN THE UNITED STATES DISTRICT CORT
FOR THE NORTHERN DISTRICT OF TEXAS,
DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| Highland Capital | § | Case No. 19-34054-sgj11 |
| Management, L.P., | § | |
| | § | |
|     Reorganized Debtor | § | |
| | § | |
| Patrick Daugherty, | § | |
| | § | |
|     Appellant, | § | |
| | § | |
| v. | § | Civil Action No. 3:25-CV-2584-E |
| | § | |
| Highland Capital | § | |
| Management, L.P. et al., | § | |
| | § | |
|     Appellees. | § | |

**STIPULATION CONCERNING**
**SUPPLEMENT TO RECORD ON APPEAL**

Pursuant to Federal Rule of Bankruptcy Procedure 8009(e)(2), this stipulation (the "Stipulation") is made by and between Appellant, Patrick Daugherty ("Appellant" or "Daugherty"), and Appellees, Highland Capital Management, L.P. and the Highland Claimant Trust (together, "Appellees," and collectively with Appellant, the "Parties"), by and through their respective counsel.

**RECITALS**

**WHEREAS,** on September 5, 2025, the United States Bankruptcy Court for the Northern District of Texas Dallas Division (the "Bankruptcy Court") entered that

1

certain *Order (A) Denying Patrick Daugherty's Motion to Dismiss and (B) Granting Highland Capital Management, L.P.'s Cross Motion for Relief from A Final Order Pursuant to Bankruptcy Rule 9024* (the "Order"). [Adv. Proc. 25-03055-sgj, Doc. No. 23].

**WHEREAS**, on September 19, 2025, Daugherty filed his *Notice of Appeal* of the Order ("Daugherty's Appeal"). [Adv. Proc. 25-03055-sgj, Doc. No. 23].

**WHEREAS**, on October 22, 2025, Daugherty filed *Appellant's Amended Designation of Items to be Included in the Record on Appeal and Statement of Issues Presented* (the "Record Designation"). [Adv. Proc. 25-03055-sgj, Doc. No. 51].

**WHEREAS**, on October 22, 2025, the Clerk of Court for the Bankruptcy Court filed that certain *Transmittal and Certification of Record on Appeal*. [Doc. No. 15].

**WHEREAS**, on November 20, 2025, Daugherty's counsel contacted Appellees' counsel regarding the unintentional omission, by accident or error, of certain items from the Record Designation necessary for the Court's consideration of Daugherty's Appeal.

**WHEREAS**, Federal Rule of Bankruptcy Procedure 8009(e)(2)(A) permits the supplement and certification of the record on appeal by Stipulation of the Parties.

**WHEREAS**, the Parties have conferred in good faith and hereby agree to the supplementation and certification of the record on Daugherty's Appeal.

**NOW, WHEREFORE, IT IS HEREBY JOINTLY STIPULATED AND AGREED** as follows:

1. Pursuant to Federal Rule of Bankruptcy Procedure 8009(e)(2)(A), the Parties agree, and hereby stipulate that, the record on appeal may be supplemented and certified to include the items in the chart below and attached hereto.

2. Each of the items in the chart below, and attached hereto, were omitted by either accident, error, or both.

3. Each of the items in the chart below, and attached hereto, are true and correct copies of the same.

4. The record on appeal in the above-styled proceeding is hereby supplemented and certified to include the following items:

| Exhibit | Date | Docket | Description | ROA # |
|---|---|---|---|---|
| A | 01/22/21 | [Cause No. 19-34054-sgj11, Doc. No. 1808] | Fifth Amended Plan of Reorganization of Highland Capital Management, L.P. (as Modified) | 1001 - 1066 |
| B | 02/22/21 | [Cause No. 19-34054-sgj11, Doc. No. 1943] | Order (I) Confirming the Fifth Amended Plan of Reorganization of Highland Capital Management, L.P. (As Modified) and (II) Granting Related Relief | 1067 - 1227 |

| Exhibit | Date | Docket | Description | ROA # |
|---|---|---|---|---|
| C | 03/08/22 | [Cause No. 19-34054-sgj11, Doc. No. 3298] | Order Approving Settlement with Patrick Hagaman Daugherty (Claim No. 205) and Authorizing Actions Consistent Therewith | 1228 - 1231 |
| D | 06/05/23 | [Cause No. 19-34054-sgj11, Doc. No. 3817-4, Ex. 38][1] | The Claimant Trust Agreement | 1232 - 1271 |

[*Remainder of Page Intentionally Left Blank*]

---

[1] The document filed at Doc. No. 3817-4 is a fully executed Claimant Trust Agreement the form of which was first filed by Highland on January 22, 2021 (Cause No. 19-34054-sgj11, Doc. No. 1811-2 (Exhibit R)), as amended on February 1, 2021 (Cause No. 19-34054-sgj11, Doc. No. 1875-4 (Exhibit EE)), in advance of Highland's confirmation hearing.

**SO STIPULATED AND AGREED:**

Dated: November 21, 2025.

        **GRAY REED**

        /s/ *Drake M. Rayshell*
        Jason S. Brookner
        Texas Bar No. 240033684
        Andrew K. York
        Texas Bar No. 24051554
        William N. Drabble
        Texas Bar No. 24074154
        Joshua D. Smeltzer
        Texas Bar No. 24113859
        Drake M. Rayshell
        Texas Bar No. 24118507

        1601 Elm Street, Suite 4600
        Dallas, Texas 75201
        Telephone:  (214) 954-4135
        Facsimile:  (214) 953-1332
        Email:  jbrookner@grayreed.com
                dyork@grayreed.com
                wdrabble@grayreed.com
                jsmeltzer@grayreed.com
                drayshell@grayreed.com

        *Counsel to Patrick Daugherty, Appellant*

        **-AND -**

**PACHULSKI STANG ZIEHL & JONES LLP**

/s/ *John A. Morris (w/ permission)*
Jeffrey N. Pomerantz (CA Bar No. 143717)
John A. Morris (NY Bar No. 2405397)
Gregory V. Demo (NY Bar No. 5371992)
Hayley R. Winograd (NY Bar No. 5612569)
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: (310) 277-6910
Facsimile: (310) 201-0760
E-mail: jpomerantz@pszjlaw.com
jmorris@pszjlaw.com
gdemo@pszjlaw.com
hwinograd@pszjlaw.com

- and -

**HAYWARD PLLC**

Melissa S. Hayward
Texas Bar No. 24044908
MHayward@HaywardFirm.com
Zachery Z. Annable
Texas Bar No. 24053075
ZAnnable@HaywardFirm.com
10501 N. Central Expy, Ste. 106
Dallas, Texas 75231
Telephone: (972) 755-7100
Facsimile: (972) 755-7110

***Counsel for Highland Capital Management, L.P. and Highland Claimant Trust, Appellees***

6

## CERTIFICATE OF CONFERENCE

    I hereby certify that counsel for Appellant and Appellees conferred in good faith regarding the contents of this Stipulation and its exhibits by email on November 20 and 21, 2025, and ultimately the Parties agreed upon its language and content.

                                    */s/ Drake M. Rayshell*
                                    DRAKE M. RAYSHELL

## CERTIFICATE OF SERVICE

    I hereby certify that a true and accurate copy of the foregoing instrument was served on all Parties or counsel of record herein on this 21st day of November 2025, via the CM/ECF system and/or email.

                                    */s/ Drake M. Rayshell*
                                  DRAKE M. RAYSHELL