PACHULSKI STANG ZIEHL & JONES LLP
Jeffrey N. Pomerantz (CA Bar No.143717) (*admitted pro hac vice*)
John A. Morris (NY Bar No. 2405397) (*admitted pro hac vice*)
Gregory V. Demo (NY Bar No. 5371992) (*admitted pro hac vice*)
Hayley R. Winograd (NY Bar No. 5612569) (*admitted pro hac vice*)
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: (310) 277-6910
Facsimile: (310) 201-0760

HAYWARD PLLC
Melissa S. Hayward
Texas Bar No. 24044908
MHayward@HaywardFirm.com
Zachery Z. Annable
Texas Bar No. 24053075
ZAnnable@HaywardFirm.com
10501 N. Central Expy, Ste. 106
Dallas, Texas 75231
Tel: (972) 755-7100
Fax: (972) 755-7110

*Counsel for Plaintiff/Counter-Defendant Highland Capital Management, L.P.*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| HIGHLAND CAPITAL MANAGEMENT, L.P.,[1] | § | Case No. 19-34054-sgj11 |
| | § | |
| Reorganized Debtor. | § | |
| | § | |
| HIGHLAND CAPITAL MANAGEMENT, L.P., | § | |
| | § | Adv. Proc. No. 25-03055-bwo |
| Plaintiff/Counter-Defendant, | § | |
| | § | |
| v. | § | |
| | § | |
| PATRICK HAGAMAN DAUGHERTY, | § | |
| | § | |
| Defendant/Counter-Plaintiff. | § | |

---

[1] Highland's last four digits of its taxpayer identification number are (8357). The headquarters and service address for Highland is 100 Crescent Court, Suite 1850, Dallas, TX 75201.

4898-7016-7940.3 36027.003

**DECLARATION OF HAYLEY R. WINOGRAD IN SUPPORT OF
HIGHLAND CAPITAL MANAGEMENT, L.P.'S MOTION TO COMPEL
PRODUCTION OF AUDIO RECORDINGS, TRANSCRIPTS,
AND RELATED DOCUMENTS**

I, Hayley R. Winograd, pursuant to 28 U.S.C. § 1746, under penalty of perjury, declare as follows:

1. I am an attorney at the law firm of Pachulski, Stang, Ziehl & Jones LLP, counsel to Highland Capital Management, L.P. ("Highland" or the "Debtor," as applicable), plaintiff and counter-defendant in the above-captioned adversary proceeding (the "Adversary Proceeding"). I submit this declaration (the "Declaration") in support of *Highland Capital Management, L.P.'s Motion to Compel Production of Audio Recordings, Transcripts, and Related Documents* (the "Motion") being filed concurrently with this Declaration. This Declaration is based on my personal knowledge and review of the documents listed below.

2. Attached as **Exhibit 1** is a true and correct copy of the *Defendant's Response to Plaintiff's Sixth Motion to Compel* and Exhibits A-C and G-J thereto filed on November 17, 2025 in the case captioned *Scott Byron Ellington v. Patrick Daugherty*, Cause No. DC-22-00304 pending in the 101st Judicial District Court of Dallas County, Texas (the "Stalking Suit").

3. Attached as **Exhibit 2** is a true and correct copy of excerpts from the transcript of Patrick Daugherty's ("Daugherty") deposition taken on August 28, 2025, in connection with the Stalking Suit.

4. Attached as **Exhibit 3** is a true and correct copy of *Plaintiff's Sixth Motion to Compel* and Exhibits F-G thereto filed on October 28, 2025, in the Stalking Suit.

5. Attached as **Exhibit 4** is a true and correct copy of *Highland Capital Management, L.P.'s Requests for the Production of Documents Directed to Patrick Daugherty* dated October 24, 2025, served by Highland in the Adversary Proceeding.

6. Attached as **Exhibit 5** is a true and correct copy of *Patrick Daugherty's Amended Responses to Highland Capital Management, L.P.'s Requests for the Production of Documents* dated December 12, 2025, served by Daugherty in the Adversary Proceeding.

Dated: December 24, 2025

*/s/ Hayley R. Winograd*
Hayley R. Winograd

## CERTIFICATE OF SERVICE

I hereby certify that, on December 24, 2025, a true and correct copy of the foregoing Declaration was served electronically via the Court's CM/ECF system upon all parties receiving electronic notice in this Adversary Proceeding.

*/s/ Zachery Z. Annable*
Zachery Z. Annable

4898-7016-7940.3 36027.003