PACHULSKI STANG ZIEHL & JONES LLP
Jeffrey N. Pomerantz (CA Bar No.143717) (*admitted pro hac vice*)
John A. Morris (NY Bar No. 2405397) (*admitted pro hac vice*)
Gregory V. Demo (NY Bar No. 5371992) (*admitted pro hac vice*)
Hayley R. Winograd (NY Bar No. 5612569) (*admitted pro hac vice*)
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: (310) 277-6910
Facsimile: (310) 201-0760

HAYWARD PLLC
Melissa S. Hayward
Texas Bar No. 24044908
MHayward@HaywardFirm.com
Zachery Z. Annable
Texas Bar No. 24053075
ZAnnable@HaywardFirm.com
10501 N. Central Expy, Ste. 106
Dallas, Texas 75231
Tel: (972) 755-7100
Fax: (972) 755-7110

*Counsel for Plaintiff/Counter-Defendant Highland Capital Management, L.P.*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| HIGHLAND CAPITAL MANAGEMENT, L.P.,[1] | § § § | Case No. 19-34054-sgj11 |
| Reorganized Debtor. | § § | |
| HIGHLAND CAPITAL MANAGEMENT, L.P., | § § | |
| Plaintiff/Counter-Defendant, | § § | Adv. Proc. No. 25-03055-bwo |
| v. | § § § | |
| PATRICK HAGAMAN DAUGHERTY, | § § § | |
| Defendant/Counter-Plaintiff. | § | |

---

[1] Highland's last four digits of its taxpayer identification number are (8357). The headquarters and service address for Highland is 100 Crescent Court, Suite 1850, Dallas, TX 75201.

**NOTICE OF HEARING ON**
**HIGHLAND CAPITAL MANAGEMENT, L.P.'S MOTION TO COMPEL**
**PRODUCTION OF AUDIO RECORDINGS, TRANSCRIPTS, AND RELATED DOCUMENTS**

**PLEASE TAKE NOTICE** that the following matter has been scheduled for hearing on **Wednesday, January 14, 2026, at 3:30 p.m. (Central Time)** (the "Hearing"):

1. *Highland Capital Management, L.P.'s Motion to Compel Production of Audio Recordings, Transcripts, and Related Documents* [Docket No. 60] (the "Motion to Compel").

The Hearing on the Motion to Compel will be held via WebEx videoconference before The Honorable Brad W. Odell, United States Bankruptcy Judge. The WebEx attendance information will be posted to the Court's website, www.txnb.uscourts.gov, under Judge Odell's Hearing Dates and Calendar tab prior to the Hearing.

Patrick Daugherty shall file his opposition (the "Opposition") to the Motion to Compel by **January 5, 2026**. Highland Capital Management, L.P. shall file its reply (the "Reply") to the Opposition by **January 8, 2026**.

[*Remainder of Page Intentionally Blank*]

| | |
|---|---|
| Dated: December 29, 2025 | **PACHULSKI STANG ZIEHL & JONES LLP**<br>Jeffrey N. Pomerantz (CA Bar No. 143717)<br>John A. Morris (NY Bar No. 2405397)<br>Gregory V. Demo (NY Bar No. 5371992)<br>Hayley R. Winograd (NY Bar No. 5612569)<br>10100 Santa Monica Blvd., 13th Floor<br>Los Angeles, CA 90067<br>Telephone: (310) 277-6910<br>Facsimile: (310) 201-0760<br>Email: jpomerantz@pszjlaw.com<br>      jmorris@pszjlaw.com<br>      gdemo@pszjlaw.com<br>      hwinograd@pszjlaw.com<br><br>-and-<br><br>**HAYWARD PLLC**<br><br>*/s/ Zachery Z. Annable*<br>Melissa S. Hayward<br>Texas Bar No. 24044908<br>MHayward@HaywardFirm.com<br>Zachery Z. Annable<br>Texas Bar No. 24053075<br>ZAnnable@HaywardFirm.com<br>10501 N. Central Expy, Ste. 106<br>Dallas, Texas 75231<br>Tel: (972) 755-7100<br>Fax: (972) 755-7110<br><br>*Counsel for Plaintiff/Counter-Defendant Highland Capital Management, L.P.* |

## CERTIFICATE OF SERVICE

I hereby certify that, on December 29, 2025, a true and correct copy of the foregoing Notice of Hearing was served electronically via the Court's CM/ECF system upon all parties receiving electronic notice in this Adversary Proceeding.

 */s/ Zachery Z. Annable*
Zachery Z. Annable