Jason S. Brookner (Texas Bar No. 24033684)
Andrew K. York (Texas Bar No. 24051554)
Joshua D. Smeltzer (Texas Bar No. 24113859)
J. Reid Burley (Texas Bar No. 24109675)
Drake M. Rayshell (Texas Bar No. 24118507)
GRAY REED
1601 Elm Street, Suite 4600
Dallas, Texas 75201
Telephone:  (214) 954-4135
Facsimile:  (214) 953-1332
Email:  jbrookner@grayreed.com
dyork@grayreed.com
jsmeltzer@grayreed.com
rburley@grayreed.com
drayshell@grayreed.com

COUNSEL TO PATRICK DAUGHERTY

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| In re:<br><br>HIGHLAND CAPITAL MANAGEMENT, L.P.,[1]<br><br>Reorganized Debtor. | § § § § § § § § | Chapter 11<br><br>Case No. 19-34054 (SGJ) |
| HIGHLAND CAPITAL MANAGEMENT, L.P.,<br><br>Plaintiff,<br><br>v.<br><br>PATRICK HAGAMAN DAUGHERTY,<br><br>Defendant. | § § § § § § § § § § § § § § | Adversary No. 25-03055 |

**NOTICE OF HEARING ON PATRICK DAUGHERTY'S MOTION TO STAY PENDING APPEAL [DOC NO. 33]**

---

[1]  Highland's last four digits of its taxpayer identification number are (8357). The headquarters and service address for Highland is 100 Crescent Court, Suite 1850, Dallas, Texas 75201.

-1-

4923-8005-4149

-2-

**PLEASE TAKE NOTICE** that *Patrick Daugherty's Motion to Stay Pending Appeal* [Doc. No. 33] (the "Motion") has been scheduled for hearing on **Wednesday, January 14, 2026, at 3:30 p.m. (Central Time)** (the "Hearing") in the above-captioned adversary proceeding (the "Adversary Proceeding").

A hearing on the Motion will be held via WebEx videoconference before The Honorable Brad W. Odell, United States Bankruptcy Judge. The WebEx video participation/attendance link for the hearing will be made available at the following link on the Court's website under Judge Odell's Hearing Dates and Calendar tab before the hearing: https://www.txnb.uscourts.gov/judges-info/hearing-dates/judge-odells-hearing-dates

Dated: December 29, 2025.

GRAY REED

By:   */s/ Andrew K. York*
     Jason S. Brookner
     Texas Bar No. 24033684
     Andrew K. York
     Texas Bar No. 24051554
     Joshua D. Smeltzer
     Texas Bar No. 24113859
     J. Reid Burley
     Texas Bar No. 24109675
     Drake M. Rayshell
     Texas Bar No. 24118507

1601 Elm Street, Suite 4600
Dallas, Texas 75201
Telephone:   (214) 954-4135
Facsimile:   (214) 953-1332
Email:      jbrookner@grayreed.com
           dyork@grayreed.com
           jsmeltzer@grayreed.com
           rburley@grayreed.com
           draysehll@grayreed.com

COUNSEL TO PATRICK DAUGHERTY

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was served on all parties or counsel of record herein on this 29th day of December, 2025, via the CM/ECF system and/or email.

           */s/ Andrew K. York*
           ANDREW K. YORK

4923-8005-4149