IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| In re:<br><br>HIGHLAND CAPITAL MANAGEMENT, L.P.,[1]<br><br>Reorganized Debtor. | § § § § § § § § Chapter 11 <br> Case No. 19-34054-sgj11 |
| HIGHLAND CAPITAL MANAGEMENT, L.P.,<br><br>Plaintiff/Counter-Defendant,<br><br>v.<br><br>PATRICK HAGAMAN DAUGHERTY,<br><br>Defendant/Counter-Plaintiff. | § § § § § § § § § § § § Adv. Proc. No. 25-03055-bwo |

**CERTIFICATE OF SERVICE**

I, Patrick M. Leathem, depose and say that I am employed by Kurtzman Carson Consultants, LLC dba Verita Global ("Verita"), the claims and noticing agent for the Reorganized Debtor in the bankruptcy case of *Highland Capital Management, L.P.*, Case No. 19-34054-sgj11 (Bankr. N.D. Tex).

On December 19, 2025, at my direction and under my supervision, employees of Verita caused the following document to be served via Electronic Mail upon the service list attached hereto as **Exhibit A**:

- **Highland Capital Management, L.P.'s Notice of Subpoena Directed to Hunton Andrews Kurth LLP** [Docket No. 59]

Furthermore, on December 26, 2025, at my direction and under my supervision, employees of Verita caused the following document to be served via Electronic Mail upon the service list attached hereto as **Exhibit A**:

- **Highland Capital Management, L.P.'s Motion to Compel Production of Audio Recordings, Transcripts, and Related Documents** [Docket No. 60]

---

[1] Highland's last four digits of its taxpayer identification number are (8357). The service address for Highland is 6333 E. Mockingbird Ln., Ste 147 #5045, Dallas, TX 75214.

- **Declaration of Hayley R. Winograd in Support of Highland Capital Management, L.P.'s Motion to Compel Production of Audio Recordings, Transcripts, and Related Documents** [Docket No. 61]

Furthermore, on December 29, 2025, at my direction and under my supervision, employees of Verita caused the following document to be served via Electronic Mail upon the service list attached hereto as **Exhibit A**:

- **Notice of Hearing on Highland Capital Management, L.P.'s Motion to Compel Production of Audio Recordings, Transcripts, and Related Documents** [Docket No. 62]

Furthermore, on December 30, 2025, at my direction and under my supervision, employees of Verita caused the following document to be served via Electronic Mail upon the service list attached hereto as **Exhibit A**:

- **Highland Capital Management, L.P.'s Notice of Deposition of Patrick Hagaman Daugherty** [Docket No. 65]

Furthermore, on January 8, 2026, at my direction and under my supervision, employees of Verita caused the following document to be served via Electronic Mail upon the service list attached hereto as **Exhibit A**:

- **Highland Capital Management, L.P.'s Reply in Support of Motion to Compel Production of Audio Recordings, Transcripts, and Related Documents** [Docket No. 71]

Dated: January 12, 2026

/s/ *Patrick M. Leathem*
Patrick M. Leathem
Verita
222 N Pacific Coast Highway, Suite 300
El Segundo, CA 90245

# EXHIBIT A

**Exhibit A**
**Adversary Service List**
**Served via Electronic Mail**

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Counsel to Patrick Daugherty | Gray Reed | Jason S. Brookner, Andrew K. York, Joshua D. Smeltzer, Drake M. Rayshell, William Drabble, J. Reid Burley | jbrookner@grayreed.com; dyork@grayreed.com; jsmeltzer@grayreed.com; drayshell@grayreed.com; wdrabble@grayreed.com; rburley@grayreed.com |
| Counsel for the Debtor | Hayward & Associates PLLC | Melissa S. Hayward, Zachery Z. Annable | MHayward@HaywardFirm.com; ZAnnable@HaywardFirm.com |
| Counsel for the Debtor | Pachulski Stang Ziehl & Jones LLP | Richard M. Pachulski, Jeffrey N. Pomerantz, Ira D. Kharasch, James E. O'Neill, Robert J. Feinstein, John A. Morris, Gregory V. Demo | rpachulski@pszjlaw.com; jpomerantz@pszjlaw.com; ikharasch@pszjlaw.com; joneill@pszjlaw.com; rfeinstein@pszjlaw.com; jmorris@pszjlaw.com; gdemo@pszjlaw.com |
| Counsel for the Debtor | Pachulski Stang Ziehl & Jones LLP | Robert Joel Feinstein, Hayley R. Winograd, Judith Elkin, Jordan A Kroop, Robert J Feinstein | rfeinstein@pszjlaw.com; hwinograd@pszjlaw.com; jelkin@pszjlaw.com |