

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

**THE DATE OF ENTRY IS ON**
**THE COURT'S DOCKET**

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed January 15, 2026**

_____
**United States Bankruptcy Judge**
_____

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § § § | Chapter 11 |
| HIGHLAND CAPITAL MANAGEMENT, L.P.,[1] | § § | Case No. 19-34054-sgj11 |
| Reorganized Debtor. | § § | |
| HIGHLAND CAPITAL MANAGEMENT, L.P., | § § | |
| Plaintiff/Counter-Defendant, | § § | Adv. Proc. No. 25-03055-bwo |
| v. | § § § | |
| PATRICK HAGAMAN DAUGHERTY, | § § § | |
| Defendant/Counter-Plaintiff. | § | |

## ORDER GRANTING HIGHLAND'S MOTION TO COMPEL PRODUCTION OF AUDIO RECORDINGS, TRANSCRIPTS, AND RELATED DOCUMENTS

Upon consideration of (a) the *Motion to Compel Production of Audio Recordings, Transcripts, and Related Documents* [Docket No. 60] (the "Motion") filed by Highland Capital

---

[1] Highland's last four digits of its taxpayer identification number are (8357). The service address for Highland is 6333 E. Mockingbird Ln., Ste 147 #5045, Dallas, TX 75214.

4921-0685-9400.2 36027.00008

Management, L.P. ("Highland"), (b) the *Declaration of Hayley R. Winograd in Support of Highland Capital Management, L.P.'s Motion to Compel Production of Audio Recordings, Transcripts, and Related Documents* (and the exhibits annexed thereto) [Docket No. 61], (c) the *Response to Highland's Motion to Compel* [Docket No. 69] filed by Patrick Daugherty ("Daugherty"), (d) the *Declaration of J. Reid Burley in Support of Patrick Daugherty's Response to Highland's Motion to Compel* (and the exhibit annexed thereto) [Docket No. 70], (e) Highland's *Reply in Support of Motion to Compel Production of Audio Recordings, Transcripts, and Related Documents* [Docket No. 71], and (f) the arguments presented during the hearing held on January 14, 2026 (the "Hearing"), and the Court having found that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (c) venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409; (d) notice of the Motion was proper and sufficient under the circumstances and no further or additional notice need be given; for the reasons stated during the Hearing, it is **HEREBY ORDERED THAT**:

1. The Motion is **GRANTED** in its entirety.

2. Mr. Daugherty is directed to produce to Highland all audio recordings and transcripts of conversations he had with James P. Seery, Jr., with such production to be completed by January 16, 2026, at 5:00 p.m. Central Time.

3. The Court shall retain jurisdiction with respect to all matters arising from or relating to the implementation, interpretation, and enforcement of this Order.

###End of Order###