

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed February 9, 2026**

_____
**United States Bankruptcy Judge**
_____

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| HIGHLAND CAPITAL MANAGEMENT, L.P.,[1] | § § § | Case No. 19-34054-sgj11 |
| Reorganized Debtor. | § § | |
| HIGHLAND CAPITAL MANAGEMENT, L.P., | § § | |
| Plaintiff/Counter-Defendant, | § § | Adv. Proc. No. 25-03055-bwo |
| v. | § § § | |
| PATRICK HAGAMAN DAUGHERTY, | § § § | |
| Defendant/Counter-Plaintiff. | § | |

## ORDER APPROVING STIPULATION AS TO THE AUTHENTICITY OF DOCUMENTS PRODUCED BY HUNTON ANDREWS & KURTH LLP

Upon consideration of the *Stipulation as to the Authenticity of Documents Produced by Hunton Andrews & Kurth LLP* [Docket No. 84] (the "Stipulation")[2] by and between plaintiff

---

[1] Highland's last four digits of its taxpayer identification number are (8357). The service address for Highland is 6333 E. Mockingbird Ln., Ste 147 #5045, Dallas, TX 75214.

[2] Capitalized terms not otherwise defined in this Order shall have the meanings set forth in the Stipulation.

Highland Capital Management L.P. ("Highland" or the "Debtor"), on the one hand, and defendant Patrick Hagaman Daugherty ("Daugherty" and together with Highland, the "Parties"), on the other hand, it is **HEREBY ORDERED THAT:**

1. The Stipulation, a copy of which is attached hereto as **Exhibit A**, is **APPROVED**.

2. The HAK Documents are authentic evidence for purposes of Fed. R. Evid. 901.

3. Notwithstanding the foregoing, the Parties reserve all rights to object to the admissibility of all or any of the HAK Documents.

4. The Stipulation shall only be modified in a writing signed by the Parties or upon the entry of an order of the Bankruptcy Court entered upon notice to the Parties.

5. The Bankruptcy Court shall retain jurisdiction with respect to all matters arising from or relating to the implementation, interpretation, and enforcement of the Stipulation and any order related thereto.

###End of Order###

# **EXHIBIT A**

PACHULSKI STANG ZIEHL & JONES LLP
Jeffrey N. Pomerantz (CA Bar No.143717) (*admitted pro hac vice*)
John A. Morris (NY Bar No. 2405397) *(admitted pro hac vice)*
Gregory V. Demo (NY Bar No. 5371992) (*admitted pro hac vice*)
Hayley R. Winograd (NY Bar No. 5612569) (*admitted pro hac vice*)
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: (310) 277-6910
Facsimile: (310) 201-0760

HAYWARD PLLC
Melissa S. Hayward
Texas Bar No. 24044908
MHayward@HaywardFirm.com
Zachery Z. Annable
Texas Bar No. 24053075
ZAnnable@HaywardFirm.com
10501 N. Central Expy, Ste. 106
Dallas, Texas 75231
Tel: (972) 755-7100
Fax: (972) 755-7110

*Counsel for Highland Capital Management, L.P.*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| HIGHLAND CAPITAL MANAGEMENT, L.P.,[1] | § § § | Case No. 19-34054-sgj11 |
| Reorganized Debtor. | § § | |
| HIGHLAND CAPITAL MANAGEMENT, L.P., | § § | |
| Plaintiff, | § § | Adv. Proc. No. 25-03055-bwo |
| v. | § § | |
| PATRICK HAGAMAN DAUGHERTY, | § § § | |
| Defendant. | § § | |

---

[1] Highland's last four digits of its taxpayer identification number are (8357). The service address for Highland is 6333 Mockingbird Ln., Ste 147 #5045, Dallas, Texas 75214.

