

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

**THE DATE OF ENTRY IS ON**
**THE COURT'S DOCKET**

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed February 27, 2026**

_____
**United States Bankruptcy Judge**
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| Highland Capital Management, L.P., | § | Case No. 19-34054-sgj11 |
| | § | |
| Reorganized Debtor. | § | |
| ─────────────────────── | § | ─────────────────────── |
| | § | |
| Highland Capital Management, L.P., | § | |
| | § | |
| Plaintiff/Counter-Defendant, | § | |
| | § | |
| v. | § | Adversary No. 25-03055-bwo |
| | § | |
| Patrick Hagaman Daugherty, | § | |
| | § | |
| Defendant/Counter-Plaintiff. | § | |

## ORDER RESETTING TRIAL DATE

On February 26, 2026, the Court commenced a status conference in the above-captioned adversary proceeding. It is, therefore

1

ORDERED that the April 8, 2026, trial setting in this case is cancelled. A one-day trial is reset to commence in person on **April 17, 2026, at 9:00 a.m.** at 1100 Commerce Street, 14th Floor, Courtroom #1, Dallas, Texas 75242; and it is further

ORDERED that all other deadlines stated in the Court's *Order Approving Stipulated Scheduling Order* (Case No. 25-03055, Dkt. No. 37) are unchanged; and it is finally

ORDERED that the Court retains jurisdiction to interpret and enforce this Order.

### End of Order ###