**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| In re:<br><br>HIGHLAND CAPITAL MANAGEMENT, L.P.,[1]<br><br>    Reorganized Debtor. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Chapter 11<br><br>Case No. 19-34054-sgj11 |
| HIGHLAND CAPITAL MANAGEMENT, L.P.,<br><br>    Plaintiff/Counter-Defendant,<br><br>v.<br><br>PATRICK HAGAMAN DAUGHERTY,<br><br>    Defendant/Counter-Plaintiff. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Adv. Proc. No. 25-03055-bwo |

**CERTIFICATE OF SERVICE**

I, Patrick M. Leathem, depose and say that I am employed by Kurtzman Carson Consultants, LLC dba Verita Global ("Verita"), the claims and noticing agent for the Reorganized Debtor in the bankruptcy case of *Highland Capital Management, L.P.*, Case No. 19-34054-sgj11 (Bankr. N.D. Tex).

On March 17, 2026, at my direction and under my supervision, employees of Verita caused the following document to be served via Electronic Mail upon the service list attached hereto as **Exhibit A**:

- **[Proposed] Second Stipulated Scheduling Order [**Docket No. 93]

Dated: March 20, 2026

/s/ *Patrick M. Leathem*
Patrick M. Leathem
Verita
222 N Pacific Coast Highway, Suite 300
El Segundo, CA 90245

---

[1] Highland's last four digits of its taxpayer identification number are (8357). The service address for Highland is 6333 E. Mockingbird Ln., Ste 147 #5045, Dallas, TX 75214.

# EXHIBIT A

**Exhibit A**
**Adversary Service List**
**Served via Electronic Mail**

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Counsel to Patrick Daugherty | Gray Reed | Jason S. Brookner, Andrew K. York, Joshua D. Smeltzer, Drake M. Rayshell, William Drabble, J. Reid Burley | jbrookner@grayreed.com; dyork@grayreed.com; jsmeltzer@grayreed.com; drayshell@grayreed.com; wdrabble@grayreed.com; rburley@grayreed.com |
| Counsel for the Debtor | Hayward & Associates PLLC | Melissa S. Hayward, Zachery Z. Annable | MHayward@HaywardFirm.com; ZAnnable@HaywardFirm.com |
| Counsel for the Debtor | Pachulski Stang Ziehl & Jones LLP | Richard M. Pachulski, Jeffrey N. Pomerantz, Ira D. Kharasch, James E. O'Neill, Robert J. Feinstein, John A. Morris, Gregory V. Demo | rpachulski@pszjlaw.com; jpomerantz@pszjlaw.com; ikharasch@pszjlaw.com; joneill@pszjlaw.com; rfeinstein@pszjlaw.com; jmorris@pszjlaw.com; gdemo@pszjlaw.com |
| Counsel for the Debtor | Pachulski Stang Ziehl & Jones LLP | Robert Joel Feinstein, Hayley R. Winograd, Judith Elkin, Jordan A Kroop, Robert J Feinstein | rfeinstein@pszjlaw.com; hwinograd@pszjlaw.com; jelkin@pszjlaw.com |

Highland Capital Management, L.P.
Case No. 19-34054

Page 1 of 1