Jason S. Brookner (Texas Bar No. 24033684)
Andrew K. York (Texas Bar No. 24051554)
Joshua D. Smeltzer (Texas Bar No. 24113859)
J. Reid Burley (Texas Bar No. 24109675)
Drake M. Rayshell (Texas Bar No. 24118507)
GRAY REED
1601 Elm Street, Suite 4600
Dallas, Texas 75201
Telephone: (214) 954-4135
Facsimile: (214) 953-1332
Email:      jbrookner@grayreed.com
            dyork@grayreed.com
            jsmeltzer@grayreed.com
            rburley@grayreed.com
            drayshell@grayreed.com

*Counsel to Patrick Daugherty*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

|  |  |
|---|---|
| In re: <br><br> HIGHLAND CAPITAL MANAGEMENT, L.P.,[1] <br><br> Reorganized Debtor. | § Chapter 11 <br> § <br> § Case No. 19-34054 (BWO) <br> § <br> § <br> § |
| HIGHLAND CAPITAL MANAGEMENT, L.P., <br><br> Plaintiff, <br><br> v. <br><br> PATRICK HAGAMAN DAUGHERTY, <br><br> Defendant. | § <br> § <br> § <br> § <br> § <br> § <br> § Adversary No. 25-03055 <br> § <br> § <br> § <br> § <br> § |

---

[1]  Highland's last four digits of its taxpayer identification number are (8357). The headquarters and service address for Highland is 100 Crescent Court, Suite 1850, Dallas, TX 75201.

4902-8916-1374

**PATRICK DAUGHERTY'S OBJECTIONS TO
HIGHLAND CAPITAL MANAGEMENT, L.P., WITNESS AND EXHIBIT LIST
WITH RESPECT TO TRIAL TO BE HELD ON APRIL 17, 2026**

Patrick Daugherty ("Daugherty") submits the following objections to the witness and exhibit list submitted by Highland Capital Management, L.P. ("Highland"), the reorganized debtor in the above- captioned chapter 11 case (the "Bankruptcy Case") and plaintiff/counter-defendant in the above-captioned adversary proceeding (the "Adversary Proceeding"), with respect to (a) its *Complaint for (1) Disallowance of Claim No. 205 in Its Entirety, (2) Estimation of Claim No. 205 for Allowance Purposes, or (3) Subordination of Any Allowed Portion of Claim No. 205 of Patrick Hagaman Daugherty* [Docket No. 1], and (b) *Patrick Daugherty's Answer to Plaintiff Highland Capital Management, L.P.'s Complaint for (1) Disallowance of Claim No. 205 in Its Entirety, (2) Estimation of Claim No. 205 for Allowance Purposes, or (3) Subordination of Any Allowed Portion of Claim No. 205 of Patrick Hagaman Daugherty [Docket No. 1] and Original Counterclaim* [Docket No. 39], which the Court has set for trial at 9:00 a.m. (Central Time) on April 17, 2026 (the "Trial") in the Adversary Proceeding.

A.  **Objections to Witnesses:**

1.  James P. Seery, Jr.; [No Objection]

2.  David Klos; [No Objection]

3.  Patrick Daugherty; [No Objection]

4.  Trevor Jason Liles-Tims; [No Objection]

5.  Any witness identified by or called by any other party;[2] and

6.  Any witness necessary for rebuttal.[3]

---

[2] Daugherty reserves the right to object to other unnamed witnesses, as appropriate and if necessary.

[3] Daugherty reserves the right to object to witnesses deemed purportedly "necessary for rebuttal".

4902-8916-1374

**B.** **Objections to Exhibits:**

| Number | Exhibit | Objection(s) |
|---|---|---|
| 1. | *Patrick Daugherty's Answer to Plaintiff Highland Capital Management, L.P.'s Complaint for (1) Disallowance of Claim No. 205 in Its Entirety, (2) Estimation of Claim No. 205 for Allowance Purposes, or (3) Subordination of Any Allowed Portion of Claim No. 205 of Patrick Hagaman Daugherty [Doc. No. 1] and Original Counterclaim*<br><br>[Daugherty Deposition Exhibit H-1] | |
| 2. | Email from John A. Morris dated May 5, 2022 [Daugherty Deposition Exhibit H-2] | |
| 3. | Email from James Seery dated October 19, 2022 [Daugherty Deposition Exhibit H-3] | |
| 4. | Email from John A. Morris dated May 24, 2024<br>[Daugherty Deposition Exhibit H-4] | |
| 5. | Settlement Agreement dated November 22, 2021<br>[Daugherty Deposition Exhibit H-5] | |
| 6. | *Patrick Daugherty's Amended Answers to Highland Capital Management, L.P.'s Requests for Admission* dated December 12, 2025<br>[Daugherty Deposition Exhibit H-6] | |
| 7. | *Patrick Daugherty's Amended Answers to Highland Capital Management, L.P.'s Interrogatories* dated December 12, 2025 [Daugherty Deposition Exhibit H-7] | |
| 8. | Second Amended and Restated Agreement of Limited Partnership of Highland Capital Management, L.P. dated February 24, 2004<br>[Daugherty Deposition Exhibit H-8] | |
| 9. | First Amendment to the Second Amended and Restated Agreement of Limited Partnership of Highland Capital Management, L.P. dated April 15, 2006<br>[Daugherty Deposition Exhibit H-9] | |

