Jason P. Kathman
State Bar No. 24070036
PRONSKE & KATHMAN, P.C.
2701 Dallas Pkwy, Suite 590
Plano, Texas 75093
(214) 658-6500 – Telephone
(214) 658-6509 – Telecopier
Email: jkathman@pronskepc.com

**COUNSEL FOR
PATRICK DAUGHERTY**

Thomas A. Uebler
*Pro Hac Vice Pending*
Joseph L. Christensen
*Pro Hac Vice*
MCCOLLOM D'EMILIO
SMITH UEBLER LLC
Little Falls Centre Two
2751 Centerville Road, Suite 401
Wilmington, Delaware 19808
(302) 468-5960 – Telephone
(302) 6691-6834 – Facsimile

**COUNSEL FOR
PATRICK DAUGHERTY**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| **In re:** | § | |
| | § | **CASE NO. 19-34054-SGJ-11** |
| **HIGHLAND CAPITAL MANAGEMENT, L.P** | § | |
| | § | **CHAPTER 11** |
| | § | |
| **Debtor.** | § | |

### PATRICK HAGAMAN DAUGHERTY'S
### MOTION FOR TEMPORARY ALLOWANCE OF CLAIM FOR
### VOTING PURPOSES PURSUANT TO BANKRUPTCY RULE 3018

TO THE HONORABLE STACEY G. C. JERNIGAN,
UNITED STATES BANKRUPTCY JUDGE:

Patrick Daugherty ("**Daugherty**") by and through his undersigned counsel, submits this motion (the "**Motion**") for entry of an order, substantially in the form attached hereto as **Exhibit A** (the "**Order**"), pursuant to Rule 3018 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**") temporarily allowing Daugherty's claims in full for plan voting purposes *only*. Daugherty also concurrently files his Memorandum of Law and Brief in Support of the Motion (the "**Brief**") and Appendix (the "**Appendix**") in support. In support of the Motion, Daugherty respectfully states as follows:

DEFENDANT'S
EXHIBIT

**6**

25-03055

1. This Court has jurisdiction to consider this Motion under 28 U.S.C. §§ 157 and 1334. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b). Venue is proper in this Court pursuant to 28 U.S.C. § 1409.

2. On October 16, 2019 (the "**Petition Date**"), the Debtor filed its voluntary petition for bankruptcy under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**") in the United States Bankruptcy Court for the District of Delaware (the "**Delaware Bankruptcy Court**").

3. On October 29, 2019, the Official Committee of Unsecured Creditors (the "**Committee**") was appointed by the United States Trustee for in Delaware.

4. On December 4, 2019, the Delaware Bankruptcy Court entered an order transferring this case to this Court.

5. On April 1, 2020, Daugherty filed Proof of Claim No. 67, in an amount not less than $37,483,876.62, which was later amended on April 6, 2020 as Proof of Claim No. 77.

6. On August 31, 2020, the Debtor filed its Objection to Claim No. 77 of Patrick Hagaman Daugherty and (II) Complaint to Subordinate Claim of Patrick Hagaman Daugherty [Docket No. 1008] (the "**Adversary Complaint**") in this case, initiating *Highland Capital Management, L.P. v. Daugherty*, Adversary No. 20-03107 before this Court (the "**Adversary Proceeding**").

7. On September 21, 2020, the Debtor filed its First Amended Plan of Reorganization [Docket No. 1079] (the "**Plan**") and Disclosure Statement [Docket No. 1080] (the "**Disclosure Statement**"). A hearing on Debtor's Motion for Entry of an Order (A) Approving the Adequacy of the Disclosure Statement; (B) Scheduling a Hearing to Confirm the First Amended Plan of

**PATRICK HAGAMAN DAUGHERTY'S MOTION FOR TEMPORARY ALLOWANCE OF CLAIM FOR VOTING PURPOSES PURSUANT TO BANKRUPTCY RULE 3018 - Page 2 of 4**

Reorganization; (C) Establishing Deadline for Filing Objections to Confirmation of Plan; (D) Approving Form of Ballots, Voting Deadline and Solicitation Procedures; and (E) Approving Form and Manner of Notice [Docket No. 1108], filed on September 28, 2020, is currently set for hearing on October 27, 2020 at 10:30 a.m. central.

8.      Filed contemporaneously herewith, Daugherty has filed his Motion for Leave to Amend Proof of Claim No. 77 (the "**Motion to Amend POC**"). As explained more fully in the Motion to Amend POC, the proposed amendment to Daugherty's proof of claim does not add any additional bases or claims, but rather provides a definitive amount for one aspect of the claim, and provides further clarity as to other parts of the claim. The proposed amended proof of claim attached to the Motion to Amend POC asserts a claim in the amount of $40,710,819.42.

9.      For the reasons identified and explained in the Brief, Daugherty respectfully requests that the Court enter an order allowing his claim, for voting purposes only, in the amount of $40,710,819.42.

