**SECOND AMENDMENT TO THE
SECOND AMENDED AND RESTATED
AGREEMENT OF LIMITED PARTNERSHIP
OF
HIGHLAND CAPITAL MANAGEMENT, L.P.
A Delaware Limited Partnership**

This Second Amendment to the Second Amended and Restated Agreement of Limited Partnership of Highland Capital Management, L.P., a Delaware limited partnership (this "*Amendment*") is made and entered into to be effective as of the 15th day of April, 2007 (the "*Effective Date*"), by the General Partner of Highland Capital Management, L.P.

WITNESSETH:

WHEREAS, the General Partner of Highland Capital Management, L.P., a Delaware limited partnership (the "*Partnership*") acting pursuant to that Second Amended and Restated Agreement of Limited Partnership of Highland Capital Management, L.P., dated to be effective as of February 29, 2004, as amended (the "*Agreement*"), desires to amend the Agreement as set forth herein (except as otherwise provided herein, all capitalized terms used herein shall have the meaning set forth in the Agreement);

WHEREAS, pursuant to Section 3.7(f) of the Agreement, the General Partner "booked-up" the Capital Accounts of the Partners of the Partnership on each of the following dates: <u>October 15, 2006</u>, <u>February 28, 2007</u>, and <u>April 15, 2007</u> and the General Partner desires to make revisions to the Agreement associated therewith;

WHEREAS, pursuant to Section 4.4(a) and 4.4(b) of the Agreement, the General Partner has the right to authorize the issuance of Partnership Interests to new and existing Limited Partners, and on February 28, 2007, the Partnership issued the following Partnership Interests that are treated as "profits interests" for federal income tax purposes to the following Persons who agreed to provide services to the Partnership: (i) a 0.028% interest as a Limited Partner to Bradford Borud; (ii) a 0.013% interest as a Limited Partner to Patrick Daugherty; (iii) a 0.007% interest as a Limited Partner to Davis Deadman; (iv) a 0.013% interest as a Limited Partner to R. Joseph Dougherty; (v) a 0.007% interest as a Limited Partner to Paul Kauffman; (vi) a 0.022% interest as a Limited Partner to John Morgan; (vii) a 0.027% interest as a Limited Partner to Kurtis Plumer; (viii) a 0.047% interest as a Limited Partner to James Pope; (ix) a 0.020% interest as a Limited Partner to Todd A. Travers; (x) a 0.043% interest as a Limited Partner to David Walls; (xi) a 0.104% interest as a Limited Partner to John Yang; (xii) a 0.029% interest as a Limited Partner to John Honis; and (xiii) a 0.021% interest as a Limited Partner to Patrick Conner;

WHEREAS, the Partnership shall continue under the terms of the Agreement as amended pursuant to this Amendment.

NOW, THEREFORE, BE IT RESOLVED, the parties hereto hereby agree as follows:

1.      The following new Section 3.7(h) shall be added:

"(h)     <u>Capital Accounts for Each Partner</u>

(i)      The Partners hereby acknowledge that, on October 15, 2006, the Partnership "booked-up" the Capital Account of each Partner to its fair market value, and the resulting increase or decrease in the Capital Accounts of each Partner was treated as a Code

DEFENDANT'S
EXHIBIT

**13**

25-03055

DAUGHERTY ROGS01407743

Section 704(c) item. As of October 15, 2006, the "book" Capital Account for each Partner is set forth below:

| | |
|---|---|
| Strand Advisors, Inc. | $7,791,791.83 |
| Brad Borud | $2,237,521.56 |
| The Canis Minor Trust | $76,682,775.09 |
| The Canis Major Trust | $79,013,648.93 |
| Patrick Daugherty | $4,880,808.00 |
| Davis Deadman | $3,358,856.13 |
| R. Joseph Dougherty | $4,418,857.51 |
| The Get Good Trust | $91,901,252.32 |
| The Get Better Trust | $319,311,373.17 |
| Paul Kauffman | $3,240,581.48 |
| The Mark and Pamela Okada Family Trust-Exempt #1 | $54,856,497.76 |
| The Mark and Pamela Okada Family Trust-Exempt #2 | $22,824,213.33 |
| John Morgan | $1,969,229.67 |
| Mark K. Okada | $114,072,222.65 |
| Kurtis Plumer | $2,705,675.90 |
| Todd A. Travers | $4,840,844.11 |
| David Walls | $1,550,276.80 |
| John Yang | $3,529,594.20 |
| James Pope | $813,979.56 |
| **TOTAL** | **$800,000,000.00** |

(ii)	The Partners hereby acknowledge that, on February 28, 2007 (after the Partnership issued additional Partnership Interests to certain Partners on February 28, 2007 ), the Partnership "booked-up" the Capital Account of each Partner to its fair market value, and the resulting increase or decrease in the Capital Accounts of each Partner was treated as a Code Section 704(c) item. As of February 28, 2007, the "book" Capital Account for each Partner is set forth below:

| | |
|---|---|
| Strand Advisors, Inc. | $12,672,773.96 |
| Brad Borud | $4,245,939.16 |
| The Canis Minor Trust | $125,492,596.34 |
| The Canis Major Trust | $129,020,389.43 |
| Patrick Daugherty | $9,077,119.71 |
| Davis Deadman | $6,157,861.10 |
| R. Joseph Dougherty | $8,184,672.84 |
| The Get Good Trust | $150,473,037.82 |
| The Get Better Trust | $523,115,703.17 |
| Paul Kauffman | $6,054,480.42 |
| The Mark and Pamela Okada Family Trust-Exempt #1 | $89,023,372.64 |
| The Mark and Pamela Okada Family Trust-Exempt #2 | $37,467,159.71 |
| John Morgan | $4,025,773.35 |
| Mark K. Okada | $187,286,954.53 |
| Kurtis Plumer | $5,144,318.54 |
| Todd A. Travers | $9,132,344.01 |
| David Walls | $3,195,721.96 |
| John Yang | $8,042,719.43 |

