Date:  9/28/11
To:    Jim Dondero

I very much appreciate the opportunity to have worked with you and at Highland for the last 13 ½ years.  After careful and deliberate consideration, I have decided to move on to the next chapter in my life and am giving my 30 notice of resignation effective today.  I wish you and the firm all the best and am available to assist in an appropriate transition.

Sincerely,

Patrick H. Daugherty

cc Patrick Boyce



Dondero
EXHIBIT NO. 170
M. FOLKS

Cause No DC-12-04005
**Highland Parties'
Trial Exhibit
85**

DAUGHERTY 001043

DEFENDANT'S
EXHIBIT
**15**
25-03055

PDADV_000019