# PD - Exhibit 17 Slipsheet

(Subject to Motion to Seal and Protective Order)