# PD - Exhibit 18 Slipsheet

(Subject to Motion to Seal and Protective Order)