# PD - Exhibit 19 Slipsheet

(Subject to Motion to Seal and Protective Order)