# PD - Exhibit 20 Slipsheet

(Subject to Motion to Seal and Protective Order)