# PD - Exhibit 21 Slipsheet

(Subject to Motion to Seal and Protective Order)