# PD - Exhibit 22 Slipsheet

(Subject to Motion to Seal and Protective Order)