# PD - Exhibit 23 Slipsheet

(Subject to Motion to Seal and Protective Order)