# PD - Exhibit 24 Slipsheet

(Subject to Motion to Seal and Protective Order)