# PD - Exhibit 25 Slipsheet

(Subject to Motion to Seal and Protective Order)