# PD - Exhibit 26 Slipsheet

(Subject to Motion to Seal and Protective Order)