Page    of

| Form **4605-A** | Department of the Treasury — Internal Revenue Service<br>**Examination Changes - Partnerships, Fiduciaries, S Corporations, and<br>Interest Charge Domestic International Sales Corporations (Unagreed and Excepted Agreed)** | | |

| Name and address<br>Highland Capital Management<br>300 Crescent Court, Suite 700<br>(Prev, Two Galleria Tower 13455 Noc<br>Dallas,, Texas 75201 | Employer Identification Number<br>75-2716725 | | Form Number<br>1065 |
| | Person Examination<br>Changes Were<br>Discussed With | Name Highland Capital Management | |
| | | Title    Taxpayer | |

| 1. Adjustments to ordinary, distributable net, or taxable income. | Period End: 12/31/2008 | Period End: | Period End: |
|---|---|---|---|
| a. | | | |
| b. | | | |
| c. | | | |
| d. | | | |
| e. | | | |
| f. | | | |
| g. | | | |
| 2. Total adjustments to ordinary, distributable net, or taxable income. | | | |
| 3. Ordinary, distributable net, or taxable income as reported. | (546,177,906.00) | | |
| 4. Corrected ordinary, distributable net, or taxable income. | (546,177,906.00) | | |
| 5. Other adjustments | | | |
| a. Portfolio income (loss) net short-term gain (loss) | | | |
| (1) Adjustment | 166,332,713.00 | | |
| (2) As Reported | 3,570,236.00 | | |
| (3) Corrected | 169,902,949.00 | | |
| b. | | | |
| (1) Adjustment | | | |
| (2) As Reported | | | |
| (3) Corrected | | | |

Remarks
This form only reflects Schedule K items adjusted by this report.

| Examiner's Signature:<br>Name    Linda Yao | Employee ID:<br>1001554452 | Area Office:<br>Farmers Branch, TX | Date:<br>12/8/2017 |

Form **4605-A** (Rev. 6-2016)        Catalog Number 41817X        publish.no.irs.gov        Department of the Treasury — Internal Revenue Service
RGS Version  18.20.00

DEFENDANT'S
EXHIBIT
**27**
25-03055

Daugherty ROGs00003729