Page  1  of  4

| Form **886-Z** | Department of the Treasury – Internal Revenue Service | Schedule Number |
|---|---|---|
| (June 2016) | **TEFRA Partners' Shares of Income** | 1065 |

| Name of Partnership | TIN of Partnership | Taxable Year Ended |
|---|---|---|
| Highland Capital Management | 75-2716725 | 12/31/2008 |

| Name and Address of Each Partner | TIN of Partner | Percentage of Profit | Portfolio income (loss) net short-term gain (loss) | |
|---|---|---|---|---|
| (1) | (2) | (3) | (4) | (5) |



Continuation

| TIN of Partner | | | | | |
|---|---|---|---|---|---|
| (6) | (7) | (8) | (9) | (10) | (11) |

| Totals | | | | | |
|---|---|---|---|---|---|

This form only reflects Schedule K-1 Items adjusted by the report dated: _____

Catalog Number 61113Q
RGS Version 18.20.00

www.irs.gov

Form **886-Z** (Rev. 6-2016)

DEFENDANT'S
EXHIBIT

**28**

25-03055

Daugherty ROGs00003730

Page 2 of 4

| Form **886-Z** (June 2016) | Department of the Treasury - Internal Revenue Service **TEFRA Partners' Shares of Income** | Schedule Number 1065 |
|---|---|---|
| Name of Partnership Highland Capital Management | TIN of Partnership 75-2716725 | Taxable Year Ended 12/31/2008 |

| Name and Address of Each Partner (1) | TIN of Partner (2) | Percentage of Profit (3) | Portfolio income (loss) net short-term gain (loss) (4) | (5) |
|---|---|---|---|---|
|  | | | | |
| Daugherty, Patrick 3621 Cornell Ave. Dallas, TX 75205 | 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 | 0.74030000% | 1,257,792.00 | |

Continuation

| Totals | | | | | |
|---|---|---|---|---|---|

This form only reflects Schedule K-1 items adjusted by the report dated: _____

Catalog Number 61113Q
RGS Version 18.20.00

www.irs.gov

Form **886-Z** (Rev. 6-2016)

Daugherty ROGs00003731

Page   3   of   4

| Form 886-Z (June 2016) | Department of the Treasury – Internal Revenue Service **TEFRA Partners' Shares of Income** | | Schedule Number 1065 |
|---|---|---|---|
| Name of Partnership Highland Capital Management | TIN of Partnership 75-2716725 | | Taxable Year Ended 12/31/2008 |

| Name and Address of Each Partner (1) | TIN of Partner (2) | Percentage of Profit (3) | Portfolio income (loss) net short-term gain (loss) (4) | (5) |
|---|---|---|---|---|



Continuation

| Totals | | | | | |
|---|---|---|---|---|---|

This form only reflects Schedule K-1 items adjusted by the report dated: _____

Catalog Number 61113Q
RGS Version 18.20.00

www.irs.gov

Form 886-Z (Rev. 6-2016)

Daugherty ROGs00003732

Page   4   of   4

| Form **886-Z**<br>(June 2016) | Department of the Treasury - Internal Revenue Service<br>**TEFRA Partners' Shares of Income** | Schedule Number<br>1065 |
|---|---|---|

| Name of Partnership<br>Highland Capital Management | TIN of Partnership<br>75-2716725 | Taxable Year Ended<br>12/31/2008 |
|---|---|---|

| Name and Address of<br>Each Partner<br>(1) | TIN of Partner<br>(2) | Percentage<br>of Profit<br>(3) | Portfolio income<br>(loss) net short-term<br>gain (loss)<br>(4) | (5) |
|---|---|---|---|---|
|  | | | | |
| **Totals** | | 100.00000000% | 169,902,949.00 | |

**Continuation**

This form only reflects Schedule K-1 items adjusted by the report dated: _____

Catalog Number 61113Q<br>RGS Version 18.20.00    www.irs.gov    Form **886-Z** (Rev. 6-2016)

Daugherty ROGs00003733

| Form **870-PT** (Rev. 4-2012) For partnership taxable years ending after August 5, 1997 | Department of the Treasury — Internal Revenue Service **Agreement for Partnership Items and Partnership Level Determinations as to Penalties, Additions to Tax, and Additional Amounts** | IN REPLY REFER TO: |
|---|---|---|
| Taxpayer(s) name(s), address and zip code:<br><br>Daugherty, Patrick<br>3621 Cornell Ave.<br>Dallas, TX 75205 | Name of Partnership:<br><br>Highland Capital Management<br><br><br>EIN: 75-2716725 | Tax Year(s) Ended:<br>12/31/2008 |
| | Name of Tax Matters Partner:<br>Strand Advisors, Inc. | |
| TIN: 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 | | |

