# PD - Exhibit 29 Slipsheet

(Subject to Motion to Seal and Protective Order)