# Exhibit 20

DEFENDANT'S
EXHIBIT

**89**

25-03055

**Attachments:**   Highland Capital Bankruptcy_Claim Assignment to CPCM by Waterhouse_03_24_21.pdf.pdf
CPCM LLC_formation_Tex Sec of St_Ellington_Highgate Consulting_02_19_21.PDF
Ellington-CPCM-Highgate-Skyview_Family Tree_2021.pdf

**From:** Patrick Daugherty
**Sent:** Wednesday, January 5, 2022 3:03 PM
**To:** Paige Montgomery <pmontgomery@sidley.com>; Newman, Deborah (EXTERNAL
@QUINNEMANUEL.COM ) <deborahnewman@quinnemanuel.com>; Marc Kirschner
<marc.kirschner@teneo.com>; Karthik Bhavaraju <karthik.bhavaraju@teneo.com>
**Cc:** James Seery <jpseeryjr@gmail.com>
**Subject:** CPCM, LLC - another avatar for Scott Ellington

I reviewed the recent court filings regarding the Waterhouse Claim assignment to CPCM, Inc.
In my research of the stealthy Ellington empire, I have observed that Ellington often uses
friends, family and former Highland colleagues to front his business activities. In this case, I
noticed that Waterhouse initially listed the following address in his transfer notice on March
11, 2021:

CPCM, LLC
6505 W. Park Blvd. Ste. 306 PMB# 352
Plano, TX 75093
Email: CPCMLLCTX@gmail.com

This address is located at a UPS Store in Plano where "mail box" services are offered (this is
not a United Stated Postal Service PO Box). Importantly, Ellington and his family members
operate other entities out of other UPS Store addresses in the Plano area (6 miles away and
close to where Isaac Leventon and Ellington's family members live). Recall that Ellington
created many entities that later enlisted Connie Ellington (his mother, now deceased) and
Matt DiOrio (his business partner that he later employed at Highland) out of the following
address in Plano:

3100 Independence Parkway Ste. 311
Plano, TX 75075

Compare the attachments and see that CPCM, Inc is managed by Highgate Consulting Group (DBA Skyview), which are entities that Ellington ultimately manages (owns) and are linked back to his mail box operating business addresses out of two UPS store locations in Plano. Interestingly, the McKinney address listed for the Highgate Consulting offices was the NexBank address that Dondero and Ellington operated from after they were ousted from Highland's ofices. Also of interest, I understand that NexPoint  Advisors et al have contracted with Highgate Consulting (aka Skyview) to provide sub-advisory services in replacement of Highland Capital. Accordingly, Ellington, Leventon, Waterhouse, Sevilla and the gang have collaborated with Dondero to recreate their roles with a counterparty that is subject to the Highland demand notes.

I understand that Waterhouse and a CPCM are scheduled for depositions. Among other things, I would like to know the following:


- Who contacted Waterhouse (and Ellington, Leventon, Sevilla, etc) to purchase their claims?
- Why did they list the address of CPCM at 6505 W. Park Blvd.?
- What did they get for the transfer?
- Was their job offer at Highgate/Skyview contingent on assigning the claim to CPCM?
- For the CPCM designee, who created the UPS Store mailbox at 6505 W. Park Blvd?
- For the CPCM designee, who has/had access to the UPS Store mailbox at 6505 W. Park Blvd? [Ellington family members, friends, or colleagues?]
- Highland should also depose Highgate Consulting Group as this is the entity that manages CPCM. As such, I would ask the same questions about 3100 Independence Parkway.


In my 10+ years of litigation with Highland's previous leadership, I have been duped by the transfer of assets from defendant parties on three different occasions. Ellington has played a central role in those transfers and I encourage the Highland estate to be vigilant in investigating alleged claims brought by him individually or through his affiliates (including those fronted by his friends or family members).

President and Chief Investment Officer

**Glacier Lake Capital Advisors**
**(t)** +1 214.932.9140 **(m)** +1 972.679.7487
**(e)** pdaugherty@glacierlakecap.com