

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

**THE DATE OF ENTRY IS ON**
**THE COURT'S DOCKET**

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed April 15, 2026**

_____
**United States Bankruptcy Judge**

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § § § | Chapter 11 |
| HIGHLAND CAPITAL MANAGEMENT, L.P., | § § § | Case No. 19-34054-sgj11 |
| Reorganized Debtor. | § § § | |
| HIGHLAND CAPITAL MANAGEMENT, L.P., | § § § | |
| Plaintiff/Counter-Defendant, | § § § | |
| v. | § § | Adversary No. 25-03055-bwo |
| PATRICK HAGAMAN DAUGHERTY, | § § § | |
| Defendant/Counter-Plaintiff. | § § § § | |

4899-0987-9969

**ORDER AUTHORIZING PLAINTIFF HIGHLAND CAPITAL MANAGEMENT, L.P.,
AND DEFENDANT PATRICK HAGAMAN DAUGHERTY
<u>TO FILE CERTAIN EXHIBITS UNDER SEAL</u>**

Upon the joint motion ("<u>Motion</u>")[1] of Highland Capital Management, L.P. ("<u>Highland</u>") and Patrick Hagaman Daugherty ("<u>Daugherty</u>") (together, the "<u>Parties</u>") for entry of an order (this "<u>Order</u>"): (a) authorizing Highland to file under seal Highland's exhibits 14, 21-28, 35-37, 57, 61, 62  ("<u>Highland's Sealed Exhibits</u>") from Highland's Witness and Exhibit List and Daugherty to file under seal exhibits 17-26, 21a, 29, 60-62, 64-67, 69, 72-77 and 83-85 ("<u>Daugherty's Sealed Exhibits</u>," and together with Highland's Sealed Exhibits, the "<u>Sealed Exhibits</u>") from Daugherty's Witness and Exhibit List because the Sealed Exhibits discuss information designated as confidential by agreed protective orders entered in this matter (Docket Nos. 67 and 77) (the "<u>Protective Orders</u>"); and (b) granting related relief; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. § 1334; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and this Court having found that it may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. § 1409; and this Court having found good cause for the relief requested in the Motion; and after due deliberation and sufficient cause appearing therefor, it is **HEREBY ORDERED THAT**:

1.     The Motion is **GRANTED**.

2.     Highland is authorized to file Highland's Sealed Exhibits under seal.

3.     Daugherty is authorized to file Daugherty's Sealed Exhibits under seal.

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion.

4899-0987-9969

4.  Any confidential information contained in the Sealed Exhibits shall remain confidential and under seal.

5.  Any and all testimony and documentary evidence disclosing any confidential information at any hearing discussing the Sealed Exhibits shall be sealed at such hearing.

6.  The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

7.  The Parties are authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

8.  This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

**# # # END OF ORDER # # #**

4899-0987-9969

Submitted by:

**GRAY REED**

By:   */s/ Andrew K. York*
　　　Jason S. Brookner
　　　Texas Bar No. 24033684
　　　Andrew K. York
　　　Texas Bar No. 24051554
　　　Joshua D. Smeltzer
　　　Texas Bar No. 24113859
　　　J. Reid Burley
　　　Texas Bar No. 24109675
　　　Drake M. Rayshell
　　　Texas Bar No. 24118507

1601 Elm Street, Suite 4600
Dallas, Texas 75201
Telephone:　(214) 954-4135
Facsimile:　(214) 953-1332
Email:　　　jbrookner@grayreed.com
　　　　　　dyork@grayreed.com
　　　　　　jsmeltzer@grayreed.com
　　　　　　rburley@grayreed.com
　　　　　　drayshell@grayreed.com

*Counsel to Patrick Daugherty*

-and-

4

4899-0987-9969

**PACHULSKI STANG ZIEHL & JONES LLP**
Jeffrey N. Pomerantz (CA Bar No. 143717)
John A. Morris (NY Bar No. 2405397)
Gregory V. Demo (NY Bar No. 5371992)
Hayley R. Winograd (NY Bar No. 5612569)
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: (310) 277-6910
Facsimile: (310) 201-0760
Email:  jpomerantz@pszjlaw.com
         jmorris@pszjlaw.com
         gdemo@pszjlaw.com
         hwinograd@pszjlaw.com

-and-

**HAYWARD PLLC**
*/s/ Zachery Z. Annable*
Melissa S. Hayward
Texas Bar No. 24044908
MHayward@HaywardFirm.com
Zachery Z. Annable
Texas Bar No. 24053075
ZAnnable@HaywardFirm.com
10501 N. Central Expy, Ste. 106
Dallas, Texas 75231
Tel: (972) 755-7100
Fax: (972) 755-7110

*Counsel for Plaintiff/Counter-Defendant*
*Highland Capital Management, L.P.*

5

4899-0987-9969