United States Bankruptcy Court

Northern District of Texas

Highland Capital Management, L.P.,

    Plaintiff

Daugherty,

    Defendant

Adv. Proc. No. 25-03055-bwo

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0539-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Apr 15, 2026 | Form ID: pdf001 | Total Noticed: 5 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 17, 2026:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| ust | + Email/Text: ustpregion06.da.ecf@usdoj.gov | Apr 15 2026 21:35:00 | United States Trustee, 1100 Commerce Street, Room 976, Dallas, TX 75242-0996 |
| ust | + Email/Text: ustpregion07.au.ecf@usdoj.gov | Apr 15 2026 21:35:00 | United States Trustee - AU12, United States Trustee, 903 San Jacinto Blvd, Suite 230, Austin, TX 78701-2450 |
| ust | + Email/Text: ustpregion07.au.ecf@usdoj.gov | Apr 15 2026 21:35:00 | United States Trustee - MD12, US Trustee's Office, 230 Homer Thornberry Judicial Bldg., 903 San Jacinto Blvd., Austin, TX 78701-2450 |
| ust | + Email/Text: USTPRegion07.SN.ECF@usdoj.gov | Apr 15 2026 21:35:00 | United States Trustee - SA12, US Trustee's Office, 615 E Houston, Suite 533, San Antonio, TX 78205-2055 |
| ust | + Email/Text: ustpregion07.au.ecf@usdoj.gov | Apr 15 2026 21:35:00 | United States Trustee - WA12, United States Trustee, 903 San Jacinto Blvd, Suite 230, Austin, TX 78701-2450 |

TOTAL: 5

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| ust | *+ | United States Trustee - SA12, US Trustee's Office, 615 E Houston, Suite 533, San Antonio, TX 78205-2055 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 17, 2026      Signature:      /s/Gustava Winters

District/off: 0539-3        User: admin        Page 2 of 2

Date Rcvd: Apr 15, 2026        Form ID: pdf001        Total Noticed: 5

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 15, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |

**Andrew K. York**

on behalf of Defendant Patrick Hagaman Daugherty dyork@grayreed.com slangley@grayreed.com

**Andrew K. York**

on behalf of Counter-Claimant Patrick Hagaman Daugherty dyork@grayreed.com slangley@grayreed.com

**Gregory V. Demo**

on behalf of Counter-Defendant Highland Capital Management L.P. gdemo@pszjlaw.com, jo'neill@pszjlaw.com;ljones@pszjlaw.com;jfried@pszjlaw.com;ikharasch@pszjlaw.com;jmorris@pszjlaw.com;jpomerantz@pszjlaw.com;hwinograd@pszjlaw.com;kyee@pszjlaw.com;lsc@pszjlaw.com

**Gregory V. Demo**

on behalf of Plaintiff Highland Capital Management L.P. gdemo@pszjlaw.com, jo'neill@pszjlaw.com;ljones@pszjlaw.com;jfried@pszjlaw.com;ikharasch@pszjlaw.com;jmorris@pszjlaw.com;jpomerantz@pszjlaw.com;hwinograd@pszjlaw.com;kyee@pszjlaw.com;lsc@pszjlaw.com

**Hayley R Winograd**

on behalf of Plaintiff Highland Capital Management L.P. hayleywinograd@gmail.com

**Hayley R Winograd**

on behalf of Counter-Defendant Highland Capital Management L.P. hayleywinograd@gmail.com

**Jeffrey Nathan Pomerantz**

on behalf of Plaintiff Highland Capital Management L.P. jpomerantz@pszjlaw.com

**Jeffrey Nathan Pomerantz**

on behalf of Counter-Defendant Highland Capital Management L.P. jpomerantz@pszjlaw.com

**Jeffrey Reid Burley**

on behalf of Defendant Patrick Hagaman Daugherty rburley@grayreed.com hpetrea@bellnunnally.com

**Jeffrey Reid Burley**

on behalf of Counter-Claimant Patrick Hagaman Daugherty rburley@grayreed.com hpetrea@bellnunnally.com

**John A Morris**

on behalf of Plaintiff Highland Capital Management L.P. jmorris@pszjlaw.com

**John A Morris**

on behalf of Counter-Defendant Highland Capital Management L.P. jmorris@pszjlaw.com

**Melissa S. Hayward**

on behalf of Plaintiff Highland Capital Management L.P. MHayward@HaywardFirm.com, mholmes@HaywardFirm.com

**Zachery Z. Annable**

on behalf of Plaintiff Highland Capital Management L.P. zannable@haywardfirm.com, mholmes@haywardfirm.com

**Zachery Z. Annable**

on behalf of Counter-Defendant Highland Capital Management L.P. zannable@haywardfirm.com, mholmes@haywardfirm.com

