BTXN 119 (rev. 03/19)

# AUDIO / TRANSCRIPT ORDER

| 1. ORDER REQUEST:<br>☐ DUPLICATE OF AUDIO<br>CD Recordings Only    ☒ TRANSCRIPT | 2. DATE OF ORDER:<br>5/13/2026 | **FOR COURT USE ONLY**<br>**DUE DATE:** |
|---|---|---|

| 3. NAME:<br>Melanie Holmes | 4. PHONE NUMBER:<br>972-755-7105 | 5. EMAIL ADDRESS:<br>mholmes@haywardfirm.com |
|---|---|---|

| 6. MAILING ADDRESS:<br>10501 N. Central Expy., Ste. 106 | 7. CITY:<br>Dallas | 8. STATE:<br>TX | 9. ZIP CODE:<br>75231 |
|---|---|---|---|

| 10. CASE NUMBER:<br>25-03055 | 11. CASE NAME:<br>Highland v. Daugherty | 12. JUDICIAL OFFICIAL:<br>O'Dell | 13. DATE OF PROCEEDING:<br>FROM: 04 / 17 / 2026 |
|---|---|---|---|

**14. ORDER FOR:** ☐ APPEAL    ☒ BANKRUPTCY    ☐ OTHER

15. ORDER:

| | ORDINARY | 7 DAY EXPEDITED | DAILY | HOURLY |
|---|---|---|---|---|
| A. | ☐ | ☐ | ☐ | ☒ |

| 14 DAY EXPEDITED | 3 DAY EXPEDITED |
|---|---|
| ☐ | ☐ |

16. AUDIO/TRANSCRIPT REQUESTED  Specify portion(s) and date(s) of proceeding(s):

| PORTION(S) | PORTION(S) |
|---|---|
| ☒ ENTIRE HEARING | ☐ TESTIMONY (SPECIFY WITNESS) |
| ☐ OPENING STATEMENT (PLAINTIFF) | |
| ☐ OPENING STATEMENT (DEFENDANT) | |
| ☐ CLOSING ARGUMENT (PLAINTIFF) | ☐ VOIR DIRE |
| ☐ CLOSING ARGUMENT (DEFENDANT) | ☐ OTHER (SPECIFY) |
| ☐ COURT RULING ONLY | |

| CERTIFICATION<br>By signing 17. & 18, I certify that I will pay all charges (deposit plus additional as specified by the assigned transcriber). | 17. SIGNATURE: /s/ Melanie Holmes |
|---|---|
| | 18. DATE: 5/13/2026 |

**COURT USE ONLY**

| A. PROCESSED BY: | B. TRANSCRIPT TO BE PREPARED BY: |
|---|---|
| PHONE NUMBER: | ADDRESS: |
| EMAIL ADDRESS: | TELEPHONE:<br>EMAIL ADDRESS: |

| C. PARTY RECEIVED AUDIO: | DATE: | BY: | $31 FEE PAID: |
|---|---|---|---|

**DISTRIBUTION:**　　　　COURT COPY　　　　ORDER RECEIPT　　　　ORDER COPY