

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

**THE DATE OF ENTRY IS ON**
**THE COURT'S DOCKET**

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed July 24, 2026**

_____
**United States Bankruptcy Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| Highland Capital Management, L.P., | § | Case No. 19-34054-sgj11 |
| | § | |
| Reorganized Debtor. | § | |
| _____ | § | _____ |
| | § | |
| Highland Capital Management, L.P., | § | |
| | § | |
| Plaintiff/Counter-Defendant, | § | |
| | § | |
| v. | § | Adversary No. 25-03055-bwo |
| | § | |
| Patrick Hagaman Daugherty, | § | |
| | § | |
| Defendant/Counter-Plaintiff. | § | |

## JUDGMENT

Consistent with the Memorandum Opinion issued on this date, it is hereby

1

ORDERED, ADJUDGED, AND DECREED that Patrick Hagaman Daugherty's ("Daugherty") Reserved Claim[1] is disallowed; it is further

ORDERED, ADJUDGED, AND DECREED that Highland Capital Management, L.P. ("Highland") did not breach its obligations under the Settlement Agreement between Highland and Daugherty dated November 22, 2021, and approved by this Court on March 8, 2022 (the "Settlement Agreement"); it is further

ORDERED, ADJUDGED, AND DECREED that Daugherty's request for specific performance of the Settlement Agreement is denied; and it is further

ORDERED, ADJUDGED, AND DECREED that any relief not expressly granted herein is denied.

This Judgment disposes of all parties and all claims in this adversary proceeding.

### End of Judgment ###

---

[1] "Reserved Claim" has the same meaning given to it in the Court's Memorandum Opinion.

2