BTXN 049 (rev. 03/15)

## UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| In Re: | § | |
| Highland Capital Management, L.P. | § | |
| | § | Case No.:   19–34054–sgj11 |
| Debtor(s) | § | Chapter No.:   11 |
| | § | |
| Highland Capital Management, L.P. | § | |
| Plaintiff(s) | § | Adversary No.:   25–03055–bwo |
| | § | |
| vs. | § | |
| Patrick Hagaman Daugherty  et al. | § | Civil Case No.: |
| Defendant(s) | § | |
| | § | |
| Patrick Hagaman Daugherty | § | |
| Appellant(s) | § | |
| | § | |
| vs. | § | |
| Highland Capital Management, L.P. and Highland Claimant Trust | § | |
| Appellee(s) | § | |
| | § | |

## NOTICE OF TRANSMITTAL

I am transmitting:

☐ The Motion for leave to Appeal 28 U.S.C. § (USDC Civil Action No. DNC Case).

☐ The Motion for Stay Pending Appeal (USDC Action No. – DNC Case).

☐ The Proposed Findings of Fact and Conclusions of Law.

☐ The Motion to Extend Time To File Designation (USDC Civil Action No DNC Case).

☐ On , the Record on Appeal was transmitted. The designation of record or item(s) designated by were not filed when the record was transmitted. The item(s) were filed on awaiting instructions from the assigned district judge.

☐ Other

☑ Copies of: Notice of appeal, appealed order [138] and supporting documents

**TO ALL ATTORNEYS**: File all subsequent papers captioned and numbered with the appropriate division of the United States District Clerk's Office. Any questions concerning this proceeding should be directed to the U.S. District Clerk's Office at (214) 753–2200.

DATED:  8/11/26                    FOR THE COURT:
                                   Stephen J Manz, Clerk of Court

                                   by: /s/Sheniqua Whitaker, Deputy Clerk

BTXN 116 (rev. 07/08)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

## APPEAL SERVICE LIST

### Transmission of the Record

BK Case No.: _19−34054−sgj11_

Adversary No.: _25−03055−bwo_

Received in District Court by: _____

Date: _____

Volume Number(s): _____

cc: Brad W Odell
    Alicia Barcomb

    Attorney(s) for Appellant
    US Trustee

**Appellant**  Patrick Daugherty

Jason S. Brookner
Andrew K. York
Joshua D. Smeltzer
J. Reid Burley
Drake M. Rayshell
GRAY REED & McGRAW LLP
1601 Elm Street, Suite 4600
Dallas, Texas 75201
Telephone: (214) 954−4135

**Appellee**  Highland Capital Management, L.P. and Highland Claimant Trust

Jeffrey N. Pomerantz (admitted pro hac vice)
John A. Morris (admitted pro hac vice)
Gregory V. Dmo (admitted pro hac vice)
Hayley R. Winograd (admitted pro hac vice)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California 90067
Telephone: (310) 277−6910

And

Melissa S. Hayward
Zachery Z. Annable
HAYWARD PLLC
10501 N. Central Expwy., Suite 106
Dallas, Texas 75231
Telephone: (972) 755−7100

BTXN 150 (rev. 11/10)

| In Re:<br>Highland Capital Management, L.P.<br><br><br>Highland Capital Management, L.P.<br><br>   vs.<br>Patrick Hagaman Daugherty  et al. | Debtor(s)<br><br>Plaintiff(s)<br><br><br>Defendant(s) | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Case No.:    19−34054−sgj11<br>Chapter No.:   11<br><br>Adversary No.:   25−03055−bwo |

# CIVIL CASE COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.

**I. (a) APPELLANT**
Patrick Daugherty

**(b)** County of Residence of First Listed Party:
(EXCEPT IN U.S. PLAINTIFF CASES)

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Jason S. Brookner
Andrew K. York
Joshua D. Smeltzer
J. Reid Burley
Drake M. Rayshell
GRAY REED & McGRAW LLP
1601 Elm Street, Suite 4600
Dallas, Texas 75201
Telephone: (214) 954−4135

**APPELLEE**
Highland Capital Management, L.P. and Highland Claimant Trust

County of Residence of First Listed Party:
(IN U.S. PLAINTIFF CASES ONLY)

Attorney's (If Known)
Jeffrey N. Pomerantz (admitted pro hac vice)
John A. Morris (admitted pro hac vice)
Gregory V. Dmo (admitted pro hac vice)
Hayley R. Winograd (admitted pro hac vice)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California 90067
Telephone: (310) 277−6910

And

Melissa S. Hayward
Zachery Z. Annable
HAYWARD PLLC
10501 N. Central Expwy., Suite 106
Dallas, Texas 75231
Telephone: (972) 755−7100

---

**II. BASIS OF JURISDICTION**

○ 1  U.S. Government
       Plaintiff

○ 2  U.S. Government
       Defendant

◉ 3  Federal Question
       (U.S. Government
       Not a Party)

○ 4  Diversity
       (Indicate Citizenship
       of Parties in Item III)

---

**III. CITIZENSHIP OF PRINCIPAL PARTIES**

| | | | | | |
|---|---|---|---|---|---|
| Citizen of This State | ○ 1 | ○ 1 | Incorporated *or* Principal Place of Business In This State | ○ 4 | ○ 4 |
| Citizen of Another State | ○ 2 | ○ 2 | Incorporated *and* Principal Place of Business In Another State | ○ 5 | ○ 5 |
| Citizen or Subject of a Foreign Country | ○ 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

---

**IV. NATURE OF SUIT**

◉ 422 Appeal 28 USC 158      ○ 423 Withdrawal 28 USC 157      ○ 890 Other Statutory Actions

---

**V. ORIGIN**

◉ 1  Original Proceeding
○ 2  Removed from State Court
○ 3  Remanded from Appellate Court
○ 4  Reinstated or Reopened
○ 5  Transferred from another district
○ 6  Multidistrict Litigation
○ 7  Appeal to District Judge from Magistrate Judgment

---

**VI. CAUSE OF ACTION**

Cite the U.S. Civil Statute under which you are filing **(Do not cite jurisdictional statutes unless diversity):**
422 Appeal 28 USC 158

Brief description of cause:
Notice of appeal of a bankruptcy court order

---

**VII. REQUESTED IN COMPLAINT:**

☐      CHECK IF THIS IS A **CLASS ACTION** UNDER F.R.C.P. 23      DEMAND $

CHECK YES only if demanded in complaint:

JURY DEMAND:  ☐ Yes  ☐ No

---

**VIII. RELATED CASE(S) IF ANY**
Judge:                                             Docket Number:  3:25−cv−02584−E

---

DATED:  8/11/26                    FOR THE COURT:
                                   Stephen J Manz, Clerk of Court
                                   by: /s/Sheniqua Whitaker, Deputy Clerk