BTXN 027 (rev. 04/26)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

| | | | |
|---|---|---|---|
| In Re: | | § | |
| Highland Capital Management, L.P. | | § | |
| | | § | Case No.: 19−34054−sgj11 |
| | Debtor(s) | § | Chapter No.: 11 |
| Highland Capital Management, L.P. | | § | |
| | Plaintiff(s) | § | Adversary No.: 25−03055−bwo |
| vs. | | § | |
| Patrick Hagaman Daugherty et al. | | § | |
| | Defendant(s) | § | |

Dear Andrew:

The above referenced case has been reviewed as part of the Clerk's Office continuing effort to identify cases that are deficient. Our review indicates that this case requires:

- ☐ Case Status
- ☐ An Order in resolution of
- ☐ A Notice of Hearing on
- ☐ An Amendment or Correction to a filing as follows
- ☑ The following additional Filing: Please file an amended appellant designation: to omit any hearing held or status conferences set events as they do not have a PDF; any receipt entries, as they do not have a PDF. Any entry that does NOT have a PDF please omit; All SEALED DOCS, need to be placed in an envelope with a cover page attached to the front. Any oversized document needs to be placed on a flashdrive and submitted to the clerks office.

Please electronically file the requested documents, provide a specific date for which this information will be provided to the Court, or provide information as to why this case should remain open. Failure to respond within 5 days from the date of this letter may result in the Court setting a status conference to determine why the document(s) has not been filed or the matter may be denied for want of prosecution.

DATED: 8/28/26

FOR THE COURT:
Stephen J Manz, Clerk of Court

by: /s/J. Blanco, Deputy Clerk
juan_blanco@txnb.uscourts.gov