Jason S. Brookner (Texas Bar No. 240033684)
Andrew K. York (Texas Bar No. 24051554)
Joshua D. Smeltzer (Texas Bar No. 24113859)
J. Reid Burley (Texas Bar No. 24109675)
Drake M. Rayshell (Texas Bar No. 24118507)
GRAY REED
1845 Woodall Rodgers Fwy., Suite 1300
Dallas, Texas 75201
Telephone: (214) 954-4135
Facsimile: (214) 953-1332
Email: jbrookner@grayreed.com
dyork@grayreed.com
jsmeltzer@grayreed.com
rburley@grayreed.com
drayshell@grayreed.com

*Counsel to Patrick Daugherty*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| HIGHLAND CAPITAL MANAGEMENT, L.P.,[1] | § | Case No. 19-34054 (SGJ) |
| Reorganized Debtor. | § | |
| HIGHLAND CAPITAL MANAGEMENT, L.P., | § | |
| Plaintiff, | § | |
| v. | § | Adversary No. 25-03055-bwo |
| PATRICK HAGAMAN DAUGHERTY, | § | |
| Defendant. | § | |

[1] Highland's last four digits of its taxpayer identification number are (8357). The headquarters and service address for Highland is 100 Crescent Court, Suite 1850, Dallas, TX 75201.

**APPELLANT'S AMENDED DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL AND STATEMENT OF THE ISSUES PRESENTED**

Pursuant to Federal Rule of Bankruptcy Procedure 8009(a), Appellant Patrick Daugherty ("Daugherty") hereby submits his amended designation of items to be included in the record on appeal and statement of issues to be presented in connection with his appeal from the July 24, 2026 *Judgment and Memorandum Opinion* [Docket Nos. 138, 139 in Adversary No. 25-03055-bwo]. *See Notice of Appeal* [Docket No. 142 in Adversary No. 25-03055-bwo].

**Statement of Issues on Appeal**

1. Whether the Bankruptcy Court erred in disallowing Daugherty's Reserved Claim based on the Employment Agreement's termination provisions, when the Court itself found the 2009 Compensation Statement was incorporated into the Employment Agreement and resolved its ambiguity in Daugherty's favor, concluding that Highland Capital Management, L.P. ("Highland") intended to compensate Daugherty for any material deviation in his 2008 tax refund.

2. Whether the Bankruptcy Court erred in applying the "no further liability or obligation" language of Sections 4.5 and 4.6 of the Employment Agreement to extinguish Daugherty's compensation entitlement under the 2009 Compensation Statement, when that language pertains to severance contingent upon execution of a separation agreement and not to earned compensation that accrued during Daugherty's active employment.

3. Whether the Bankruptcy Court erred in holding that James Dondero's oral promises to cover Daugherty's contingent tax liability were unenforceable under Texas's statute of frauds, Tex. Bus. & Com. Code § 26.01, when Highland had a main purpose of its own in making the promise and when the Court failed to consider Daugherty's continued employment and forbearance as adequate consideration.

4. Whether the Bankruptcy Court erred in denying Daugherty's counterclaim for specific performance of the Settlement Agreement's books-and-records provision by construing that provision through the statutory categories of 6 Del. C. § 18-305(a), rather than by the plain meaning of the negotiated Settlement Agreement requiring Highland to "transfer its *interests* in HERA and ERA to Daugherty" "[t]o facilitate [the] recovery of [] potential claims," including "the HERA and ERA books and records (spreadsheet) maintained on HCMLP's system."

5. Whether the Bankruptcy Court abused its discretion by granting Highland Capital Management, L.P.'s Cross Motion pursuant to Fed. R. Civ. P. 60(b)(6) when Highland failed to make a showing of manifest injustice and exceptional circumstances required to rewrite a term of



4926-7565-0252

the parties' bargained-for, court-approved settlement agreement that Highland Capital Management, L.P. entered on a free, deliberate, calculated, and counseled basis.

6. Whether the Bankruptcy Court abused its discretion by granting Highland Capital Management, L.P.'s Cross Motion pursuant to Fed. R. Civ. P. 60(b)(6) when Highland was estopped from seeking such relief after it obtained the benefits of the tolling provision in the settlement agreement, including, inter alia, the parties' negotiation and execution of a series of tolling agreements to the benefit of Highland Capital Management, L.P. regarding its certain claim-objection deadline.

**Designation of Record**

Daugherty respectfully designates the following items to be included in the appellate record pursuant to Bankruptcy Rule 8009(a):

1. Notice of Appeal for Adversary No. 25-03055-bwo [Docket No. 142].

2. The Judgment Order or Decree appealed from: July 24, 2026 – Judgment [Docket No. 138].

3. July 24, 2026 – Memorandum of Opinion [Docket No. 139].

4. Docket Sheet for Adversary Case No. 25-03055-bwo kept by the Bankruptcy Clerk.

5. Documents listed below for Bankruptcy Case No. 25-03055-bwo:

| **Filing Date** | **Docket No.** | **Description** |
|---|---|---|
| 05/02/2025 | 1 | (16 pgs; 3 docs) Adversary case 25-03055. Complaint by Highland Capital Management, L.P. against Patrick Hagaman Daugherty. Fee Amount $350 (Attachments: # 1 Exhibit A # 2 Adversary Proceeding Cover Sheet). Nature(s) of suit: 81 (Subordination of claim or interest). (Annable, Zachery) |
| 05/05/2025 | 2 | (4 pgs; 2 docs) Summons issued on Patrick Hagaman Daugherty; Answer Due 6/4/2025; (Edmond, Michael) |
| 05/05/2025 | 3 | (2 pgs) Scheduling order setting deadlines. Discovery and all exhibits except impeachment documents: 45 days prior to Docket Call, pre-trial order: 7 calendar days prior to Docket Call, proposed findings of fact and conclusions of law: 7 days prior to first scheduled docket call (RE: related document(s)1 Complaint filed by Plaintiff Highland Capital Management, L.P.). Trial Docket Call date set for 10/6/2025 at 01:30 PM at https://us- |



4926-7565-0252

| | | |
|---|---|---|
| | | courts.webex.com/meet/jerniga. Trial will be held during the week of 10/20/2025. Entered on 5/5/2025 (Edmond, Michael) |
| 05/06/2025 | 4 | (4 pgs) Summons service executed on Patrick Hagaman Daugherty 5/5/2025 (Annable, Zachery) |
| 06/04/2025 | 5 | (13 pgs; 2 docs) Motion to dismiss adversary proceeding filed by Defendant Patrick Hagaman Daugherty (Attachments: # 1 Proposed Order) (York, Andrew) |
| 06/16/2025 | 6 | (5 pgs) Stipulation by Highland Capital Management, L.P. and Patrick Hagaman Daugherty. filed by Plaintiff Highland Capital Management, L.P. (RE: related document(s)3 Standing scheduling order in an adversary proceeding). (Annable, Zachery) |
| 06/20/2025 | 7 | (10 pgs) Order approving stipulation concerning Scheduling Order (RE: related document(s)6 Stipulation filed by Plaintiff Highland Capital Management, L.P.). Entered on 6/20/2025 (Okafor, M.) |
| 06/22/2025 | 8 | (12 pgs) BNC certificate of mailing - PDF document. (RE: related document(s)7 Order approving stipulation concerning Scheduling Order (RE: related document(s)6 Stipulation filed by Plaintiff Highland Capital Management, L.P.). Entered on 6/20/2025 (Okafor, M.)) No. of Notices: 1. Notice Date 06/22/2025. (Admin.) |
| 07/18/2025 | 9 | (13 pgs; 2 docs) Response opposed to (related document(s): 5 Motion to dismiss adversary proceeding filed by Defendant Patrick Hagaman Daugherty) filed by Plaintiff Highland Capital Management, L.P.. (Attachments: # 1 Proposed Order) (Annable, Zachery) |
| 07/18/2025 | 10 | (13 pgs; 2 docs) Highland Capital Management, L.P.'s CROSS MOTION FOR RELIEF FROM A FINAL ORDER PURSUANT TO BANKRUPTCY RULE 9024 filed by Plaintiff Highland Capital Management, L.P. (Attachments: # 1 Proposed Order) (Annable, Zachery) Modified TEXT on 7/21/2025 (hsj). |
| 07/18/2025 | 11 | (43 pgs; 5 docs) Declaration re: *(Declaration of John A. Morris in Support of Highland Capital Management, L.P.'s (A) Objection to Patrick Daugherty's Motion to Dismiss and (B) Cross Motion for Relief from a Final Order Pursuant to Bankruptcy Rule 9024)* filed by Plaintiff Highland Capital Management, L.P. (RE: related document(s)9 Response, 10 Motion for leave *(Highland Capital Management, L.P.'s (A) Objection to Patrick Daugherty's Motion to Dismiss and (B) Cross Motion for Relief from a Final Order Pursuant to Bankruptcy Rule 9024)*). (Attachments: # 1 Exhibit 1 # 2 Exhibit 2 # 3 Exhibit 3 # 4 Exhibit 4) (Annable, Zachery) |