4902-4700-5325.3 36027.003

## STIPULATION AS TO THE AUTHENTICITY OF
## DOCUMENTS PRODUCED BY HUNTON ANDREWS & KURTH LLP

This stipulation (the "Stipulation") is made and entered into by and between plaintiff Highland Capital Management L.P. ("Highland" or the "Debtor") and defendant Patrick Hagaman Daugherty ("Daugherty" and together with Highland, the "Parties"), by and through their respective undersigned counsel, pursuant to which the Parties agree that the documents produced by Hunton Andrews & Kurth LLP ("HAK") in response to a subpoena served by Highland in the above-referenced adversary proceeding (the "Adversary Proceeding") are authentic for purposes of Fed. R. Evid. 901.

### RECITALS

WHEREAS, on October 16, 2019 (the "Petition Date"), the Debtor filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Delaware, Case No. 19-12239 (CSS) (the "Delaware Court").

WHEREAS, on December 4, 2019, the Delaware Court entered an order transferring venue of the Debtor's bankruptcy case to the United States Bankruptcy Court for the Northern District of Texas, Dallas Division (the "Bankruptcy Court").  Bankr. Docket No. 186.

WHEREAS, on May 2, 2025, Highland commenced the Adversary Proceeding against Daugherty.

WHEREAS, on December 19, 2025, Highland served a subpoena on HAK seeking certain documents.

WHEREAS, on January 22, 2026, the Court signed that certain *Agreed Order Concerning Subpoena to Third-Party Hunton Andrews & Kurth LLP*, and it was entered on the docket the

following day at Adv. Pro. Docket No. 77 (the "Subpoena").

WHEREAS, on January 23, 2026, in response to the Subpoena, HAK produced to counsel for Highland and Daugherty documents bates-stamped Hunton 000001-2578 (the "HAK Documents").

WHEREAS, the Parties have conferred and desire to enter into this Stipulation agreeing to the authenticity of the HAK Documents.

NOW, THEREFORE, it is hereby stipulated and agreed, and upon approval of this Stipulation by the Bankruptcy Court, it shall be SO ORDERED:

1. The Parties agree that the HAK Documents are authentic evidence for purposes of Fed. R. Evid. 901.

2. Except for the foregoing, the Parties reserve all other rights to object to the admissibility of all or any of the HAK Documents.

3. If approved by the Court, this Stipulation shall only be modified in a writing signed by the Parties or upon the entry of an order of the Court entered upon notice to the Parties.

4. The Court shall retain jurisdiction over all disputes arising out of or otherwise concerning the interpretation and enforcement of this Stipulation.

Dated: February 9, 2026.

                                           **GRAY REED**

                                           /s/ Andrew K. York
                                           Jason S. Brookner (Texas Bar No. 24033684)
                                           Andrew K. York (Texas Bar No. 24051554)
                                           Joshua D Smeltzer (Texas Bar No. 24113859)
                                           Drake M. Rayshell (Texas Bar No. 24118507)
                                           1601 Elm Street, Suite 4600
                                           Dallas, Texas 75201
                                           Telephone: (214) 954-4135
                                           Facsimile: (214) 953-1332

                                           *Counsel for Patrick Daugherty*

- and -

**PACHULSKI STANG ZIEHL & JONES LLP**

Jeffrey N. Pomerantz (CA Bar No. 143717)
John A. Morris (NY Bar No. 2405397)
Gregory V. Demo (NY Bar No. 5371992)
Hayley R. Winograd (NY Bar No. 5612569)
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: (310) 277-6910
Facsimile: (310) 201-0760
E-mail: jpomerantz@pszjlaw.com
jmorris@pszjlaw.com
gdemo@pszjlaw.com
hwinograd@pszjlaw.com

- and -

**HAYWARD PLLC**

*/s/ Zachery Z. Annable*
Melissa S. Hayward
Texas Bar No. 24044908
MHayward@HaywardFirm.com
Zachery Z. Annable
Texas Bar No. 24053075
ZAnnable@HaywardFirm.com
10501 N. Central Expy, Ste. 106
Dallas, Texas 75231
Telephone: (972) 755-7100
Facsimile: (972) 755-7110

*Counsel for Highland Capital Management, L.P.*