| Number | Exhibit | Objection(s) |
|---|---|---|
| 10. | Second Amendment to the Second Amended and Restated Agreement of Limited Partnership of Highland Capital Management, L.P. dated April 15, 2007 [Daugherty Deposition Exhibit H-10] | |
| 11. | Amended Employment Agreement (Patrick Daugherty) dated December 31, 2004 [Daugherty Deposition Exhibit H-11] | |
| 12. | Daugherty resignation letter dated September 28, 2011 [Daugherty Deposition Exhibit H-12] | |
| 13. | Patrick Daugherty Comprehensive Compensation and Benefits Statement dated February 27, 2009 [Daugherty Deposition Exhibit H-13] | |
| 14. | Schedule K-1 Form 1065 for Calendar year 2008 for Patrick Daugherty [Daugherty Deposition Exhibit H-14] | |
| 15. | Highland Capital Management Form 4605-A for Period Ending December 31, 2008 [Daugherty Deposition Exhibit H-15] | |
| 16. | Letter from Brian Collins to Patrick Daugherty dated February 3, 2018 [Daugherty Deposition Exhibit H-16] | |
| 17. | Form 886-Z for Patrick Daugherty for Taxable Year Ended December 31, 2008 [Daugherty Deposition Exhibit H-17] | |
| 18. | Form 870-PT (Patrick Daugherty) for Tax Years Ended December 31, 2008 [Daugherty Deposition Exhibit H-18] | |
| 19. | Email From Brian Collins dated July 3, 2018 [Daugherty Deposition Exhibit H-19] | |
| 20. | Email From Brian Collins dated December 9, 2019 [Daugherty Deposition Exhibit H-20] | |
| 21. | May 31, 2024 letter from Hunton to IRS Appeals [HUNTON_000079 ] | FRE 802 - Hearsay |
| 22. | February 28, 2025 letter from Hunton to IRS Appeals [HUNTON_001105] | |

| Number | Exhibit | Objection(s) |
|---|---|---|
| 23. | Form 886-A (Explanation of Items) Exhibit FP-01 [HUNTON_001131] | |
| 24. | Form 886-A (Explanation of Items) Exhibit FP-02 [HUNTON_001163] | |
| 25. | Form 886-A (Explanation of Items) Exhibit FP-03 [HUNTON_001170] | |
| 26. | May 2024 email from IRS to Hunton [HUNTON_001120] | FRE 802 - Hearsay |
| 27. | June 2024 email from IRS to Hunton [HUNTON_000076] | FRE 802 - Hearsay |
| 28. | TMP 60-day letter [HUNTON_001124] | |
| 29. | Statutory Internal Revenue Code Guidance Rev. Ruling 2020-28 | FRE 802 - Hearsay |
| 30. | Statutory Internal Revenue Code Guidance IRC section 6662 – Imposition of penalties | FRE 802 - Hearsay |
| 31. | Statutory Internal Revenue Code Guidance IRC section 6601 – Interest on underpayment | FRE 802 - Hearsay |
| 32. | Statutory Internal Revenue Code Guidance IRC section 6621 – Determination of interest rate | FRE 802 - Hearsay |
| 33. | Statutory Internal Revenue Code Guidance IRC section 6622 – Interest compounded daily | FRE 802 - Hearsay |
| 34. | Statutory Internal Revenue Code Guidance IRC section 6651 – Failure to pay tax | FRE 802 - Hearsay |
| 35. | 2008 Form 1040 (US Individual Income Tax Return) Pat and Kimberly Daugherty [PDADV_010268] | |
| 36. | 2008 Form 1045 (Application for Tentative Refund) Pat and Kimberly Daugherty [PDADV_010262] | |
| 37. | Various, including Draft 2008 HCMLP Schedule K-1 to Pat Daugherty [PDADV_010244] | |