WHEREFORE, PREMISES CONSIDERED, Daugherty respectfully requests that the Court enter an order allowing his claim, for voting purposes only, in the amount of $40,710,819.42 and granting such other and further relief to which the Debtor may be justly entitled.

**PATRICK HAGAMAN DAUGHERTY'S MOTION FOR TEMPORARY ALLOWANCE OF CLAIM FOR VOTING PURPOSES PURSUANT TO BANKRUPTCY RULE 3018 - Page 3 of 4**

Dated: October 23, 2020.                    Respectfully submitted,

                                            */s/ Jason P. Kathman*
                                            Jason P. Kathman
                                            State Bar No. 24070036
                                            Megan F. Clontz
                                            State Bar No, 24069703
                                            PRONSKE & KATHMAN, P.C.
                                            2701 Dallas Pkwy, Suite 590
                                            Plano, Texas 75056
                                            (214) 658-6500 - Telephone
                                            (214) 658-6509 – Telecopier
                                            Email: jkathman@pronskepc.com
                                            Email: mclontz@pronskepc.com

                                               -   And –

                                            Thomas A. Uebler
                                            *Pro Hac Vice to be filed*
                                            Joseph L. Christensen
                                            *Pro Hac Vice to be filed*
                                            MCCOLLUM D'EMILIO
                                            SMITH UEBLER LLC
                                            Little Falls Centre Two
                                            2751 Centerville Road, Suite 401
                                            Wilmington, Delaware 19808
                                            (302) 468-5960 – Telephone
                                            (302) 6691-6834 – Facsimile
                                            Email: tuebler@mdsulaw.com
                                            Email: jchristensen@mdsulaw.com

                                            **COUNSEL FOR DEFENDANT,
                                            PATRICK HAGAMAN DAUGHERTY**

**PATRICK HAGAMAN DAUGHERTY'S MOTION FOR TEMPORARY ALLOWANCE OF CLAIM FOR
VOTING PURPOSES PURSUANT TO BANKRUPTCY RULE 3018 - Page 4 of 4**

## Exhibit A

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| **In re:** | § | |
| | § | **CASE NO. 19-34054-SGJ-11** |
| **HIGHLAND CAPITAL MANAGEMENT, L.P** | § | |
| | § | **CHAPTER 11** |
| | § | |
| **Debtor.** | § | |

## PATRICK HAGAMAN DAUGHERTY'S MOTION FOR TEMPORARY ALLOWANCE OF CLAIM FOR VOTING PURPOSES PURSUANT TO BANKRUPTCY RULE 3018

CAME ON FOR CONSIDERATION the Motion For Temporary Allowance of Claim For Voting Purposes Pursuant To Bankruptcy Rule 3018 (the "**Motion**") filed by Patrick Hagaman Daugherty ("**Daugherty**"), and the Court finds that it has jurisdiction over this matter, that venue is proper, and that sufficient notice of the Motion has been given to all parties requiring notice. The Court has determined that the legal and factual bases set forth in the Motion and the Brief in Support of the Motion establish just cause for the relief granted herein. It is therefore

**ORDERED** that the Motion is **GRANTED**. It is further

**ORDERED** that any and all Objections to the Motion are **OVERRULED**. It is further

**ORDER GRANTING PATRICK HAGAMAN DAUGHERTY'S MOTION FOR TEMPORARY ALLOWANCE FOR VOTING PURPOSES PURSUANT TO BANKRUPTCY RULE 3018 - Page 1 of 2**

**ORDERED** that Patrick Hagaman Daugherty is **ALLOWED,** on a temporary basis and for

voting purposes only, a claim in the amount of $40,710,819.42.  It is further

**ORDERED** that Daugherty may to vote to accept or reject the Debtor's First Amended Plan

of Reorganization and/or subsequent plan amendments.

### ### END OF ORDER ###

Submitted by:

*/s/ Jason P. Kathman*
Jason P. Kathman
Texas Bar No. 24070036
Megan F. Clontz
Texas Bar No. 24069703
**PRONSKE & KATHMAN, P.C.**
2701 Dallas Parkway, Suite 590
Plano, Texas 75093
Telephone: 214.658.6500
Facsimile: 214.658.6509
Email: jkathman@pronskepc.com
Email: mclontz@pronskepc.com

-- AND –

Thomas A. Uebler
*Pro Hac Vice to be filed*
Joseph L. Christensen
*Pro Hac Vice to be filed*
MCCOLLUM D'EMILIO
SMITH UEBLER LLC
Little Falls Centre Two
2751 Centerville Road, Suite 401
Wilmington, Delaware 19808
(302) 468-5960 – Telephone
(302) 6691-6834 – Facsimile
Email: tuebler@mdsulaw.com
Email: jchristensen@mdsulaw.com

**COUNSEL FOR DEFENDANT,
PATRICK HAGAMAN DAUGHERTY**

**ORDER GRANTING PATRICK HAGAMAN DAUGHERTY'S MOTION FOR TEMPORARY
ALLOWANCE FOR VOTING PURPOSES PURSUANT TO BANKRUPTCY RULE 3018 - Page 2 of 2**