2

DAUGHERTY ROGS01407744

James Pope ............................................................................... $2,187,061.87

**TOTAL** ................................................................................ **$1,320,000,000.00**

(iii)     The Partners hereby acknowledge that, on April 15, 2007 (after the Partnership made distributions to certain Partners on April 15, 2007), the Partnership "booked-up" the Capital Account of each Partner to its fair market value, and the resulting increase or decrease in the Capital Accounts of each Partner was treated as a Code Section 704(c) item.  As of April 15, 2007, the "book" Capital Account for each Partner is set forth below:

Strand Advisors, Inc. ................................................................ $12,661,116.60
Brad Borud ................................................................................ $4,320,072.91
The Canis Minor Trust .............................................................. $125,376,022.75
The Canis Major Trust .............................................................. $128,919,134.88
Patrick Daugherty ..................................................................... $9,195,662.97
Davis Deadman ......................................................................... $6,235,129.25
R. Joseph Dougherty ................................................................ $8,292,161.75
The Get Good Trust ................................................................... $150,333,149.51
The Get Better Trust .................................................................. $522,610,775.06
Paul Kauffman ........................................................................... $6,132,131.02
The Mark and Pamela Okada Family Trust-Exempt #1 ................. $88,941,771.13
The Mark and Pamela Okada Family Trust-Exempt #2 ................. $37,432,187.63
John Morgan ............................................................................... $4,096,114.89
Mark K. Okada ........................................................................... $187,112,094.14
Kurtis Plumer ............................................................................. $5,228,857.28
Todd A. Travers ......................................................................... $9,258,726.39
David Walls ................................................................................ $3,273,040.54
John Yang ................................................................................... $8,242,527.88
James Pope ................................................................................. $2,259,961.09
John Honis .................................................................................. $23,296.08
Patrick Conner ........................................................................... $56,066.25

**TOTAL** ................................................................................ **$1,320,000,000.00**

2.     Exhibit A and Exhibit C of the Agreement shall be deleted in their entirety and replaced with the attached Exhibit A and Exhibit C.

3.     Except to the extent modified or amended by this Amendment, all terms and provisions of the Agreement shall continue in full force and effect and shall remain enforceable and binding in accordance with their respective terms.

4.     Any required notices, meetings or consents that are necessary to make an amendment to the Agreement are hereby waived or satisfied.

3

DAUGHERTY ROGS01407745

5.     Each party hereto shall take whatever other action is required to give full effect to the provisions of this Amendment, including the acquisition by any Partner of any consent to the action provided for herein.

6.     This Amendment may be executed in any number of counterparts, all of which taken together shall constitute one and the same Amendment, and any parties to this Amendment may execute this Amendment by signing any one of the counterparts.  Any counterpart of this Amendment may be executed via facsimile transmission.

*Remainder of Page Intentionally Left Blank.*
*Signature Page Follows.*

4

DAUGHERTY ROGS01407746

IN WITNESS WHEREOF, the undersigned has executed this Amendment as of the day and year above written.

GENERAL PARTNER:

**STRAND ADVISORS, INC.,**
a Delaware corporation

By: _____
James D. Dondero,
President

1

DAUGHERTY ROGS01407747

## EXHIBIT A

### Partnership Percentage Interests

| GENERAL PARTNER: | Percentage Interest |
|---|---|
| Strand Advisors, Inc. | 0.937% |
| **LIMITED PARTNERS:** | |
| Bradford Borud | 0.396% |
| Canis Minor Trust | 9.372% |
| Canis Major Trust | 9.624% |
| Patrick Daugherty | 0.783% |
| Davis Deadman | 0.520% |
| R. Joseph Dougherty | 0.704% |
| The Get Good Trust | 11.246% |
| The Get Better Trust | 39.110% |
| Paul Kauffman | 0.523% |
| The Mark and Pamela Okada Family Trust-Exempt #1 | 6.560% |
| The Mark and Pamela Okada Family Trust-Exempt #2 | 2.812% |
| John Morgan | 0.399% |
| Mark K. Okada | 14.058% |
| Kurtis Plumer | 0.474% |
| James Pope | 0.298% |
| Todd A. Travers | 0.807% |
| David Walls | 0.345% |
| John Yang | 0.931% |
| John Honis | 0.029% |
| Patrick Conner | 0.069% |
| **TOTAL** | **100.0%** |

A-1

DAUGHERTY ROGS01407748

## EXHIBIT C

**Maximum Available Loan Amounts to Profits Interest Partners Pursuant to Section 4.1(e)(v)**

<u>Profits Interest Partner:</u>                                          <u>Maximum Loan Amount</u>

Bradford Borud

Patrick Daugherty

Davis Deadman

R. Joseph Dougherty

Paul Kauffman

John Morgan

Kurtis Plumer

James Pope

Todd A. Travers

David Walls

John Yang

James Pope

John Honis

Patrick Conner

C-1

DAUGHERTY ROGS01407749