### Offer of Agreement to Partnership Items and Partnership Level Determinations as to Penalties, Additions to Tax, and Additional Amounts & Waiver of Restrictions on Assessment for Partnership Items, Penalties, Additions to Tax, and Additional Amounts

Under the provisions of sections 6224(c) and 7121 of the Internal Revenue Code (IRC), the Commissioner of the Internal Revenue Service and the undersigned taxpayer(s) agree to the determination of partnership items and partnership level determinations as to penalties, additions to tax, and additional amounts that relate to adjustments to partnership items as shown on the attached Schedule of Adjustments.

The undersigned taxpayer(s), in accordance with IRC sections 6224(b) and 6213(d), also waive(s) the restrictions provided by IRC sections 6225(a) and 6213(a) and consent(s) to the assessment and collection of any deficiency attributable to partnership items, penalties, additions to tax, and additional amounts that relate to partnership items, as set forth in the attached Schedule of Adjustments (plus any interest provided by law). IRC Section 6651 late filing penalty applies to any late filed (or non-filed) returns that are required to report the partnership item adjustments.

This agreement is conditional and will not become effective or final until this agreement form is returned to the Commissioner and is signed on his or her behalf. The one-year extension of the period of limitations on assessments under IRC section 6229(f) will not begin to run until the date the Commissioner's representative signs this form on the Commissioner's behalf. If this is a partial agreement, the period of limitations for assessing any tax attributable to the settled items shall be determined as if this agreement had not been entered into.

If this part of this agreement form is signed for the Commissioner, the treatment of partnership items and partnership level determinations as to penalties, additions to tax and additional amounts that relate to adjustments to partnership items under this agreement will not be reopened in the absence of fraud, malfeasance, or misrepresentation of fact. In addition, no claim for an adjustment of partnership items, refund or credit based on any change in the treatment of partnership items or partnership level determinations as to penalties, additions to tax, and additional amounts may be filed or prosecuted.

Once the taxpayer signs such a waiver and it is countersigned by the Commissioner, the taxpayer cannot file an Administrative Adjustment Request (AAR) on any partnership items for the related TEFRA entity. This includes partnership items not specifically addressed on the attached Schedule of Adjustments.

| Signature of Taxpayer | Date Signed | Phone Number |
|---|---|---|
| Signature of Taxpayer | Date Signed | Phone Number |
| By (Signature and Title) | Date Signed | Phone Number |

| FOR INTERNAL REVENUE USE ONLY | Date accepted for Commissioner | Signature |
|---|---|---|
| | Office | Title |

| Catalog Number 57315A | www.irs.gov | (See instructions for Signing Agreement) | Form **870-PT** (Rev. 4-2012) |

Daugherty ROGs00003734

## INSTRUCTIONS FOR SIGNING FORM 870-PT

1. Sign the agreement if you wish to agree to the partnership items *and partnership level determinations as to penalties, additions to tax, and additional amounts,* as shown on the attached Schedule of Adjustments. The execution and filing of this offer will expedite the adjustment of tax liability.

2. If a JOINT RETURN OF A HUSBAND AND WIFE was filed and both spouses intend to agree, both spouses should sign Form 870-PT. One spouse may sign as agent for the other if acting under a power of attorney, which, if not previously filed, must accompany this form. The IRS may accept the signature of only one spouse at its discretion. However, the agreement will only be binding on the signing spouse.

3. If the taxpayer is a corporation, the agreement should be signed with the corporate name followed by the signature and title of the officer authorized to sign Form 870-PT.

4. Your attorney or agent may sign for you if this action is specifically authorized by a power of attorney, which if not previously filed, must accompany this form.

5. If this offer is signed by a trust, the agreement must be signed with the trust name, followed by the signature and title of the person authorized to sign on behalf of the trust. If the trustee is signing this agreement on behalf of the trust and all beneficiaries, a Form 56 must be signed by the trustee. If an individual beneficiary is signing the agreement to bind themselves to the agreement, no Form 56 is needed.

6. If the partner is an LLC, the agreement should be signed by the manager of the LLC or other authority as authorized by State law. The signature line should show: [Name of LLC], by [Name of Manager], Followed by the title [Manager].