TOTAL: 15



CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed April 15, 2026**

_____
**United States Bankruptcy Judge**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| HIGHLAND CAPITAL MANAGEMENT, L.P., | § | Case No. 19-34054-sgj11 |
| | § | |
| Reorganized Debtor. | § | |
| | § | |
| HIGHLAND CAPITAL MANAGEMENT, L.P., | § | |
| | § | |
| Plaintiff/Counter-Defendant, | § | |
| | § | |
| v. | § | |
| | § | Adversary No. 25-03055-bwo |
| PATRICK HAGAMAN DAUGHERTY, | § | |
| | § | |
| Defendant/Counter-Plaintiff. | § | |
| | § | |
| | § | |

4899-0987-9969

**ORDER AUTHORIZING PLAINTIFF HIGHLAND CAPITAL MANAGEMENT, L.P.,
AND DEFENDANT PATRICK HAGAMAN DAUGHERTY
<u>TO FILE CERTAIN EXHIBITS UNDER SEAL</u>**

Upon the joint motion ("<u>Motion</u>")[1] of Highland Capital Management, L.P. ("<u>Highland</u>")

and Patrick Hagaman Daugherty ("<u>Daugherty</u>") (together, the "<u>Parties</u>") for entry of an order

(this "<u>Order</u>"): (a) authorizing Highland to file under seal Highland's exhibits 14, 21-28, 35-37,

57, 61, 62  ("<u>Highland's Sealed Exhibits</u>") from Highland's Witness and Exhibit List and

Daugherty to file under seal exhibits 17-26, 21a, 29, 60-62, 64-67, 69, 72-77 and 83-85

("<u>Daugherty's Sealed Exhibits</u>," and together with Highland's Sealed Exhibits, the "<u>Sealed</u>

<u>Exhibits</u>") from Daugherty's Witness and Exhibit List because the Sealed Exhibits discuss

information designated as confidential by agreed protective orders entered in this matter (Docket

Nos. 67 and 77) (the "<u>Protective Orders</u>"); and (b) granting related relief; and this Court having

jurisdiction over this matter pursuant to 28 U.S.C. § 1334; and this Court having found that this is

a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and this Court having found that it may enter

a final order consistent with Article III of the United States Constitution; and this Court having

found that venue of this proceeding and the Motion in this district is proper pursuant to

28 U.S.C. § 1409; and this Court having found good cause for the relief requested in the Motion;

and after due deliberation and sufficient cause appearing therefor, it is **HEREBY ORDERED**

**THAT**:

1.     The Motion is **GRANTED**.

2.     Highland is authorized to file Highland's Sealed Exhibits under seal.

3.     Daugherty is authorized to file Daugherty's Sealed Exhibits under seal.

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion.

4899-0987-9969

4.      Any confidential information contained in the Sealed Exhibits shall remain confidential and under seal.

5.      Any and all testimony and documentary evidence disclosing any confidential information at any hearing discussing the Sealed Exhibits shall be sealed at such hearing.

6.      The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

7.      The Parties are authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

8.      This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

**# # # END OF ORDER # # #**

3

4899-0987-9969

Submitted by:

**GRAY REED**

By:   */s/ Andrew K. York*
       Jason S. Brookner
       Texas Bar No. 24033684
       Andrew K. York
       Texas Bar No. 24051554
       Joshua D. Smeltzer
       Texas Bar No. 24113859
       J. Reid Burley
       Texas Bar No. 24109675
       Drake M. Rayshell
       Texas Bar No. 24118507

1601 Elm Street, Suite 4600
Dallas, Texas 75201
Telephone:   (214) 954-4135
Facsimile:   (214) 953-1332
Email:       jbrookner@grayreed.com
             dyork@grayreed.com
             jsmeltzer@grayreed.com
             rburley@grayreed.com
             drayshell@grayreed.com

*Counsel to Patrick Daugherty*


-and-

4

4899-0987-9969

**PACHULSKI STANG ZIEHL & JONES
LLP**
Jeffrey N. Pomerantz (CA Bar No. 143717)
John A. Morris (NY Bar No. 2405397)
Gregory V. Demo (NY Bar No. 5371992)
Hayley R. Winograd (NY Bar No. 5612569)
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: (310) 277-6910
Facsimile: (310) 201-0760
Email:  jpomerantz@pszjlaw.com
        jmorris@pszjlaw.com
        gdemo@pszjlaw.com
        hwinograd@pszjlaw.com

-and-

**HAYWARD PLLC**
*/s/ Zachery Z. Annable*
Melissa S. Hayward
Texas Bar No. 24044908
MHayward@HaywardFirm.com
Zachery Z. Annable
Texas Bar No. 24053075
ZAnnable@HaywardFirm.com
10501 N. Central Expy, Ste. 106
Dallas, Texas 75231
Tel: (972) 755-7100
Fax: (972) 755-7110

*Counsel for Plaintiff/Counter-Defendant
Highland Capital Management, L.P.*

5

4899-0987-9969