| | | |
|---|---|---|
| 07/28/2025 | 12 | (4 pgs) Certificate of service re: Objection, Objection, & Declaration Filed by Claims Agent Kurtzman Carson Consultants, LLC d/b/a Verita Global (related document(s)9 Response opposed to (related document(s): 5 Motion to dismiss adversary proceeding filed by Defendant Patrick Hagaman Daugherty) filed by Plaintiff Highland Capital Management, L.P.. (Attachments: # 1 Proposed Order) filed by Plaintiff Highland Capital Management, L.P., 10 Highland Capital Management, L.P.'s CROSS MOTION FOR RELIEF FROM A FINAL ORDER PURSUANT TO BANKRUPTCY RULE 9024 filed by Plaintiff Highland Capital Management, L.P. (Attachments: # 1 Proposed Order) (Annable, Zachery) Modified TEXT on 7/21/2025 (hsj). filed by Plaintiff Highland Capital Management, L.P., 11 Declaration re: *(Declaration of John A. Morris in Support of Highland Capital Management, L.P.'s (A) Objection to Patrick Daugherty's Motion to Dismiss and (B) Cross Motion for Relief from a Final Order Pursuant to Bankruptcy Rule 9024)* filed by Plaintiff Highland Capital Management, L.P. (RE: related document(s)9 Response, 10 Motion for leave *(Highland Capital Management, L.P.'s (A) Objection to Patrick Daugherty's Motion to Dismiss and (B) Cross Motion for Relief from a Final Order Pursuant to Bankruptcy Rule 9024)*). (Attachments: # 1 Exhibit 1 # 2 Exhibit 2 # 3 Exhibit 3 # 4 Exhibit 4) filed by Plaintiff Highland Capital Management, L.P.). (Kass, Albert) |
| 07/30/2025 | 13 | (3 pgs) Notice of hearing filed by Defendant Patrick Hagaman Daugherty (RE: related document(s)5 Motion to dismiss adversary proceeding filed by Defendant Patrick Hagaman Daugherty, 10 Motion for leave filed by Plaintiff Highland Capital Management, L.P.). Hearing to be held on 9/4/2025 at 09:30 AM at https://us-courts.webex.com/meet/jerniga for 10 and for 5, (York, Andrew) |
| 07/31/2025 | 14 | (6 pgs; 2 docs) Amended Notice of hearing filed by Defendant Patrick Hagaman Daugherty (RE: related document(s)5 Motion to dismiss adversary proceeding filed by Defendant Patrick Hagaman Daugherty, 10 Motion for leave filed by Plaintiff Highland Capital Management, L.P.). Hearing to be held on 9/4/2025 at 09:30 AM at https://us-courts.webex.com/meet/jerniga for 10 and for 5 and for 10, (Attachments: # 1 Exhibit A)(York, Andrew) |
| 08/08/2025 | 15 | (13 pgs) Reply to (related document(s): 9 Response filed by Plaintiff Highland Capital Management, L.P.) *and Response to Plaintiff's Cross Motion for Relief from a Final Order Pursuant to Bankruptcy Rule 9024* filed by Defendant Patrick Hagaman Daugherty. (York, Andrew) |
| 08/15/2025 | 16 | (5 pgs) Reply to (related document(s): 15 Reply filed by Defendant Patrick Hagaman Daugherty) *(Highland Capital Management, L.P.'s Reply in Further Support of Its Cross Motion for Relief from a Final Order Pursuant to Bankruptcy Rule 9024)* filed by Plaintiff Highland Capital Management, L.P.. (Annable, Zachery) |

| | | |
|---|---|---|
| 08/18/2025 | 17 | (3 pgs) Notice of Appearance and Request for Notice by Melissa S. Hayward filed by Plaintiff Highland Capital Management, L.P.. (Hayward, Melissa) |
| 08/19/2025 | 18 | (3 pgs) Certificate of service re: *Highland Capital Management, L.P.s Reply in Further Support of its Cross Motion for Relief from a Final Order Pursuant to Bankruptcy Rule 9024* Filed by Claims Agent Kurtzman Carson Consultants, LLC d/b/a Verita Global (related document(s)16 Reply to (related document(s): 15 Reply filed by Defendant Patrick Hagaman Daugherty) *(Highland Capital Management, L.P.'s Reply in Further Support of Its Cross Motion for Relief from a Final Order Pursuant to Bankruptcy Rule 9024)* filed by Plaintiff Highland Capital Management, L.P.. filed by Plaintiff Highland Capital Management, L.P.). (Kass, Albert) |
| 08/29/2025 | 19 | (225 pgs; 12 docs) Witness and Exhibit List *for Hearing Scheduled for September 4, 2025 at 9:30 a.m.* filed by Defendant Patrick Hagaman Daugherty (RE: related document(s)5 Motion to dismiss adversary proceeding , 9 Response, 10 Motion for leave *(Highland Capital Management, L.P.'s (A) Objection to Patrick Daugherty's Motion to Dismiss and (B) Cross Motion for Relief from a Final Order Pursuant to Bankruptcy Rule 9024)*). (Attachments: # 1 Exhibit # 2 Exhibit # 3 Exhibit # 4 Exhibit # 5 Exhibit # 6 Exhibit # 7 Exhibit # 8 Exhibit # 9 Exhibit # 10 Exhibit # 11 Exhibit) (York, Andrew) |
| 09/04/2025 | 20 | (48 pgs; 2 docs) Witness and Exhibit List filed by Plaintiff Highland Capital Management, L.P. (RE: related document(s)5 Motion to dismiss adversary proceeding , 10 Motion for leave *(Highland Capital Management, L.P.'s (A) Objection to Patrick Daugherty's Motion to Dismiss and (B) Cross Motion for Relief from a Final Order Pursuant to Bankruptcy Rule 9024)*). (Attachments: # 1 Exhibit 1) (Annable, Zachery) |
| 09/05/2025 | 23 | (3 pgs) Order (A) denying Patrick Daugherty's motion to dismiss adversary proceeding (related document # 5), and (B) granting Highland Capital Management's cross motion for relief from a final order. (related document # 10). Pursuant to Bankruptcy Rule 9024(b)(6), the Settlement Order is hereby modified to provide that the Stay Provision is stricken from the Settlement Agreement. Entered on 9/5/2025. (Okafor, M.) |
| 09/07/2025 | 24 | (5 pgs) BNC certificate of mailing - PDF document. (RE: related document(s)23 Order (A) denying Patrick Daugherty's motion to dismiss adversary proceeding (related document 5), and (B) granting Highland Capital Management's cross motion for relief from a final order. (related document 10). Pursuant to Bankruptcy Rule 9024(b)(6), the Settlement Order is hereby modified to provide that the Stay Provision is stricken from the Settlement Agreement. Entered on 9/5/2025. (Okafor, M.)) No. of Notices: 1. Notice Date 09/07/2025. (Admin.) |

| | | |
|---|---|---|
| 09/19/2025 | 25 | (9 pgs; 2 docs) Notice of appeal . Fee Amount $298 filed by Defendant Patrick Hagaman Daugherty (RE: related document(s)23 Order on motion to dismiss adversary proceeding, Order on motion for leave). Appellant Designation due by 10/3/2025. (Attachments: # 1 Exhibit A)(York, Andrew) |
| 09/23/2025 | 27 | (13 pgs; 3 docs) Certificate of mailing regarding appeal (RE: related document(s)25 Notice of appeal . Fee Amount $298 filed by Defendant Patrick Hagaman Daugherty (RE: related document(s)23 Order on motion to dismiss adversary proceeding, Order on motion for leave). Appellant Designation due by 10/3/2025. (Attachments: # 1 Exhibit A) filed by Defendant Patrick Hagaman Daugherty) (Attachments: # 1 Service List) (Almaraz, Jeanette) |
| 09/23/2025 | 28 | (2 pgs) Notice regarding the record for a bankruptcy appeal to the U.S. District Court. (RE: related document(s)25 Notice of appeal filed by Defendant Patrick Hagaman Daugherty (RE: related document(s)23 Order on motion to dismiss adversary proceeding, Order on motion for leave). (Almaraz, Jeanette) |
| 09/23/2025 | 30 | (6 pgs) Notice of docketing notice of appeal. Civil Action Number: 3:25-cv-02584-E. (RE: related document(s)25 Notice of appeal filed by Defendant Patrick Hagaman Daugherty (RE: related document(s)23 Order on motion to dismiss adversary proceeding, Order on motion for leave) filed by Defendant Patrick Hagaman Daugherty) (Almaraz, Jeanette) |
| 09/25/2025 | 31 | (7 pgs) Stipulation by Highland Capital Management, L.P. and Patrick Hagaman Daugherty. filed by Plaintiff Highland Capital Management, L.P. (RE: related document(s)3 Standing scheduling order in an adversary proceeding, 7 Order (generic)). (Annable, Zachery) |
| 09/25/2025 | 32 | (4 pgs) BNC certificate of mailing. (RE: related document(s)28 Notice regarding the record for a bankruptcy appeal to the U.S. District Court. (RE: related document(s)25 Notice of appeal filed by Defendant Patrick Hagaman Daugherty (RE: related document(s)23 Order on motion to dismiss adversary proceeding, Order on motion for leave).) No. of Notices: 0. Notice Date 09/25/2025. (Admin.) |
| 09/26/2025 | 33 | (44 pgs; 2 docs) Motion to stay pending appeal (related documents 23 Order on motion to dismiss adversary proceeding, Order on motion for leave) filed by Defendant Patrick Hagaman Daugherty (Attachments: # 1 Exhibit A) (York, Andrew) |
| 09/29/2025 | 34 | (1 pg) Request for Transcript regarding a hearing held on 9/4/2025. The requested turn-around time is hourly. filed by Plaintiff Highland Capital Management, L.P.. (Hayward, Melissa) |