4902-8916-1374

| Number | Exhibit | Objection(s) |
|---|---|---|
| 38. | Email chain from September 2011 between Daugherty and Dondero [PDADV_004224] | |
| 39. | Powerpoint slides to partners [PDADV_000002] | |
| 40. | Dondero to Daugherty email Oct 2011 with separation agreement attached [PDADV_018494] | |
| 41. | Separation agreement attached to Dondero to Daugherty email – Oct 2011 [PDADV_018476] | |
| 42. | Email from Daugherty to Collins February 13, 2018 [PDADV_004796] | |
| 43. | July 14, 2014 Final Judgment | FRE 401/402 – Relevance; FRE 403 Confusion of Issues |
| 44. | Copy of Jury Verdict (Feb 2014) | FRE 401/402 – Relevance; FRE 403 Confusion of Issues |
| 45. | Daugherty's Original Answer, Counterclaim and Third-Party Petition (May 2012) | FRE 401/402 – Relevance; FRE 403 Confusion of Issues |
| 46. | Order on motion to partially vacate final judgment | FRE 401/402 - Relevance |
| 47. | Draft TL QA email [DAUGHERTY ROGS01403110] | FRE 401/402 – Relevance |
| 48. | Letter Agreement re Partnership Interest dated December 31, 2004 [DAUGHERTY ROGS01404488] | |
| 49. | Claimant Trust Agreement dated August 11, 2021 | |
| 50. | Email Highland: Daugherty Settlement (RCP Track Record) [DAUGHERTY ROGS00016698] | |

| Number | Exhibit | Objection(s) |
|---|---|---|
| 51. | 10/24/22 email from Romey (Fwd. Daugherty Settlement Agreement Follow-Up) | |
| 52. | 4/1/22 email from JAM (Fwd. HERA and ERA Transfer Documents (execution versions)) | |
| 53. | Gray Reed letter Jan 2024 [PDADV_008361] | |
| 54. | Morris email to York Mar 2024 [PDADV_008363] | |
| 55. | Emails between Daugherty and Seery Oct 2022 [PDADV_010229] | |
| 56. | IRS notice April 2018 [PDADV_010999] - CONFIDENTIAL | |
| 57. | Deposition Transcript T.J. Liles-Tims March 23, 2026 | Fed. R. Civ. P. 32 |
| 58. | Weaver.com – T.J. Liles-Tims Profile | |
| 59. | Expert Report of T.J. Liles-Tims dated February 13, 2026 | |
| 60. | Email from J. Dondero to P. Daugherty dated September 27, 2011 [PDADV_004224] | |
| 61. | Protest letter July 2018 [HUNTON_001182] | FRE 802 - Hearsay |
| 62. | HR spreadsheet [DAUGHERTY ROGS01403106] | |
| 63. | Email from J. Seery dated October 24, 2022 [PDADV_018426] | |
| 64. | Any document entered or filed in Highland Capital Management, L.P.'s chapter 11 Bankruptcy Case or any associated adversary proceeding, including any exhibits thereto | Daugherty reserves objections until any such documents are offered |

4902-8916-1374

| Number | Exhibit | Objection(s) |
|--------|---------|--------------|
| 65. | All exhibits necessary for impeachment and/or rebuttal purposes | Daugherty reserves objections until any such documents are offered |
| 66. | All exhibits identified by or offered by any other party at the Trial | |

Daugherty reserves all objections to a witness's lack of personal knowledge regarding any of the exhibits that are attempted to be used with the witness.

Daugherty also reserves the right to amend or supplement his objections to Highland's witness and exhibit list.

4902-8916-1374

Respectfully submitted this 8th day of April 2026.

GRAY REED

By:  /s/ Andrew K. York
Jason S. Brookner
Texas Bar No. 24033684
Andrew K. York
Texas Bar No. 24051554
Joshua D. Smeltzer
Texas Bar No. 24113859
J. Reid Burley
Texas Bar No. 24109675
Drake M. Rayshell
Texas Bar No. 24118507

1601 Elm Street, Suite 4600
Dallas, Texas 75201
Telephone:   (214) 954-4135
Facsimile:   (214) 953-1332
Email:       jbrookner@grayreed.com
             dyork@grayreed.com
             jsmeltzer@grayreed.com
             rburley@grayreed.com
             drayshell@grayreed.com

*Counsel to Patrick Daugherty*

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing instrument was served on all Parties or counsel of record herein on this 8th day of April 2026, via the CM/ECF system and/or email.

/s/ Andrew K. York
ANDREW K. YORK

4902-8916-1374