7. For a partner who is a subsidiary corporation in a consolidated group:

   - If the agreement is for a partnership year(s) ending on or before the last day of a consolidated return year beginning before June 28, 2002, the agreement should be signed by a currently authorized officer of the corporation who was the common parent corporation of the consolidated group for the relevant consolidated return year(s). The common parent corporation signs the agreement in its own name. The signature and title of a current officer of the common parent corporation, who is authorized to bind the common parent corporation, should be displayed in the signature block. See Treas. Reg. § 1.1502-77A(a).

   - If the agreement is for a partnership year(s) ending on or before the last day of a consolidated return year beginning on or after June 28, 2002, then a currently authorized officer of the subsidiary corporation should sign the agreement and should do so in the name of the subsidiary corporation. See Treas. Reg. § 1.1502-77(a)(6)(iii). The signature and title of a current officer of the subsidiary corporation, who is authorized to bind the corporation, should be displayed in the signature block. The agreement should also be signed

by a currently authorized officer of the corporation who was the common parent corporation of the consolidated group for the relevant consolidated return year(s). The signature and title of a current officer of the common parent corporation, who is authorized to bind the common parent corporation, should also be displayed in the signature block.

8. For a partner who is the common parent corporation of a consolidated group, a currently authorized officer of the corporation who was the common parent corporation of the consolidated group for such consolidated return year(s) should sign the agreement in the name of the common parent corporation. See Treas. Reg. § 1.1502-77(a).

9. If the Tax Matters Partner signs this offer, please include the title with the signature.

10. If the Tax Matters Partner is a subsidiary corporation in a consolidated group:

   - If the agreement is for a partnership year(s) ending on or before the last day of a consolidated return year beginning before June 28, 2002, then a currently authorized officer of the corporation who was the common parent corporation of the consolidated group for such consolidated return year should sign the agreement on behalf of the Tax Matters Partner. The signature and title of a current officer of the common parent corporation, who is authorized to bind the common parent corporation, should be displayed in the signature block. See Treas. Reg. § 1.1502-77A(a). An authorized officer for the subsidiary corporation should also sign if it, as the Tax Matters Partner, is binding non-notice partners under the agreement. The signature and title of a current officer of the subsidiary corporation, who is authorized to bind the corporation, should be displayed in the signature block

   - If the agreement is for a partnership year(s) ending on or before the last day of a consolidated return year beginning on or after June 28, 2002, then a currently authorized officer of the subsidiary corporation should sign the agreement in the name of the subsidiary corporation. See Treas. Reg. § 1.1502-77(a)(3)(v). The agreement should also be signed by a currently authorized officer of the corporation who was the common parent corporation of the consolidated group for the relevant consolidated return year(s). The signature and title of a current officer of the common parent corporation, who is authorized to bind the common parent corporation, should also be displayed in the signature block.

**NOTE:** The submission of this offer by you and the acceptance of the offer for the Commissioner may result in an additional tax liability to you plus interest as provided by law. If the result is a decrease in tax, the amount of the decrease will be sent to you with interest as provided by law.

Daugherty ROGs00003735

Department of the Treasury — Internal Revenue Service

## Agreement for Partnership Items and Partnership Level Determinations as to Penalties, Additions to Tax, and Additional Amounts

### SCHEDULE OF ADJUSTMENTS

| NAME OF PARTNERSHIP: | TAX YEAR(S) ENDED | | |
|---|---|---|---|
| Highland Capital Management | | | |
| | 12/31/2008 | | |
| EIN:  75-2716725 | | | |
| **DETAIL OF ADJUSTMENTS TO ORDINARY INCOME:** | | | |
| a. | | | |
| b. | | | |
| c. | | | |
| d. | | | |
| e. | | | |
| f. | | | |
| g. | | | |
| **TOTAL ADJUSTMENTS TO ORDINARY INCOME** | | | |
| **OTHER ADJUSTMENTS** | | | |
| A.  Portfolio income (loss) net short-term gain (loss) | | | |
| (1) ADJUSTMENT | 166,332,713.00 | | |
| (2) AS REPORTED | 3,570,236.00 | | |
| (3) CORRECTED | 169,902,949.00 | | |
| (1) ADJUSTMENT | | | |
| (2) AS REPORTED | | | |
| (3) CORRECTED | | | |

**REMARKS:**

RGS Version 18.20.00                          www.irs.gov                          Form **870-PT**

Daugherty ROGs00003736