| | | |
|---|---|---|
| 09/30/2025 | 35 | (36 pgs) Transcript regarding Hearing Held 09/04/2025 before Judge Stacey G.C. Jernigan (36 pages) RE: Motion to Dismiss Adversary Proceeding (5); Cross-Motion for Relief (10). THIS TRANSCRIPT WILL BE MADE ELECTRONICALLY AVAILABLE TO THE GENERAL PUBLIC 90 DAYS AFTER THE DATE OF FILING. TRANSCRIPT RELEASE DATE IS 12/29/2025. Until that time the transcript may be viewed at the Clerk's Office or a copy may be obtained from the official court transcriber. Court Reporter/Transcriber Kathy Rehling, kathyrehlingtranscripts@gmail.com, Telephone number 972-786-3063. (RE: related document(s) 21 Hearing held on 9/4/2025. (RE: related document(s)5 Motion to dismiss adversary proceeding filed by Defendant Patrick Hagaman Daugherty (Attachments: # 1 Proposed Order)) (Appearances: A. York and J. Smeltzer for P. Daugherty; J. Morris for Reorganized Debtor. Evidentiary hearing. Motion denied for reasons stated orally. Counsel to upload order.), 22 Hearing held on 9/4/2025. (RE: related document(s)10 Highland Capital Management, L.P.'s CROSS MOTION FOR RELIEF FROM A FINAL ORDER PURSUANT TO BANKRUPTCY RULE 9024 filed by Plaintiff Highland Capital Management, L.P. (Attachments: # 1 Proposed Order) (Annable, Zachery) Modified TEXT on 7/21/2025 (hsj).) (Appearances: A. York and J. Smeltzer for P. Daugherty; J. Morris for Reorganized Debtor. Evidentiary hearing. Motion granted for reasons stated orally. Counsel to upload order.)). Transcript to be made available to the public on 12/29/2025. (Rehling, Kathy) |
| 10/01/2025 | 36 | (6 pgs) Stipulation by Highland Capital Management, L.P. and Patrick Hagaman Daugherty. filed by Plaintiff Highland Capital Management, L.P. (RE: related document(s)33 Motion to stay pending appeal (related documents 23 Order on motion to dismiss adversary proceeding, Order on motion for leave)). (Annable, Zachery) |
| 10/01/2025 | 37 | (14 pgs) Order Approving Stipulated Scheduling Order (RE: related document(s)1 Complaint filed by Plaintiff Highland Capital Management, L.P., 31 Stipulation filed by Plaintiff Highland Capital Management, L.P.). Evidentiary Hearing to be held on 4/8/2026 at 09:30 AM Dallas Judge Jernigan Ctrm for 1, Entered on 10/1/2025 (Okafor, M.) |
| 10/01/2025 | 38 | (11 pgs) Order Approving Stipulation Regarding Highland Capital Managment L.P.'s Deadline to File Response to Patrick Daughtery's Motion for Stay Pending Appeal (RE: related document(s)36 Stipulation filed by Plaintiff Highland Capital Management, L.P.). Entered on 10/1/2025 (Okafor, M.) |
| 10/03/2025 | 39 | (45 pgs; 2 docs) Answer to complaint , Counterclaim by Patrick Hagaman Daugherty against Highland Capital Management, L.P. filed by Patrick Hagaman Daugherty. (Attachments: # 1 Exhibit A)(York, Andrew) |

| | | |
|---|---|---|
| 10/03/2025 | 40 | (3 pgs) Notice of Appearance and Request for Notice by Jeffrey Reid Burley filed by Defendant Patrick Hagaman Daugherty. (Burley, Jeffrey) |
| 10/03/2025 | 41 | (6 pgs) Appellant designation of contents for inclusion in record on appeal and statement of issues on appeal. filed by Defendant Patrick Hagaman Daugherty. Appellee designation due by 10/17/2025. (York, Andrew) |
| 10/04/2025 | 42 | (16 pgs) BNC certificate of mailing - PDF document. (RE: related document(s)37 Order Approving Stipulated Scheduling Order (RE: related document(s)1 Complaint filed by Plaintiff Highland Capital Management, L.P., 31 Stipulation filed by Plaintiff Highland Capital Management, L.P.). Evidentiary Hearing to be held on 4/8/2026 at 09:30 AM Dallas Judge Jernigan Ctrm for 1, Entered on 10/1/2025 (Okafor, M.)) No. of Notices: 1. Notice Date 10/04/2025. (Admin.) |
| 10/04/2025 | 43 | (13 pgs) BNC certificate of mailing - PDF document. (RE: related document(s)38 Order Approving Stipulation Regarding Highland Capital Managment L.P.'s Deadline to File Response to Patrick Daughtery's Motion for Stay Pending Appeal (RE: related document(s)36 Stipulation filed by Plaintiff Highland Capital Management, L.P.). Entered on 10/1/2025 (Okafor, M.)) No. of Notices: 1. Notice Date 10/04/2025. (Admin.) |
| 10/06/2025 | 44 | (29 pgs) Objection to (related document(s): 33 Motion to stay pending appeal (related documents 23 Order on motion to dismiss adversary proceeding, Order on motion for leave) filed by Counter-Claimant Patrick Hagaman Daugherty, Defendant Patrick Hagaman Daugherty) filed by Plaintiff Highland Capital Management, L.P.. (Annable, Zachery) |
| 10/09/2025 | 45 | (3 pgs) Notice of Appearance and Request for Notice by Jeffrey Nathan Pomerantz filed by Plaintiff Highland Capital Management, L.P., Counter-Defendant Highland Capital Management, L.P.. (Pomerantz, Jeffrey) |
| 10/09/2025 | 46 | (3 pgs) Notice of Appearance and Request for Notice by John A Morris filed by Plaintiff Highland Capital Management, L.P., Counter-Defendant Highland Capital Management, L.P.. (Morris, John) |
| 10/09/2025 | 47 | (3 pgs) Notice of Appearance and Request for Notice by Hayley R Winograd filed by Plaintiff Highland Capital Management, L.P., Counter-Defendant Highland Capital Management, L.P.. (Winograd, Hayley) |
| 10/09/2025 | 48 | (3 pgs) Notice of Appearance and Request for Notice by Gregory V. Demo filed by Plaintiff Highland Capital Management, L.P., Counter-Defendant Highland Capital Management, L.P.. (Demo, Gregory) |
| 10/13/2025 | 49 | (9 pgs) Reply in support filed by Defendant Patrick Hagaman Daugherty (RE: related document(s)33 Motion to stay pending appeal (related |



4926-7565-0252

| | | |
|---|---|---|
| | | documents 23 Order on motion to dismiss adversary proceeding, Order on motion for leave)). (York, Andrew) Modified text to match pdf on 10/15/2025 (mdo). |
| 10/21/2025 | 50 | (1 pg) Clerk's correspondence requesting File an amended designation from attorney for Appellant. (RE: related document(s)41 Appellant designation of contents for inclusion in record on appeal and statement of issues on appeal. filed by Defendant Patrick Hagaman Daugherty. Appellee designation due by 10/17/2025.) Responses due by 10/24/2025. (Blanco, J.) |
| 10/22/2025 | 51 | (6 pgs) Amended appellant designation of contents for inclusion in record on appeal and statement of issues on appeal. filed by Defendant Patrick Hagaman Daugherty (RE: related document(s)41 Appellant designation). (York, Andrew) |
| 10/22/2025 | 53 | (1 pg) Transmittal of record on appeal to U.S. District Court . Complete record on appeal. Transmitted: Volume 1, Mini Record. Number of appellant volumes: 1 . Civil Case Number: 3:25-cv-02584-E (RE: related document(s)25 Notice of appeal filed by Defendant Patrick Hagaman Daugherty (RE: related document(s)23 Order on motion to dismiss adversary proceeding, Order on motion for leave) filed by Counter-Claimant Patrick Hagaman Daugherty, Defendant Patrick Hagaman Daugherty) (Almaraz, Jeanette) |
| 10/22/2025 | 54 | (1 pg) Notice of docketing COMPLETE record on appeal. Civil Case Number: 3:25-cv-02584-E(RE: related document(s)25 Notice of appeal filed by Defendant Patrick Hagaman Daugherty (RE: related document(s)23 Order on motion to dismiss adversary proceeding, Order on motion for leave). (Almaraz, Jeanette) |
| 10/22/2025 | 55 | (3 pgs) Certificate of service re: Stipulated Scheduling Order Filed by Claims Agent Kurtzman Carson Consultants, LLC d/b/a Verita Global (related document(s)31 Stipulation by Highland Capital Management, L.P. and Patrick Hagaman Daugherty. filed by Plaintiff Highland Capital Management, L.P. (RE: related document(s)3 Standing scheduling order in an adversary proceeding, 7 Order (generic)). filed by Counter-Defendant Highland Capital Management, L.P., Plaintiff Highland Capital Management, L.P.). (Kass, Albert) |
| 10/24/2025 | 56 | (8 pgs) Answer to counterclaim *(Highland Capital Management, L.P.'s Answer to Patrick Daugherty's Original Counterclaim)* filed by Highland Capital Management, L.P.. (Annable, Zachery) |
| 11/21/2025 | 57 | (7 pgs) DISTRICT COURT Stipulation concerning supplement to record on appeal re: 3:25-cv-02584-E (RE: related document(s)51 Amended appellant designation of contents for inclusion in record on appeal and statement of |

| | | |
|---|---|---|
| | | issues on appeal. filed by Defendant Patrick Hagaman Daugherty (RE: related document(s)41 Appellant designation). filed by Counter-Claimant Patrick Hagaman Daugherty, Defendant Patrick Hagaman Daugherty) (Almaraz, Jeanette) (Entered: 11/24/2025) |
| 12/18/2025 | 58 | ELECTRONIC ORDER: I, the presiding judge, will recuse myself in this adversary proceeding No. 25-03055, effective immediately. The Bankruptcy Clerk of Court will re-assign this adversary proceeding to a different bankruptcy judge in this district in accordance with his normal protocols. Ordered by Bankruptcy Judge Stacey G.C. Jernigan on 12/18/2025. (Almaraz, Jeanette) |
| 12/19/2025 | | Judge Brad W Odell assigned. Involvement of Judge Stacey G Jernigan terminated (Okafor, M.) |
| 12/19/2025 | 59 | (11 pgs) Subpoena on Hunton Andrews Kurth LLP filed by Plaintiff Highland Capital Management, L.P., Counter-Defendant Highland Capital Management, L.P.. (Annable, Zachery) |
| 12/24/2025 | 60 | (14 pgs; 2 docs) Motion to compel re: discovery Production of Audio Recordings, Transcripts, and Related Documents *(Highland Capital Management, L.P.'s Motion to Compel Production of Audio Recordings, Transcripts, and Related Documents)* filed by Plaintiff Highland Capital Management, L.P., Counter-Defendant Highland Capital Management, L.P. (Attachments: # 1 Proposed Order) (Annable, Zachery) |
| 12/24/2025 | 61 | (156 pgs; 7 docs) Declaration re: *(Declaration of Hayley R. Winograd in Support of Highland Capital Management, L.P.'s Motion to Compel Production of Audio Recordings, Transcripts, and Related Documents)* filed by Plaintiff Highland Capital Management, L.P., Counter-Defendant Highland Capital Management, L.P. (RE: related document(s)60 Motion to compel re: discovery Production of Audio Recordings, Transcripts, and Related Documents *(Highland Capital Management, L.P.'s Motion to Compel Production of Audio Recordings, Transcripts, and Related Documents)*). (Attachments: # 1 Exhibit 1 # 2 Exhibit 2 # 3 Exhibit 3--Part 1 # 4 Exhibit 3--Part 2 # 5 Exhibit 4 # 6 Exhibit 5) (Annable, Zachery) |
| 12/29/2025 | 62 | (3 pgs) Notice of hearing *(Notice of Hearing on Highland Capital Management, L.P.'s Motion to Compel Production of Audio Recordings, Transcripts, and Related Documents)* filed by Plaintiff Highland Capital Management, L.P., Counter-Defendant Highland Capital Management, L.P. (RE: related document(s)60 Motion to compel re: discovery filed by Counter-Defendant Highland Capital Management, L.P., Plaintiff Highland Capital Management, L.P.). Hearing to be held on 1/14/2026 at 03:30 PM via WebEx for 60, (Annable, Zachery)Modified on 12/29/2025 (sdw). |

| | | |
|---|---|---|
| 12/29/2025 | 63 | (3 pgs) Notice of hearing filed by Defendant Patrick Hagaman Daugherty, Counter-Claimant Patrick Hagaman Daugherty (RE: related document(s)33 Motion to stay pending appeal filed by Counter-Claimant Patrick Hagaman Daugherty, Defendant Patrick Hagaman Daugherty). Hearing to be held on 1/14/2026 at 03:30 PM via WebEx for 33, (Burley, Jeffrey)Modified on 12/30/2025 (sdw). |
| 12/30/2025 | 64 | (19 pgs) Stipulation by Patrick Hagaman Daugherty, Patrick Hagaman Daugherty and. filed by Defendant Patrick Hagaman Daugherty, Counter-Claimant Patrick Hagaman Daugherty (RE: related document(s)37 Order to set hearing). (York, Andrew) |
| 12/30/2025 | 65 | (3 pgs) Notice to take deposition of Patrick Hagaman Daugherty filed by Plaintiff Highland Capital Management, L.P., Counter-Defendant Highland Capital Management, L.P.. (Annable, Zachery) |
| 12/30/2025 | 66 | (14 pgs) Stipulation by Patrick Hagaman Daugherty, Patrick Hagaman Daugherty and. filed by Defendant Patrick Hagaman Daugherty, Counter-Claimant Patrick Hagaman Daugherty (RE: related document(s)37 Order to set hearing). (York, Andrew) |
| 12/31/2025 | 67 | (14 pgs) Agreed Protective Order (RE: related document(s)66 Stipulation filed by Counter-Claimant Patrick Hagaman Daugherty, Defendant Patrick Hagaman Daugherty). Entered on 12/31/2025 (Okafor, M.) |
| 01/02/2026 | 68 | (16 pgs) BNC certificate of mailing - PDF document. (RE: related document(s)67 Agreed Protective Order (RE: related document(s)66 Stipulation filed by Counter-Claimant Patrick Hagaman Daugherty, Defendant Patrick Hagaman Daugherty). Entered on 12/31/2025 (Okafor, M.)) No. of Notices: 0. Notice Date 01/02/2026. (Admin.) |
| 01/05/2026 | 69 | (12 pgs) Response opposed to (related document(s): 60 Motion to compel re: discovery Production of Audio Recordings, Transcripts, and Related Documents *(Highland Capital Management, L.P.'s Motion to Compel Production of Audio Recordings, Transcripts, and Related Documents)* filed by Counter-Defendant Highland Capital Management, L.P., Plaintiff Highland Capital Management, L.P.) filed by Defendant Patrick Hagaman Daugherty. (York, Andrew) |
| 01/05/2026 | 70 | (10 pgs; 2 docs) Declaration re: filed by Defendant Patrick Hagaman Daugherty (RE: related document(s)69 Response). (Attachments: # 1 Exhibit 1) (York, Andrew) |
| 01/08/2026 | 71 | (10 pgs) Reply to (related document(s): 69 Response filed by Counter-Claimant Patrick Hagaman Daugherty, Defendant Patrick Hagaman Daugherty) *(Highland Capital Management, L.P.'s Reply in Support of Motion* |

| | | |
|---|---|---|
| | | *to Compel Production of Audio Recordings, Transcripts, and Related Documents)* filed by Plaintiff Highland Capital Management, L.P., Counter-Defendant Highland Capital Management, L.P.. (Annable, Zachery) |
| 01/12/2026 | 72 | (4 pgs) Certificate of service re: *Documents Served on or After December 19, 2025* Filed by Claims Agent Kurtzman Carson Consultants, LLC d/b/a Verita Global (related document(s)59 Subpoena on Hunton Andrews Kurth LLP filed by Plaintiff Highland Capital Management, L.P., Counter-Defendant Highland Capital Management, L.P.. filed by Counter-Defendant Highland Capital Management, L.P., Plaintiff Highland Capital Management, L.P., 60 Motion to compel re: discovery Production of Audio Recordings, Transcripts, and Related Documents *(Highland Capital Management, L.P.'s Motion to Compel Production of Audio Recordings, Transcripts, and Related Documents)* filed by Plaintiff Highland Capital Management, L.P., Counter-Defendant Highland Capital Management, L.P. (Attachments: # 1 Proposed Order) filed by Counter-Defendant Highland Capital Management, L.P., Plaintiff Highland Capital Management, L.P., 61 Declaration re: *(Declaration of Hayley R. Winograd in Support of Highland Capital Management, L.P.'s Motion to Compel Production of Audio Recordings, Transcripts, and Related Documents)* filed by Plaintiff Highland Capital Management, L.P., Counter-Defendant Highland Capital Management, L.P. (RE: related document(s)60 Motion to compel re: discovery Production of Audio Recordings, Transcripts, and Related Documents *(Highland Capital Management, L.P.'s Motion to Compel Production of Audio Recordings, Transcripts, and Related Documents)*). (Attachments: # 1 Exhibit 1 # 2 Exhibit 2 # 3 Exhibit 3--Part 1 # 4 Exhibit 3--Part 2 # 5 Exhibit 4 # 6 Exhibit 5) filed by Counter-Defendant Highland Capital Management, L.P., Plaintiff Highland Capital Management, L.P., 62 Notice of hearing *(Notice of Hearing on Highland Capital Management, L.P.'s Motion to Compel Production of Audio Recordings, Transcripts, and Related Documents)* filed by Plaintiff Highland Capital Management, L.P., Counter-Defendant Highland Capital Management, L.P. (RE: related document(s)60 Motion to compel re: discovery filed by Counter-Defendant Highland Capital Management, L.P., Plaintiff Highland Capital Management, L.P.). Hearing to be held on 1/14/2026 at 03:30 PM via WebEx for 60, (Annable, Zachery)Modified on 12/29/2025 (sdw). filed by Counter-Defendant Highland Capital Management, L.P., Plaintiff Highland Capital Management, L.P., 65 Notice to take deposition of Patrick Hagaman Daugherty filed by Plaintiff Highland Capital Management, L.P., Counter-Defendant Highland Capital Management, L.P.. filed by Counter-Defendant Highland Capital Management, L.P., Plaintiff Highland Capital Management, L.P., 71 Reply to (related document(s): 69 Response filed by Counter-Claimant Patrick Hagaman Daugherty, Defendant Patrick Hagaman Daugherty) *(Highland Capital Management, L.P.'s Reply in Support of Motion to Compel Production of Audio Recordings, Transcripts, and Related Documents)* filed by Plaintiff |

| | | |
|---|---|---|
| | | Highland Capital Management, L.P., Counter-Defendant Highland Capital Management, L.P.. filed by Counter-Defendant Highland Capital Management, L.P., Plaintiff Highland Capital Management, L.P.). (Kass, Albert) |
| 01/12/2026 | 73 | (3 pgs) Certificate of service re: *Highland Capital Management, L.P.s Answer to Patrick Daughertys Original Counterclaim* Filed by Claims Agent Kurtzman Carson Consultants, LLC d/b/a Verita Global (related document(s)56 Answer to counterclaim *(Highland Capital Management, L.P.'s Answer to Patrick Daugherty's Original Counterclaim)* filed by Highland Capital Management, L.P.. filed by Counter-Defendant Highland Capital Management, L.P., Plaintiff Highland Capital Management, L.P.). (Kass, Albert) |
| 01/15/2026 | 74 | (2 pgs) Order granting Highland's motion to compel production of audio recordings, transcripts, and related documents (related document # 60) Entered on 1/15/2026. (Hyden, Kara) |
| 01/17/2026 | 76 | (4 pgs) BNC certificate of mailing - PDF document. (RE: related document(s)74 Order granting Highland's motion to compel production of audio recordings, transcripts, and related documents (related document 60) Entered on 1/15/2026.) No. of Notices: 0. Notice Date 01/17/2026. (Admin.) |
| 01/23/2026 | 77 | (16 pgs) Agreed Protective Order Concerning Subpoena to Third-Party Hunton Andrews Kurth LLP(RE: related document(s)59 Subpoena filed by Counter-Defendant Highland Capital Management, L.P., Plaintiff Highland Capital Management, L.P.). Entered on 1/23/2026 (Ecker, C.) |
| 01/25/2026 | 78 | (18 pgs) BNC certificate of mailing - PDF document. (RE: related document(s)77 Agreed Protective Order Concerning Subpoena to Third-Party Hunton Andrews Kurth LLP(RE: related document(s)59 Subpoena filed by Counter-Defendant Highland Capital Management, L.P., Plaintiff Highland Capital Management, L.P.). Entered on 1/23/2026 (Ecker, C.)) No. of Notices: 0. Notice Date 01/25/2026. (Admin.) |
| 01/26/2026 | 79 | (13 pgs) Memorandum of opinion (RE: related document(s)33 Motion to stay pending appeal filed by Counter-Claimant Patrick Hagaman Daugherty, Defendant Patrick Hagaman Daugherty). Entered on 1/26/2026 (Hyden, Kara) |
| 01/26/2026 | 80 | (13 pgs) Order denying motion to stay pending appeal (related document # 33) Entered on 1/26/2026. (Hyden, Kara) |
| 01/28/2026 | 81 | (15 pgs) BNC certificate of mailing - PDF document. (RE: related document(s)79 Memorandum of opinion (RE: related document(s)33 Motion to stay pending appeal filed by Counter-Claimant Patrick Hagaman |

| | | |
|---|---|---|
| | | Daugherty, Defendant Patrick Hagaman Daugherty). Entered on 1/26/2026) No. of Notices: 0. Notice Date 01/28/2026. (Admin.) |
| 01/28/2026 | 82 | (15 pgs) BNC certificate of mailing - PDF document. (RE: related document(s)80 Order denying motion to stay pending appeal (related document 33) Entered on 1/26/2026.) No. of Notices: 0. Notice Date 01/28/2026. (Admin.) |
| 02/09/2026 | 84 | (4 pgs) Stipulation by Highland Capital Management, L.P. and Patrick Hagaman Daugherty. filed by Plaintiff Highland Capital Management, L.P. (RE: related document(s)59 Subpoena). (Annable, Zachery) |
| 02/09/2026 | 85 | (7 pgs) Order Approving Stipulation as to the Authenticity of Documents Produced by Hunton Andrews & Kurth LLP (RE: related document(s)59 Subpoena filed by Counter-Defendant Highland Capital Management, L.P., Plaintiff Highland Capital Management, L.P., 84 Stipulation filed by Counter-Defendant Highland Capital Management, L.P., Plaintiff Highland Capital Management, L.P.). Entered on 2/9/2026 (Okafor, M.) |
| 02/11/2026 | 86 | (9 pgs) BNC certificate of mailing - PDF document. (RE: related document(s)85 Order Approving Stipulation as to the Authenticity of Documents Produced by Hunton Andrews & Kurth LLP (RE: related document(s)59 Subpoena filed by Counter-Defendant Highland Capital Management, L.P., Plaintiff Highland Capital Management, L.P., 84 Stipulation filed by Counter-Defendant Highland Capital Management, L.P., Plaintiff Highland Capital Management, L.P.). Entered on 2/9/2026 (Okafor, M.)) No. of Notices: 0. Notice Date 02/11/2026. (Admin.) |
| 02/25/2026 | 87 | (3 pgs) Notice to take deposition of T.J. Liles-Tims filed by Plaintiff Highland Capital Management, L.P., Counter-Defendant Highland Capital Management, L.P.. (Annable, Zachery) |
| 02/27/2026 | 88 | (2 pgs) Order Resetting Trial Date (RE: related document(s)1 Complaint filed by Counter-Defendant Highland Capital Management, L.P., Plaintiff Highland Capital Management, L.P.). Trial date set for 4/17/2026 at 09:00 AM at Dallas Judge Jernigan Ctrm. Entered on 2/27/2026 (Okafor, M.) |
| 03/01/2026 | 89 | (4 pgs) BNC certificate of mailing - PDF document. (RE: related document(s)88 Order Resetting Trial Date (RE: related document(s)1 Complaint filed by Counter-Defendant Highland Capital Management, L.P., Plaintiff Highland Capital Management, L.P.). Trial date set for 4/17/2026 at 09:00 AM at Dallas Judge Jernigan Ctrm. Entered on 2/27/2026 (Okafor, M.)) No. of Notices: 2. Notice Date 03/01/2026. (Admin.) |

| | | |
|---|---|---|
| 03/10/2026 | 91 | (3 pgs) Certificate of service re: *Stipulation as to the Authenticity of Documents Produced by Hunton Andrews & Kurth LLP* Filed by Claims Agent Kurtzman Carson Consultants, LLC d/b/a Verita Global (related document(s)84 Stipulation by Highland Capital Management, L.P. and Patrick Hagaman Daugherty. filed by Plaintiff Highland Capital Management, L.P. (RE: related document(s)59 Subpoena). filed by Counter-Defendant Highland Capital Management, L.P., Plaintiff Highland Capital Management, L.P.). (Kass, Albert) |
| 03/17/2026 | 93 | (5 pgs) Stipulation by Highland Capital Management, L.P., Highland Capital Management, L.P. and Patrick Hagaman Daugherty. filed by Plaintiff Highland Capital Management, L.P., Counter-Defendant Highland Capital Management, L.P. (RE: related document(s)37 Order to set hearing, 88 Order to set hearing). (Annable, Zachery) |
| 03/19/2026 | 94 | (8 pgs) Order Approving Second Stipulated Scheduling Order (RE: related document(s)1 Complaint filed by Counter-Defendant Highland Capital Management, L.P., Plaintiff Highland Capital Management, L.P.). Hearing to be held on 4/17/2026 at 09:00 AM Dallas Judge Jernigan Ctrm for 1, Entered on 3/19/2026 (Okafor, M.) MODIFIED to correct hearing location on 3/20/2026 (mdo). |
| 03/20/2026 | 95 | (3 pgs) Certificate of service re: *[Proposed] Second Stipulated Scheduling Order* Filed by Claims Agent Kurtzman Carson Consultants, LLC d/b/a Verita Global (related document(s)93 Stipulation by Highland Capital Management, L.P., Highland Capital Management, L.P. and Patrick Hagaman Daugherty. filed by Plaintiff Highland Capital Management, L.P., Counter-Defendant Highland Capital Management, L.P. (RE: related document(s)37 Order to set hearing, 88 Order to set hearing). filed by Counter-Defendant Highland Capital Management, L.P., Plaintiff Highland Capital Management, L.P.). (Kass, Albert) |
| 03/21/2026 | 96 | (10 pgs) BNC certificate of mailing - PDF document. (RE: related document(s)94 Order Approving Second Stipulated Scheduling Order (RE: related document(s)1 Complaint filed by Counter-Defendant Highland Capital Management, L.P., Plaintiff Highland Capital Management, L.P.). Hearing to be held on 4/17/2026 at 09:00 AM Dallas Judge Jernigan Ctrm for 1, Entered on 3/19/2026 (Okafor, M.) MODIFIED to correct hearing location on 3/20/2026 (mdo).) No. of Notices: 1. Notice Date 03/21/2026. (Admin.) |
| 04/02/2026 | 97 | (8 pgs) Witness and Exhibit List *(Highland Capital Management, L.P.'s Witness and Exhibit List with Respect to Trial to Be Held on April 17, 2026)* filed by Plaintiff Highland Capital Management, L.P. (RE: related document(s)1 Complaint). (Annable, Zachery) |

| | | |
|---|---|---|
| 04/02/2026 | 98 | (8 pgs) Witness and Exhibit List filed by Defendant Patrick Hagaman Daugherty (RE: related document(s)1 Complaint). (York, Andrew) |
| 04/08/2026 | 99 | (9 pgs) Objection to (related document(s): 97 List (witness/exhibit/generic) filed by Counter-Defendant Highland Capital Management, L.P., Plaintiff Highland Capital Management, L.P.) filed by Defendant Patrick Hagaman Daugherty. (York, Andrew) |
| 04/10/2026 | 100 | (28 pgs) Proposed pre-trial order filed by Plaintiff Highland Capital Management, L.P.. (Annable, Zachery) |
| 04/13/2026 | 101 | (28 pgs) Joint Pre-Trial order (RE: related document(s)1 Complaint filed by Counter-Defendant Highland Capital Management, L.P., Plaintiff Highland Capital Management, L.P.). Entered on 4/13/2026 (Hyden, Kara) |
| 04/13/2026 | 102 | (21 pgs) Brief in support filed by Defendant Patrick Hagaman Daugherty (RE: related document(s)94 Order to set hearing). (York, Andrew) |
| 04/14/2026 | 103 | (8 pgs) Amended Witness and Exhibit List filed by Defendant Patrick Hagaman Daugherty (RE: related document(s)98 List (witness/exhibit/generic)). (York, Andrew) |
| 04/14/2026 | 104 | (8 pgs) Amended Witness and Exhibit List *(Highland Capital Management, L.P.'s Amended Witness and Exhibit List with Respect to Trial to Be Held on April 17, 2026)* filed by Plaintiff Highland Capital Management, L.P. (RE: related document(s)97 List (witness/exhibit/generic)). (Annable, Zachery) |
| 04/15/2026 | 105 | (1782 pgs; 95 docs) Amended Witness and Exhibit List *2nd* filed by Defendant Patrick Hagaman Daugherty, Counter-Claimant Patrick Hagaman Daugherty (RE: related document(s)103 List (witness/exhibit/generic)). (Attachments: # 1 Exhibit PD-01 # 2 Exhibit PD-02 # 3 Exhibit PD-03 # 4 Exhibit PD-04 # 5 Exhibit PD-05 # 6 Exhibit PD-06 # 7 Exhibit PD-07 # 8 List of 20 Largest Creditors PD-08 # 9 Exhibit PD-09 # 10 Exhibit PD-10 # 11 Exhibit PD-11 # 12 Exhibit PD-12 # 13 Exhibit PD-13 # 14 Exhibit PD-14 # 15 Exhibit PD-16 # 16 Exhibit PD-16 # 17 List of 20 Largest Creditors PD-17 # 18 Exhibit PD-18 # 19 Exhibit PD-19 # 20 Exhibit PD-20 # 21 Exhibit PD-21 # 22 Exhibit PD-22 # 23 Exhibit PD-23 # 24 Exhibit PD-24 # 25 Exhibit PD-25 # 26 Exhibit PD-26 # 27 Exhibit PD-27 # 28 Exhibit PD-28 # 29 Exhibit PD-29 # 30 Exhibit PD-30 # 31 Exhibit PD-31 # 32 Exhibit PD-32 # 33 Exhibit PD-33 # 34 Exhibit PD-34 # 35 Exhibit PD-35 # 36 Exhibit PD-36 # 37 Exhibit PD-37 # 38 List of 20 Largest Creditors PD-38 # 39 List of 20 Largest Creditors PD-39 # 40 Exhibit PD-40 # 41 List of 20 Largest Creditors PD-41 # 42 Exhibit PD-42 # 43 Exhibit PD-43 # 44 Exhibit PD-44 # 45 Exhibit PD-45 # 46 Exhibit PD-46 # 47 Exhibit PD-47 # 48 Exhibit PD-48 # 49 Exhibit PD-49 # 50 Exhibit PD-50 # 51 Exhibit PD-51 # 52 Exhibit PD-52 # 53 Exhibit PD-53 # 54 Exhibit PD-54 |

| | | |
|---|---|---|
| | | # 55 Exhibit PD-55 # 56 Exhibit PD-56 # 57 Exhibit PD-57 # 58 Exhibit PD-58 # 59 Exhibit PD-59 # 60 Exhibit PD-60 # 61 Exhibit PD-61 # 62 Exhibit PD-62 # 63 Exhibit PD-63 # 64 Exhibit PD-64 # 65 Exhibit PD-65 # 66 Exhibit PD-66 # 67 Exhibit PD-67 # 68 Exhibit PD-68 # 69 Exhibit PD-69 # 70 Exhibit PD-70 # 71 Exhibit PD-71 # 72 Exhibit PD-72 # 73 Exhibit PD-73 # 74 Exhibit PD-74 # 75 Exhibit PD-75 # 76 Exhibit PD-76 # 77 Exhibit PD-77 # 78 Exhibit PD-78 # 79 Exhibit PD-79 # 80 Exhibit PD-80 # 81 Exhibit PD-81 # 82 Exhibit PD-82 # 83 Exhibit PD-83 # 84 Exhibit PD-84 # 85 Exhibit PD-85 # 86 Exhibit PD-86 # 87 Exhibit PD-87 # 88 Exhibit PD-88 # 89 Exhibit PD-89 # 90 Exhibit PD-90 # 91 Exhibit PD-91 # 92 Exhibit PD-92 # 93 Exhibit PD-93 # 94 Exhibit PD-94) (York, Andrew) |
| 04/15/2026 | 106 | (11 pgs) Joint Motion to file document under seal. *Exhibits* filed by Defendant Patrick Hagaman Daugherty, Counter-Claimant Patrick Hagaman Daugherty (York, Andrew) |
| 04/15/2026 | 107 | (696 pgs; 66 docs) Amended Witness and Exhibit List *(Highland Capital Management, L.P.'s Second Amended Witness and Exhibit List with Respect to Trial to Be Held on April 17, 2026)* filed by Plaintiff Highland Capital Management, L.P. (RE: related document(s)97 List (witness/exhibit/generic), 104 List (witness/exhibit/generic)). (Attachments: # 1 Exhibit 1 # 2 Exhibit 2 # 3 Exhibit 3 # 4 Exhibit 4 # 5 Exhibit 5 # 6 Exhibit 6 # 7 Exhibit 7 # 8 Exhibit 8 # 9 Exhibit 9 # 10 Exhibit 10 # 11 Exhibit 11 # 12 Exhibit 12 # 13 Exhibit 13 # 14 Exhibit 14 # 15 Exhibit 15 # 16 Exhibit 16 # 17 Exhibit 17 # 18 Exhibit 18 # 19 Exhibit 19 # 20 Exhibit 20 # 21 Exhibit 21 # 22 Exhibit 22 # 23 Exhibit 23 # 24 Exhibit 24 # 25 Exhibit 25 # 26 Exhibit 26 # 27 Exhibit 27 # 28 Exhibit 28 # 29 Exhibit 29 # 30 Exhibit 30 # 31 Exhibit 31 # 32 Exhibit 32 # 33 Exhibit 33 # 34 Exhibit 34 # 35 Exhibit 35 # 36 Exhibit 36 # 37 Exhibit 37 # 38 Exhibit 38 # 39 Exhibit 39 # 40 Exhibit 40 # 41 Exhibit 41 # 42 Exhibit 42 # 43 Exhibit 43 # 44 Exhibit 44 # 45 Exhibit 45 # 46 Exhibit 46 # 47 Exhibit 47 # 48 Exhibit 48 # 49 Exhibit 49 # 50 Exhibit 50 # 51 Exhibit 51 # 52 Exhibit 52 # 53 Exhibit 53 # 54 Exhibit 54 # 55 Exhibit 55 # 56 Exhibit 56 # 57 Exhibit 57 # 58 Exhibit 58 # 59 Exhibit 59 # 60 Exhibit 60 # 61 Exhibit 61 # 62 Exhibit 62 # 63 Exhibit 63 # 64 Exhibit 64 # 65 Exhibit 65) (Annable, Zachery) |
| 04/15/2026 | 108 | (5 pgs) Order granting Plaintiff Highland Capital Management, L.P.'s and Defendant Patrick Hagman Daugherty's motion to seal certain exhibits (related document # 106) Entered on 4/15/2026. (Okafor, M.) |
| 04/15/2026 | 109 | SEALED document regarding: Exhibit 14 of Highland Capital Management, L.P.'s Second Amended Witness and Exhibit List with Respect to Trial to Be Held on April 17, 2026 per court order filed by Plaintiff Highland Capital |

| | | |
|---|---|---|
| | | Management, L.P. (RE: related document(s)108 Order on motion to seal). (Annable, Zachery) |
| 04/15/2026 | 110 | SEALED document regarding: Exhibit 21 of Highland Capital Management, L.P.'s Second Amended Witness and Exhibit List with Respect to Trial to Be Held on April 17, 2026 per court order filed by Plaintiff Highland Capital Management, L.P. (RE: related document(s)108 Order on motion to seal). (Annable, Zachery) |
| 04/15/2026 | 111 | SEALED document regarding: Exhibit 22 of Highland Capital Management, L.P.'s Second Amended Witness and Exhibit List with Respect to Trial to Be Held on April 17, 2026 per court order filed by Plaintiff Highland Capital Management, L.P. (RE: related document(s)108 Order on motion to seal). (Annable, Zachery) |
| 04/15/2026 | 112 | SEALED document regarding: Exhibit 23 of Highland Capital Management, L.P.'s Second Amended Witness and Exhibit List with Respect to Trial to Be Held on April 17, 2026 per court order filed by Plaintiff Highland Capital Management, L.P. (RE: related document(s)108 Order on motion to seal). (Annable, Zachery) |
| 04/15/2026 | 113 | SEALED document regarding: Exhibit 24 of Highland Capital Management, L.P.'s Second Amended Witness and Exhibit List with Respect to Trial to Be Held on April 17, 2026 per court order filed by Plaintiff Highland Capital Management, L.P. (RE: related document(s)108 Order on motion to seal). (Annable, Zachery) |
| 04/15/2026 | 114 | SEALED document regarding: Exhibit 25 of Highland Capital Management, L.P.'s Second Amended Witness and Exhibit List with Respect to Trial to Be Held on April 17, 2026 per court order filed by Plaintiff Highland Capital Management, L.P. (RE: related document(s)108 Order on motion to seal). (Annable, Zachery) |
| 04/15/2026 | 115 | SEALED document regarding: Exhibit 26 of Highland Capital Management, L.P.'s Second Amended Witness and Exhibit List with Respect to Trial to Be Held on April 17, 2026 per court order filed by Plaintiff Highland Capital Management, L.P. (RE: related document(s)108 Order on motion to seal). (Annable, Zachery) |
| 04/15/2026 | 116 | SEALED document regarding: Exhibit 27 of Highland Capital Management, L.P.'s Second Amended Witness and Exhibit List with Respect to Trial to Be Held on April 17, 2026 per court order filed by Plaintiff Highland Capital Management, L.P. (RE: related document(s)108 Order on motion to seal). (Annable, Zachery) |

| | | |
|---|---|---|
| 04/15/2026 | 117 | SEALED document regarding: Exhibit 28 of Highland Capital Management, L.P.'s Second Amended Witness and Exhibit List with Respect to Trial to Be Held on April 17, 2026 per court order filed by Plaintiff Highland Capital Management, L.P. (RE: related document(s)108 Order on motion to seal). (Annable, Zachery) |
| 04/15/2026 | 118 | SEALED document regarding: Exhibit 35 of Highland Capital Management, L.P.'s Second Amended Witness and Exhibit List with Respect to Trial to Be Held on April 17, 2026 per court order filed by Plaintiff Highland Capital Management, L.P. (RE: related document(s)108 Order on motion to seal). (Annable, Zachery) |
| 04/15/2026 | 119 | SEALED document regarding: Exhibit 36 of Highland Capital Management, L.P.'s Second Amended Witness and Exhibit List with Respect to Trial to Be Held on April 17, 2026 per court order filed by Plaintiff Highland Capital Management, L.P. (RE: related document(s)108 Order on motion to seal). (Annable, Zachery) |
| 04/15/2026 | 120 | SEALED document regarding: Exhibit 37 of Highland Capital Management, L.P.'s Second Amended Witness and Exhibit List with Respect to Trial to Be Held on April 17, 2026 per court order filed by Plaintiff Highland Capital Management, L.P. (RE: related document(s)108 Order on motion to seal). (Annable, Zachery) |
| 04/15/2026 | 121 | SEALED document regarding: Exhibit 57 of Highland Capital Management, L.P.'s Second Amended Witness and Exhibit List with Respect to Trial to Be Held on April 17, 2026 per court order filed by Plaintiff Highland Capital Management, L.P. (RE: related document(s)108 Order on motion to seal). (Annable, Zachery) |
| 04/15/2026 | 122 | SEALED document regarding: Exhibit 61 of Highland Capital Management, L.P.'s Second Amended Witness and Exhibit List with Respect to Trial to Be Held on April 17, 2026 per court order filed by Plaintiff Highland Capital Management, L.P. (RE: related document(s)108 Order on motion to seal). (Annable, Zachery) |
| 04/15/2026 | 123 | SEALED document regarding: Exhibit 62 of Highland Capital Management, L.P.'s Second Amended Witness and Exhibit List with Respect to Trial to Be Held on April 17, 2026 per court order filed by Plaintiff Highland Capital Management, L.P. (RE: related document(s)108 Order on motion to seal). (Annable, Zachery) |
| 04/15/2026 | 124 | (30 pgs) BNC certificate of mailing - PDF document. (RE: related document(s)101 Joint Pre-Trial order (RE: related document(s)1 Complaint filed by Counter-Defendant Highland Capital Management, L.P., Plaintiff |

| | | |
|---|---|---|
| | | Highland Capital Management, L.P.). Entered on 4/13/2026) No. of Notices: 0. Notice Date 04/15/2026. (Admin.) |
| 04/16/2026 | 126 | (64 pgs; 5 docs) Support/supplemental document *Supplemental 2nd Amended Witness and Exhibit List* filed by Defendant Patrick Hagaman Daugherty, Counter-Claimant Patrick Hagaman Daugherty (RE: related document(s)105 List (witness/exhibit/generic)). (Attachments: # 1 Exhibit PD-95 # 2 Exhibit PD-96 # 3 Exhibit PD-97 # 4 Exhibit PD-98) (York, Andrew) |
| 04/16/2026 | 127 | (3 pgs) Certificate of service re: *[Proposed] Joint Pretrial Order* Filed by Claims Agent Kurtzman Carson Consultants, LLC d/b/a Verita Global (related document(s)100 Proposed pre-trial order filed by Plaintiff Highland Capital Management, L.P.. filed by Counter-Defendant Highland Capital Management, L.P., Plaintiff Highland Capital Management, L.P.). (Kass, Albert) |
| 04/17/2026 | 128 | (15 pgs; 2 docs) Witness and Exhibit List *(Highland Capital Management, L.P.'s First Supplement to Second Amended Witness and Exhibit List with Respect to Trial to Be Held on April 17, 2026)* filed by Plaintiff Highland Capital Management, L.P. (RE: related document(s)1 Complaint). (Attachments: # 1 Exhibit 66) (Annable, Zachery) |
| 04/17/2026 | 129 | (7 pgs) BNC certificate of mailing - PDF document. (RE: related document(s)108 Order granting Plaintiff Highland Capital Management, L.P.'s and Defendant Patrick Hagman Daugherty's motion to seal certain exhibits (related document 106) Entered on 4/15/2026. (Okafor, M.)) No. of Notices: 0. Notice Date 04/17/2026. (Admin.) |
| 04/20/2026 | 130 | (9 pgs; 2 docs) Witness and Exhibit List *(Highland Capital Management, L.P.'s Second Supplement to Second Amended Witness and Exhibit List with Respect to Trial to Be Held on April 17, 2026)* filed by Plaintiff Highland Capital Management, L.P. (RE: related document(s)1 Complaint). (Attachments: # 1 Exhibit 67) (Annable, Zachery) |
| 04/21/2026 | 132 | (1 pg) Court admitted exhibits date of hearing 4/17/2026 (RE: related document(s)1 Adversary case 25-03055. Complaint by Highland Capital Management, L.P. against Patrick Hagaman Daugherty. Fee Amount $350 (Attachments: # 1 Exhibit A # 2 Adversary Proceeding Cover Sheet). Nature(s) of suit: 81 (Subordination of claim or interest). filed by Counter-Defendant Highland Capital Management, L.P., Plaintiff Highland Capital Management, L.P.) (Noble, Nicholas) |
| 05/13/2026 | 133 | (1 pg) Request for Transcript regarding a hearing held on 4/17/2026. The requested turn-around time is hourly. filed by Plaintiff Highland Capital Management, L.P.. (Hayward, Melissa) |

| | | |
|---|---|---|
| 05/18/2026 | 135 | (327 pgs) Transcript regarding Hearing Held 4/17/26 RE: 1 Adversary case 25-03055. Complaint by Highland Capital Management, L.P. against Patrick Hagaman Daugherty.. THIS TRANSCRIPT WILL BE MADE ELECTRONICALLY AVAILABLE TO THE GENERAL PUBLIC 90 DAYS AFTER THE DATE OF FILING. TRANSCRIPT RELEASE DATE IS 08/17/2026. Until that time the transcript may be viewed at the Clerk's Office or a copy may be obtained from the official court transcriber. Court Reporter/Transcriber Cindy Sumner, Telephone number 2148027196. (RE: related document(s) 131 Hearing held on 4/17/2026. **Matter taken under advisement; each side to file proposed Findings of Fact and Conclusions of Law no later than June 5, 2026.** (RE: related document(s)1 Adversary case 25-03055. Complaint by Highland Capital Management, L.P. against Patrick Hagaman Daugherty. Fee Amount $350 (Attachments: # 1 Exhibit A # 2 Adversary Proceeding Cover Sheet). Nature(s) of suit: 81 (Subordination of claim or interest).)). Transcript to be made available to the public on 08/17/2026. (Sumner, Cindy) |
| 06/05/2026 | 136 | (47 pgs) Proposed findings of fact and conclusions of law filed by Plaintiff Highland Capital Management, L.P. (RE: related document(s)1 Complaint). (Annable, Zachery) |
| 06/05/2026 | 137 | (19 pgs) Proposed findings of fact and conclusions of law filed by Defendant Patrick Hagaman Daugherty (RE: related document(s) 131 Hearing held). (York, Andrew) |
| 07/24/2026 | 138 | (2 pgs) Judgment. Entered on 7/24/2026 (Grandstaff, Travis) |
| 07/24/2026 | 139 | (25 pgs) Memorandum of opinion (RE: related document(s)138 Judgment). Entered on 7/24/2026 (Grandstaff, Travis) |
| 07/26/2026 | 140 | (4 pgs) BNC certificate of mailing - PDF document. (RE: related document(s)138 Judgment. Entered on 7/24/2026) No. of Notices: 0. Notice Date 07/26/2026. (Admin.) |
| 07/26/2026 | 141 | (27 pgs) BNC certificate of mailing - PDF document. (RE: related document(s)139 Memorandum of opinion (RE: related document(s)138 Judgment). Entered on 7/24/2026) No. of Notices: 0. Notice Date 07/26/2026. (Admin.) |
| 08/07/2026 | 142 | (7 pgs; 2 docs) Notice of appeal . Fee Amount $298 filed by Defendant Patrick Hagaman Daugherty (RE: related document(s)138 Judgment). Appellant Designation due by 08/21/2026. (Attachments: # 1 Exhibit A)(York, Andrew) |
| 08/11/2026 | 144 | (9 pgs; 3 docs) Certificate of mailing regarding appeal (RE: related document(s)142 Notice of appeal . filed by Defendant Patrick Hagaman Daugherty (RE: related document(s)138 Judgment). Appellant Designation |

| | | |
|---|---|---|
| | | due by 08/21/2026. (Attachments: # 1 Exhibit A)) (Attachments: # 1 Service List) (Whitaker, Sheniqua) |
| 08/11/2026 | 145 | (2 pgs) Notice regarding the record for a bankruptcy appeal to the U.S. District Court. (RE: related document(s)142 Notice of appeal . filed by Defendant Patrick Hagaman Daugherty (RE: related document(s)138 Judgment). Appellant Designation due by 08/21/2026. (Attachments: # 1 Exhibit A)) (Whitaker, Sheniqua) |
| 08/11/2026 | 146 | (4 pgs) DISTRICT COURT Notice of docketing notice of appeal. Civil Action Number: 3:26-cv-02664-S. (RE: related document(s)142 Notice of appeal . Fee Amount $298 filed by Defendant Patrick Hagaman Daugherty (RE: related document(s)138 Judgment). Appellant Designation due by 08/21/2026. (Attachments: # 1 Exhibit A)) (Whitaker, Sheniqua) |
| 08/13/2026 | 147 | (4 pgs) BNC certificate of mailing. (RE: related document(s)145 Notice regarding the record for a bankruptcy appeal to the U.S. District Court. (RE: related document(s)142 Notice of appeal . filed by Defendant Patrick Hagaman Daugherty (RE: related document(s)138 Judgment). Appellant Designation due by 08/21/2026. (Attachments: # 1 Exhibit A))) No. of Notices: 0. Notice Date 08/13/2026. (Admin.) |

**<u>Reservation of Rights</u>**

Daugherty expressly reserves the right to amend or supplement this designation and/or to object, or otherwise supplement or move to strike or modify, some or all of any designations filed by any other party to this appeal. This filing is made expressly subject to, and without waiver of, any and all rights, remedies, challenges and objections.

Respectfully submitted this 2nd day of September, 2026,

GRAY REED

By: */s/ Andrew K. York*
Jason S. Brookner
Texas Bar No. 240033684
Andrew K. York
Texas Bar No. 24051554
Joshua D. Smeltzer
Texas Bar No. 24113859
J. Reid Burley
Texas Bar No. 24109675
Drake M. Rayshell
Texas Bar No. 24118507

1845 Woodall Rodgers Fwy., Suite 1300
Dallas, Texas 75201
Telephone: (214) 954-4135
Facsimile: (214) 953-1332
Email: jbrookner@grayreed.com
dyork@grayreed.com
jsmeltzer@grayreed.com
rburley@grayreed.com
drayshell@grayreed.com

*Counsel to Patrick Daugherty*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the foregoing instrument was served on all Parties or counsel of record herein on this 2nd day of September 2026, via the CM/ECF system and/or email.

*/s/ Andrew K. York*
ANDREW K. YORK



4926-7565-0252